

**PHILLIP J. DEVLIN**
**CLERK OF COURT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
200 East Wall Street, Room 222
Midland, Texas 79701-5217

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**DECEMBER 10, 2024**

Contique Willcot
6940 SW 10th Ct
Pembroke Pines, FL 33023

  **RE:** **Case Number: MO:24-CV-317; Willcot v. Securities & Exchange Commission et al.**

Dear Mr. Willcot:

This is to acknowledge receipt of your Civil Rights Complaint in the above-captioned case.

Your case has been assigned docket number 7:24-CV-00317 and assigned to the Honorable David Counts.

All future documents must be filed with the U.S. District Clerk's Office in the following manner:

- Documents submitted for filing and any subsequent correspondence in relation to this case must reflect the **case number** assigned.

- Documents must be **signed** by the moving party and contain the signer's full contact information.

- Filer must submit an **original and one copy** of each document, including exhibits. If you wish to receive a returned, file marked copy, you must provide another extra copy.

- Documents must be **one-sided** so as to conform to the Court's electronic docket.

- Documents, not including the original complaint or petition, must contain a **Certificate of Service** stating that a true and correct copy of the document was served on each defendant or his counsel. This certificate must be attached to the original document and copy and should state the date and manner of service, as well as the name of the person served.

- Documents, including exhibits, must be submitted on paper no larger than **8 ½ x 11** and should not be bound in any manner other than with a clip. All staples will be removed to accommodate scanning and filing into the electronic docket.

- It is very helpful to the Clerk's Office if documents, including exhibits, are **page numbered** at the bottom.

- Documents, including exhibits, should **comply with the privacy policy** (please see below).

All documents for filing and inquiries concerning the status of your case must be directed to the Clerk's Office rather than to the judicial officer to whom the case is assigned. **Sending documents and correspondence directly to the judicial officer may result in unnecessary delays.**

Copies of previously filed documents or the docket sheet may be obtained only upon a written request and prepayment of the $.50/page copying fee.  All money orders or checks must be made payable to **"Clerk, U.S. District Court"** and sent to the address listed above. **Please note** that *in Forma Pauperis* status does not entitle you to free copies of the record.

**PRIVACY POLICY**
To promote electronic access to case files, while also protecting personal privacy, parties shall refrain from including or shall partially redact the following personal data identifiers from all documents:

> **Social Security Numbers**. If an individual's Social Security Number must be included, only the last four digits of that number should be used.
>
> **Names of Minor Children**. If the involvement of a minor child must be mentioned, only the initials of that child should be used.
>
> **Dates of Birth**. If an individual's date of birth must be included in a document or is contained within an exhibit, only the year should be used.
>
> **Financial Account Numbers**. If financial account numbers are relevant in a document, only the last four digits should be used.

**Waiver of Protection of Identifiers:**
"A person waives the protection of [the Privacy Rules] as to the person's own information by filing it without redaction and not under seal." **FRCP Rule 5.2(h), FRCrP 49.1(h)**

**<u>Failure to keep the court informed of your current address throughout the pendency of your case may result in the dismissal of your case for want of prosecution.</u>**

Sincerely,

*KG*
By: Deputy Clerk/KG