AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

CONTIQUE WILLCOT

*Plaintiff(s)*

v.

SEC, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS INC., JOHN BRDA, GREG McCABE, FINRA

*Defendant(s)*

Civil Action No. MO:24-CV-317

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SECURITIES AND EXCHANGE COMMISSION
100 F STREET NE,
WASHINGTON, D.C., 20549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CONTIQUE WILLCOT
6940 SW 10TH COURT
PEMBROKE PINES, FL 33023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 12/30/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

CONTIQUE WILLCOT

*Plaintiff(s)*

v.

SEC, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS INC., JOHN BRDA, GREG McCABE, FINRA

*Defendant(s)*

Civil Action No. MO:24-CV-317

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARI RUBENSTEIN (GTS SECUIRITIES)
545 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK, 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CONTIQUE WILLCOT
6940 SW 10TH COURT
PEMBROKE PINES, FL 33023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 12/30/2024

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT · WESTERN DISTRICT OF TEXAS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

CONTIQUE WILLCOT

*Plaintiff(s)*

v.

SEC, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS INC., JOHN BRDA, GREG McCABE, FINRA

*Defendant(s)*

Civil Action No. MO:24-CV-317

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GTS SECURITIES
545 MADISON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK, 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CONTIQUE WILLCOT
6940 SW 10TH COURT
PEMBROKE PINES, FL 33023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT,* PHILIP J. DEVLIN

Date: 12/30/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

CONTIQUE WILLCOT

*Plaintiff(s)*

v.

SEC, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS INC., JOHN BRDA, GREG McCABE, FINRA

*Defendant(s)*

Civil Action No. MO:24-CV-317

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FINANCIAL INDUSTRY REGULATORY AUTHORITY
1735 K STREET NW
WASHINGTON, D.C., 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CONTIQUE WILLCOT
6940 SW 10TH COURT
PEMBROKE PINES, FL 33023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 12/30/2024




*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| CONTIQUE WILLCOT<br><br>*Plaintiff(s)*<br>v.<br><br>SEC, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS INC., JOHN BRDA, GREG McCABE, FINRA<br><br>*Defendant(s)* | Civil Action No. MO:24-CV-317 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEXT BRIDGE HYDROCARBONS, INC.
500 W. TEXAS AVENUE, SUITE 1020
MIDLAND, TX 79701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CONTIQUE WILLCOT
6940 SW 10TH COURT
PEMBROKE PINES, FL 33023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT,* PHILIP J. DEVLIN

Date: 12/30/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

CONTIQUE WILLCOT

*Plaintiff(s)*

v.

SEC, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS INC., JOHN BRDA, GREG McCABE, FINRA

*Defendant(s)*

Civil Action No. MO:24-CV-317

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREG McCABE
500 W. TEXAS AVENUE, SUITE 1020
MIDLAND, TX 79701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CONTIQUE WILLCOT
6940 SW 10TH COURT
PEMBROKE PINES, FL 33023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 12/30/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| CONTIQUE WILLCOT<br>*Plaintiff(s)*<br>v.<br>SEC, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS INC., JOHN BRDA, GREG McCABE, FINRA<br>*Defendant(s)* | Civil Action No. MO:24-CV-317 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JOHN BRDA
1425 FRONTENAY CT.
ST. LOUIS, MO 63122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CONTIQUE WILLCOT
6940 SW 10TH COURT
PEMBROKE PINES, FL 33023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 12/30/2024

*Signature of Clerk or Deputy Clerk*