**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

FILED
FEB 1 0 2025
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Contique Willcot, Pro Se

Plaintiff,

v.

SECURITIES & EXCHANGE COMMISSION, et al.,

Defendants.

Case No. MO:24-CV-317

Honorable Judge David Counts

**MOTION FOR PERMISSION TO FILE ELECTRONICALLY**

Plaintiff, Matthew J. Pease, proceeding pro se in the above-captioned matter, respectfully requests permission from this Honorable Court to participate in electronic case filing (ECF).

In Support of This Motion, Plaintiff States as Follows:

1. Plaintiff is representing himself pro se in this matter.
2. Plaintiff has access to a computer with internet connectivity and the technical capability to utilize electronic filing systems.
3. Plaintiff specializes in internet security and is confident in his ability to learn and comply with the Court's electronic filing requirements.

4. Plaintiff has reviewed the Court's ECF rules and procedures and agrees to adhere to all technical and procedural requirements, including the submission of documents in PDF format and the use of a personal PACER account.

5. Plaintiff believes that electronic filing will facilitate more efficient communication with the Court and opposing counsel, while also reducing the administrative burden of paper filings.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant permission to register for the Court's Case Management/Electronic Case Filing (CM/ECF) system and to file electronically in this matter.

Respectfully submitted,

*Contique Willcot*

Contique Willcot, Pro Se

6940 SW 10th CT.

Pembroke Pines, FL 33023

Phone: 954-274-5173

Email: contiq9@yahoo.com

Dated: February 4, 2025

Name: Contique Willcot

Address: 6940 SW 10th CT

Pembroke Pines, FL 33023

Phone Number: 954-274-5173

Email Address: contiq9@yahoo.com

*Pro Se*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| Contique Willcot | CASE NUMBER |
|---|---|
| **PLAINTIFF(S)** v. | MO:24-CV-317 |
| SECURITIES EXCHANGE COMMISSION et al. | **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |
| **DEFENDANT(S)** | |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✔] A Computer with internet access.

   [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✔] A scanner to convert documents that are only in paper format into electronic files.

   [✔] A printer or copier to create required paper copies such as chambers copies.

   [✔] A word-processing program to create documents; and

   [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 02/04/2025    Signature: *Contique Willcot*



