# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

Contique Willcot

vs.

U.S. Securities and Exchange Commission, et al.

Case No.: 7:24-cv-00317-DC-RCG

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Eric Aaron Reicher, counsel for U.S. Securities and Exchange Commission, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Eric Aaron Reicher may appear on behalf of U.S. Securities and Exchange in the above case.

IT IS FURTHER ORDERED that Eric Aaron Reicher, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February, 20____.

_____
UNITED STATES DISTRICT JUDGE