UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION ☑

FILED
FEB 2 8 2025
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Contique Willcot

vs.

U.S. Securities and Exchange Commission, et al.

Case No.: 7:24-cv-00317-DC-RCG

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Eric Aaron Reicher, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent U.S. Securities and Exchange Commission in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) U.S. Securities and Exchange Commission with offices at:

   Mailing address: 100 F. St, NE

   City, State, Zip Code: Washington, DC 20549

   Telephone: 202-551-7921      Facsimile: 202-772-9263

2. Since January 10, 2005, Applicant has been and presently is a member of and in good standing with the Bar of the State of District of Columbia. Applicant's bar license number is 490866.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   | --- | --- |
   | D.D.C. | 06/05/2006 |
   | D.C. Cir. | 10/31/2018 |
   | 2d Cir. | 04/06/2020 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
n/a

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 7:24-cv-00322 _____ on the 27 day of February, 2025.

Number: _____ on the ____ day of _____, _____.

Number: _____ on the ____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
n/a

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
n/a

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Jason R. Rose

Mailing address: Securities and Exchange Commission, 801 Cherry St., Ste. 1900

City, State, Zip Code: Fort Worth, Texas

Telephone: 817-978-1408

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Eric Aaron Reicher to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Eric Aaron Reicher
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 27 day of February, 2025.

Eric Aaron Reicher
[printed name of Applicant]

[signature of Applicant]



UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®
UPS Ground
UPS Standard
UPS 3 Day Select®

ERIC REICHER
202-551-7921
SEC HEADQUARTERS
100 F ST NE
WASHINGTON DC 20549

3.0 LBS LTR    1 OF 1

SHIP TO:
US DISTRICT CLERKS OFFICE
ROOM 222
200 EAST WALL
MIDLAND TX 79701-5201



TX 797 9-01

UPS NEXT DAY AIR
TRACKING #: 1Z A41 W65 NT 9404 3626



BILLING: P/P
ATTENTION UPS DRIVER: SHIPPER RELEASE

RECEIVED

CS 24.9.00.    WNTNV50 9.0A 02/2025*

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindowPage&key=labelWindow&type=html&loc=en_US&instr=A&doc....    1/1

Express

Extremely Urgent

RECEIVED
FEB 28 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

