

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION

100 F. Street, NE, Washington, DC 20549

**OFFICE OF THE GENERAL COUNSEL**

Eric A. Reicher
Special Trial Counsel
202-551-7921

February 27, 2025

**<u>Via UPS</u>**

United States District Court
Clerk of Court
Room 222
200 East Wall
Midland, TX 79701-5201

> Re:  Originals of Motion for Admissions PHV filed in *Willcot v. SEC, et al.*,
> 7:24-cv-00317-DC-RCG and *Pease v. SEC, et al.*, 7:24-cv-00322-DC-
> RCG

Dear Clerk of Court:

    Enclosed please find the originals of motions, and the corresponding proposed orders, for admission pro hac vice filed this afternoon in the two above cases. Please let me know if you need anything further. I can be reached at reichere@sec.gov or the phone number above.

    Thank you very much.

Sincerely,

*Eric A. Reicher*

Eric A. Reicher