UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **CONTINQUE WILLCOT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 24-cv-00317-DC-RCG |
| | ) |
| **SECURITIES AND EXCHANGE COMMISSION, et al.** | ) |
| | ) |
| **Defendants.** | ) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

After considering the Securities and Exchange Commission's ("Commission's") Consent Motion for Extension of Time to Respond to the Amended Complaint, Dkt. __, ("Motion"), it is hereby ORDERED that the Motion is GRANTED.  The deadline for the Commission to move to dismiss or otherwise respond to the Amended Complaint is extended to and including May 12, 2025.

SIGNED this __ day of _____, 2025

_____
David Counts
United States District Judge