**FILED**

MAR 1 8 2025

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CONTIQUE WILLCOT | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CAUSE NO. MO:24-CV-317 |
| | § | |
| SEC, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS INC., JOHN BRDA, GREG MCCABE, FINRA | § | |
| Defendant(s). | § | |

## AFFIDAVIT OF SERVICE

On this day personally appeared **VIKKI JONES** who, being by me duly sworn, deposed and said:

"The following came to hand on **Feb 28, 2025, 11:06 am,**

**SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS,**

and was executed at **500 WEST TEXAS AVENUE SUITE 890, MIDLAND, TX 79701** within the county of **MIDLAND** at **02:42 PM** on **Mon, Mar 03 2025,** by delivering a true copy to the within named

**NEXT BRIDGE HYDROCARBONS INC., BY SERVING ITS CEO GREG MCCABE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
**VIKKI JONES**
Certification Number: PSC 10120
Certification Expiration: 12/31/2026
2000 EAST 42 ND STREET STE C - 384
Odessa, TX 79762
(432)638-2532 (432)550-5340

**BEFORE ME**, a Notary Public, on this day personally appeared **VIKKI JONES**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON  MARCH 5, 2025**

12811231

_____
Notary Public, State of Texas

WILLIAM CUPP
Notary Public, State of Texas
My Commission Expires
March 11, 2028
NOTARY ID 134700592

FILED
MAR 1 8 2025
CLERK, U.S. DIS... CT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| CONTIQUE WILLCOT § | |
| § | |
| Plaintiff(s), § | |
| VS. § | CAUSE NO. MO:24-CV-317 |
| § | |
| SEC, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT § | |
| BRIDGE HYDROCARBONS INC., JOHN BRDA, GREG | |
| MCCABE, FINRA | |
| Defendant(s). § | |

## AFFIDAVIT OF SERVICE

On this day personally appeared VIKKI JONES who, being by me duly sworn, deposed and said:

"The following came to hand on **Feb 28, 2025, 11:06 pm**,

**SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS,**

and was executed at **500 WEST TEXAS AVENUE SUITE 890, MIDLAND, TX 79701** within the county of MIDLAND at **02:42 PM** on **Mon, Mar 03 2025**, by delivering a true copy to the within named

**GREG MCCABE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
VIKKI JONES
Certification Number: PSC 10120
Certification Expiration: 12/31/2026
2000 EAST 42 ND STREET STE C - 384
Odessa, TX 79762
(432)638-2532 (432)550-5340

BEFORE ME, a Notary Public, on this day personally appeared VIKKI JONES, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON **MARCH 5, 2025**

12811284

_____
Notary Public, State of Texas
WILLIAM CUPP
Notary Public, State of Texas
My Commission Expires
March 11, 2028
NOTARY ID 134789592