**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| CONTIQUE WILLCOT, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | Case No. 7:24-CV-317-DC-RCG |
| SECURITIES & EXCHANGE | § | |
| COMMISSION, GTS SECURITIES LLC, | § | |
| ARI RUBINSTEIN, NEXT BRIDGE | § | |
| HYDROCARBONS, INC., JOHN BRDA, | § | |
| GREGORY MCCABE, FINANCIAL | § | |
| INDUSTRY REGULATORY AUTHORITY, | § | |
| | § | |
| *Defendants*. | § | |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION**

Pending before the Court is Defendant John Brda's Unopposed Motion to Extend Pleading Deadline.    Upon consideration, the Court finds that the Motion should be, and hereby is, **GRANTED**.

Accordingly, it is **ORDERED** that Defendant John Brda may answer or otherwise respond to Plaintiff's Amended Complaint (Doc. 3), on or before June 16, 2025.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE