

FILED

MAR 21 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

Contique Willcot

vs.                                 Case No.: 7:24-cv-00317-DC-RCG

U.S Securities and Exchange Commission, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now __Casidy Rae Newcomer__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Next Bridge Hydrocarbons Inc.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Christian Attar__ with offices at:

   Mailing address: __1177 W Loop South, Suite 1700__

   City, State, Zip Code: __Houston, Texas 77027__

   Telephone: __(713) 659-7617__     Facsimile: __(713) 659-7641__

2. Since __October 30, 2020__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas__. Applicant's bar license number is __24121033__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Southern District of Texas | September 21, 2023 |
   |  |  |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

N/A

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: __N/A__

Mailing address: __N/A__

City, State, Zip Code: __N/A__

Telephone: __N/A__

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of __Casidy Rae Newcomer__ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Casidy Rae Newcomer
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __19__ day of __March__, __2025__.

Casidy Rae Newcomer
[printed name of Applicant]

*[signature]*
[signature of Applicant]