UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| CONTIQUE WILLCOT,<br><br>  Plaintiff,<br><br>  v.<br><br>SECURITIES AND EXCHANGE<br>COMMISSION, et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)    CASE NO. 24-cv-00317-DC-RCG<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE AMENDED COMPLAINT**

After considering Next Bridge Hydrocarbons, Inc. ("NBH") Consent Motion for Extension of Time to Respond to the Amended Complaint, Dkt. ___, ("Motion"), it is hereby ORDERED that the Motion is GRANTED. The deadline for NBH to move to dismiss or otherwise respond to the Amended Complaint is extended to and including May 8, 2025.

SIGNED this ___ day of _____, 2025

_____<br>
David Counts<br>
United States District Judge