AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **MO:24-CV-317**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **GTS Scurities**
was recieved by me on **3/27/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Robert Broomer**, who is designated by law to accept service of process on behalf of **GTS Scurities** at **545 MADISON AVENUE, 15th FLOOR, New York, NY 10022** on **03/28/2025 at 9:47 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 37.50** for services, for a total of **$ 37.50**.

I declare under penalty of perjury that this information is true.

Date:   03/28/2025

*Server's signature*

**Francisco Rodrigues**
*Printed name and title*

**245 E 93rd St
#8J
New York, NY 10128**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Amended Complaint,  to Robert Broomer who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'8" -5'10" tall and weighing 160-180 lbs with a beard.  "I introduced myself to the doorman of the business named Alan, which is called GTS Securities and is located on 15th Street. After a couple of minutes, a person named Robert Bromer, who identified themselves as the one in charge of accepting documents appeared in the lobby. He stated that he was authorized to accept them on behalf of the business. I served him.**



Tracking #: **0163670793**
