AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **MO:24-CV-317**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Ari Rubenstein**
was recieved by me on  **4/08/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Mari Vidal**, who is designated by law to accept service of process on behalf of **Ari Rubenstein** at **112 Palm Ave, Miami Beach, FL 33139** on **04/14/2025 at 12:20 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/14/2025

*Server's signature*

**Daisy Diana Lopez**
*Printed name and title*

**634 sw 63 ave
Miami, FL 33144**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Amended Complaint,  to Mari Vidal who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**



Tracking #: **0165671314**

