IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| CONTIQUE WILLCOT, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CAUSE NO. 7:24-CV-00317-DC-RCG |
| § | |
| SECURITIES AND EXCHANGE § | |
| COMMISSION *et al.*, § | |
| § | |
| *Defendants*. § | |

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Under Federal Rule of Civil Procedure 6(b), Defendant Ari Rubenstein requests an extension of time from May 5, 2025, to May 8, 2025, to respond to Plaintiff's Amended Complaint (ECF No. 3). There is good cause for this extension because:

1. This motion is Mr. Rubenstein's first request for an extension of time with respect to this time limitation.

2. Counsel for Mr. Rubenstein conferred with *pro se* Plaintiff Contique Willcot, and Plaintiff agreed to the requested extension.

3. Mr. Rubenstein requires more time to respond to the Amended Complaint because of its breadth. The Amended Complaint is seventy-eight pages with 285 numbered allegations and many unnumbered allegations. The Amended Complaint also has eight counts (six against Mr. Rubenstein) and seeks declaratory as well as injunctive relief on a variety of statutory and constitutional bases.

4. Such extension of time will not delay these proceedings, as the Court has previously granted extensions of time to certain of Mr. Rubenstein's co-defendants through May 8 for their responsive pleadings.

Mr. Rubenstein thus respectfully moves for an extension of time from May 5, 2025, to May 8, 2025, to file an appropriate motion or otherwise respond to the Amended Complaint.

Respectfully submitted,

**MURPHY BALL STRATTON LLP**

 /s/ Land Murphy
Garland "Land" Murphy (TXBN 24058010)
Conor Harvey* (TXBN 24120883)
1001 Fannin Street, Suite 720
Houston, Texas 77002
Telephone: (281) 658-9060
lmurphy@mbssmartlaw.com
charvey@mbssmartlaw.com

**WILLIAMS BARBER & MOREL LTD.**

Christopher Barber (ILBN 6192190)
Stephen Fraser (ILBN 6327928)
233 South Wacker Drive, Suite 6800
Chicago, Illinois 60606
Telephone: (312) 443-3200
cjb@williamsbarbermorel.com
saf@williamsbarbermorel.com

*Full admission application forthcoming*

**COUNSEL FOR DEFENDANT
ARI RUBENSTEIN**

## **CERTIFICATE OF CONFERENCE**

      As required by Local Rule CV-7, on April 16, 2025, Stephen Fraser, counsel for Defendant Ari Rubenstein, conferred via e-mail with Plaintiff regarding the relief requested herein. That same day, Plaintiff agreed to an extension of time until May 8, 2025, for Mr. Rubenstein to respond to the Amended Complaint.

                                              */s/ Stephen A. Fraser*
                                              Stephen A. Fraser

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

**Contique Willcot**
6940 SW 10th Court
Pembroke Pines, Florida 33023
contiq9@yahoo.com

*Pro Se Plaintiff*

**Eric Aaron Reicher**
U.S. SECURITIES & EXCHANGE COMMISSION
100 F Street, NE
Washington, D.C. 20549
reichere@sec.gov

**Jason J. Rose**
U.S. SECURITIES & EXCHANGE COMMISSION
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
rosej@sec.gov

*Attorneys for Defendant U.S. Securities & Exchange Commission*

**Casidy Rae Newcomer**
**James Wesley Christian**
CHRISTIAN ATTAR
1177 West Loop S, Suite 1700
Houston, Texas 77027
cnewcomer@christianattarlaw.com
jchristian@christianattarlaw.com

*Attorneys for Defendant New Bridge Hydrocarbons, Inc.*

**Jason M. Hopkins**
**Jason S. Lewis**
**Ryan D. Lantry**
DLA PIPER LLP US
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
jason.hopkins@us.dlpiper.com
jason.lewis@us.dlapiper.com
ryan.lantry@us.dlapiper.com

*Attorneys for Defendant John Brda*

**Jill C. Pennington**
SMITH CLARK PENNINGTON PLLC
6 Deseta Drive, Suite 333
Midland, Texas 79705
jcpennington@permian.law

*Attorney for Gregory McCabe*

                                           */s/ Land Murphy*
                                           Land Murphy