IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| CONTIQUE WILLCOT, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CAUSE NO. 7:24-CV-00317-DC-RCG |
| § | |
| SECURITIES AND EXCHANGE § | |
| COMMISSION *et al.*, § | |
| § | |
| *Defendants*. § | |

**[PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

After considering Defendant Ari Rubenstein's Agreed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint ("Motion"), the Court **GRANTS** the Motion and **ORDERS** that the deadline for Mr. Rubenstein to file an appropriate motion or response to Plaintiff's Amended Complaint (ECF No. 3) is extended to and includes May 8, 2025. Mr. Rubenstein must file an appropriate motion or response to Plaintiff's Amended Complaint on or before May 8, 2025.

**SO ORDERED**.

On this _____ day of April, 2025.

_____
JUDGE PRESIDING