

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET NE
WASHINGTON DC 20549-2465

Office of FOIA Services

September 29, 2023

[redacted addressee]

RE:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
     Request No. 23-0[redacted]-FOIA

Dear Ms. Spears:

This letter is in response to your request, dated and received in this office on September 15, 2023, in which you asked "how many consumer/investor complaints were filed with the SEC in regard to the U3 Halt of MMTLP" between December 9, 2022 and September 15, 2023.

A search for the total number of complaints resulted in 246 complaints received regarding MMTLP.

If you have any questions, please contact me at hansenjo@sec.gov or (202) 551-8377. You may also contact me at foiapa@sec.gov or (202) 551-7900. You may also contact the SEC's FOIA Public Service Center at foiapa@sec.gov or (202) 551-7900. For more information about the FOIA Public Service Center and other options available to you please see the attached addendum.

Sincerely,

Joe Hansen
FOIA Research Specialist

Enclosures



APPENDIX M



Pg 1



Pg 2





Pg 3