# Appendix F

## OTC DISCLOSURE & NEWS SERVICE

### OTC Markets Designates MMTLP with Caveat Emptor

Announcement | 12/08/2022

*OTC Markets Group Inc. ("OTC Markets") has designated Meta Materials Inc.s Series A Preferred Stock (MMTLP) with Caveat Emptor due to public interest concern and potential confusion amongst market participants regarding dates and entitlements for the Share Exchange published by FINRA on December 6, 2022 and subsequently revised on December 8, 2022.*

*OTC Markets cautions broker-dealers, shareholders, and prospective purchasers that they should carefully consider the foregoing information along with all other currently available information and any information subsequently issued by the company and FINRA. Market participants are also reminded to refer to UPC Notice 55-13 for further information on FINRAs determination of ex-dates, or the lack thereof, for any dividend or distribution.*

*For more information, see: FINRAs Daily List, available at: https://otce.finra.org/otce/dailyList; FINRA notice concerning ex-date announcements: UPC Notice 55-13.*

f  X

‹ Back to News Headlines