I, Jonathan P. Duran, being first duly sworn, deposed and say that: My full legal name is Jonathan P. Duran. My current address is 4203 Union Deposit Road, Number 1203, Harrisburg, PA 17111. My current email address is nostrad2020@outlook.com.

I hereby affirm that the information provided above is true and accurate to the best of my knowledge and belief.

Signed this 05 day of December, 2024.

X Jonathan Duran
Jonathan P. Duran

Notary Public:

STATE OF Pennsylvania
COUNTY OF Dauphin

Sworn to (or affirmed) and subscribed before me this 5th day of Dec., 2024,
by Jonathan P. Duran

Shawn K. Earle — Shawn K. Earle
Notary Public's Signature / Notary Name
My Commission Expires Feb. 8th, 2025

Commonwealth of Pennsylvania - Notary Seal
Shawn K. Earle, Notary Public
Dauphin County
My Commission Expires February 08, 2025
Commission Number 1305454

Pg 1

**From:** Jonathan Duran
**Sent:** Monday, June 5, 2023 7:18 PM
**To:** AskDOJ@usdoj.gov <AskDOJ@usdoj.gov>
**Cc:** Chair@sec.gov <Chair@sec.gov>; Santos, Adrienne <SantosAd@SEC.GOV>
**Subject:** Other Investors and I Need Your Assistance Since SEC or FINRA Won't Help at All on Ticker Symbol MMTLP

Hello my Friends at the DOJ,

Around October of 2021, two market makers https://www.canaccordgenuity.com and https://gtsx.com allegedly created a market for the Series A Preferred shares (Dividend) $MMTLP. I would like to add to this complaint a potential conflict of interest regarding Ari Rubenstein who is on the board of FINRA and the co-founder of GTS. This is clearly going against FINRA's mission statement of "dedicated to protecting investors and safeguarding market integrity in a manner that facilitates vibrant capital markets". Please look into this as a matter or utmost urgency as the livelihood of hard working US taxpayers and overseas traders is at very serious risk.

These preferred series A shares became tradeable on the OTC against the wishes of the company and suddenly appeared in brokerage accounts with a cash value around fifty cents. It was later discovered that these shares could be bought through a small handful of brokerages but listed as "Sell Only" in other brokerages. Investors then in good faith purchased shares of MMTLP, in hopes of

(a.) Receiving shares through a spin off into Next Bridge Hydrocarbons

(b.) Trading the share with the expectation of being able to buy more and also sell for profit like any other share on the OTC.

(c.) Both.

On 11/22/2022, shares of MMTLP reached an all time high of $12.50. These shares (MMTLP) were soon to become shares of Next Bridge Hydrocarbons expected to be a private company. Metamaterials provided the Securities and Exchange Commission (SEC) with a S1 filing on 7/15/2022 and after a few minor revisions, the filing was approved on 11/18/2022. The filing was approved by the SEC and the DTCC. FINRA was then tasked with implementing the spinoff and providing brokerages with Corporate Notices. Per the Metamaterials filings, the last day to purchase MMTLP was to be 12/08/2022 to receive shares of Next Bridge Hydrocarbons.

Purchase orders WOULD BE ALLOWED until 4pm EST 12/12/2022 but buyers would not receive shares of Next Bridge Hydrocarbons if purchased after 12/08/2022. On 12/14/2022, MMTLP would cease to exist and eligible shareholders would now own shares of the PRIVATE company (Next Bridge Hydrocarbons). On or around 11/18/2022, the S1A was approved by the SEC and on 11/18/2022 Form S3 was uploaded to the SEC website with a "Notice of Effectiveness".

A revision to Metamaterials filing(s) was rolled out by FINRA and trading of MMTLP was HALTED (Code U3) on 12/08/2022 which was prior to the 12/12/2022 date. Brokerages have still not been provided their Corporate Notices.

For the final part of my complaint, I would like all investors including myself to benefit from a free and fair market. You can abide by your mission statement by allowing the preferred share to complete 2 more days of trading, compel all shorts to close their positions, ensure brokers liquidate for them if they do not close and ask brokers to deal with the matter of millions of synthetic shares so only genuine retail investors of $MMTLP get their entitlement to Next Bridge.

Sincerely,

Jonathan P. Duran

**Sent:** Thursday, March 9, 2023 9:57 PM
**To:** "Help" <help@sec.gov> <help@sec.gov>
**Subject:** Re: SEC Response HO::~01282271~::HO

Hello SEC,

Are you conducting any investigation or will we get a resolution to allow the two trading days that we never completed due to FINRA Fraud Halt of MMTLP? Also, did you find out why has not FINRA make an announcement since they say their job is to protect the investor? If you have the power to shutdown FINRA please do so... Thanks!

**From:** "Help" <help@sec.gov> <help@sec.gov>
**Sent:** Thursday, March 9, 2023 4:43 PM
**To:** nostrad2020@outlook.com <nostrad2020@outlook.com>
**Subject:** SEC Response HO::~01282271~::HO

Dear Jonathan Rand:

Thank you for your follow-up correspondence to the U.S. Securities and Exchange Commission (SEC).

The SEC's Office of Investor Education and Advocacy processes many comments from individual investors and others. We keep records of the correspondence we receive in a searchable database that SEC staff may make use of in inspections, examinations, and investigations. In addition, some of the correspondence we receive is referred to other SEC offices and divisions for their review. If they have any questions or wish to respond directly to your comments, they will contact you.

You may also wish to review the most recent press release from Next Bridge at https://www.sec.gov/Archives/edgar/data/1936756/000119983523000104/ex99-1.htm and all of Next Bridge's SEC filings at https://www.sec.gov/edgar/browse/?CIK=1936756

Again, thank you for communicating your concerns.

Sincerely,

Office of Investor Education and Advocacy
U.S. Securities and Exchange Commission
(800) 732-0330
www.sec.gov
www.investor.gov
www.twitter.com/SEC_Investor_Ed

Commonwealth of Pennsylvania   County of Dauphin
The foregoing instrument was acknowledged before me this 5th day of December, 20 24.
by Jonathan P. Duran
    Shawn K. Earle

Commonwealth of Pennsylvania - Notary Seal
Shawn K. Earle, Notary Public
Dauphin County
My Commission Expires February 08, 2025
Commission Number 1305454

Pg 4