**AFFIDAVIT OF WYATT MARKS**

**STATE OF OHIO**
**COUNTY OF SUMMIT**

I, Wyatt Marks, being duly sworn, do hereby depose and state as follows:

1. **Affiant Information**: I am over the age of eighteen and am competent to testify to the matters herein. My address is 4653 North Ridge Drive, Akron, OH, 44333.
2. **Purpose of Affidavit**: This affidavit is provided in connection with the court proceedings regarding Scott Traudt v. Ari Rubenstein, 2:24-cv-00782, US District Court Vermont.
3. **Description of Video**: On December 6, 2022, I accessed the Schwab Street Smart Edge trading platform and recorded a video showing the limit sell orders for MMTLP (Meta Materials Inc. preferred shares) set by shareholders. This video captures the interface of the trading platform, highlighting the specific limit sell orders placed.
4. **Details of Limit Sell Orders**: The video clearly displays the limit sell orders entered by various shareholders for MMTLP. The timestamp on the video confirms that these transactions were viewed on December 6, 2022, at approximately 6pm.
5. **Witness to the Events**: I affirm that I witnessed the trading activity depicted in the video and that the information shown is a true and accurate representation of the limit sell orders placed.
6. **Verification**: I affirm that the video has not been altered or manipulated in any way and accurately reflects the information as it appeared on the trading platform at the time.
7. **Affirmation**: I make this affidavit in good faith, intending to provide a truthful account of the events shown in the video.

**Dated this 20th of September, 2024.**

*[Signature]*

**Wyatt Marks**