


UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
STATION PLACE
100 F STREET NE
WASHINGTON DC 20549-2465

Office of FOIA Services

September 29, 2023

[redacted]

RE: Freedom of Information Act (FOIA), 5 U.S.C. § 552
Request No. 23-0[redacted]-FOIA

Dear Ms. Spears:

This letter is in response to your request, dated and received in this office on September 15, 2023, in which you asked "how many consumer/investor complaints were filed with the SEC in regard to the U3 Halt of MMTLP" between [December 8, 2022] and September 15, 2023.

A search for the total number of complaints resulted in 246 complaints received regarding MMTLP.

If you have any questions, please contact me at hansenjo@sec.gov or (202) 551-8377. You may also contact me at foiapa@sec.gov or (202) 551-7900. You may also contact the SEC's FOIA Public Service Center at foiapa@sec.gov or (202) 551-7900. For more information about the FOIA Public Service Center and other options available to you please see the attached addendum.

Sincerely,

Joe Hansen
FOIA Research Specialist

Enclosures

# APPENDIX M

Pg 1



Pg 2



December 8, 2022
11:02

| | | | |
|---|---|---|---|
| | DIS | 92.77 | +0.62 |
| 10 | DOW | 50.99 | +0.29 |
| 11 | GS | 360.87 | +0.95 |
| 12 | HD | 323.90 | +3.75 |
| 13 | HON | 213.90 | +0.45 |
| 14 | IBM | 148.71 | +1.44 |
| 15 | INTC | 28.52 | +0.19 |
| 16 | JNJ | 177.26 | +0.09 |
| 17 | JPM | 132.25 | +0.7495 |
| 18 | KO | 63.57 | +.03 |
| 19 | MCD | 272.01 | +1.67 |
| 20 | MMM | 129.10 | +2.75 |

**Live Help**

out short of the security. We currently have zero shares to short at Schwab

[11:00:44 AM] Sent: do all 6.4 need to close before this thing goes private?

[11:01:32 AM] Kevin Gipson of Schwab: That's up to the people who are short the security. They have the option to close or remain in the position

[11:02:12 AM] Sent: how can you remain in a position that is not DTCC or no electronic trading system is allowed to trade it?

Orders are prohibited through the Live Help panel

Clear Conversation    Send  Close



Pg 3