

72.   A share survey of MMTLP shareholders conducted by Russell Race in 2023 confirmed dramatically oversold conditions in MMTLP; the methodology he used was unassailably conservative and involved not including whale (large) shareholders as part of the calculus to get to a share count but only added them in at the termination of the mathematics when average shareholders were analyzed. The results lead inescapably to the conclusion that MMTLP was oversold at least to almost 500,000,000 shares – and its initial, legal allotment from DTCC was approximately 164,000,000 (despite the trade start to it being of dubious/illegal origin:

| Estimating MMTLP shares | | | |
|---|---|---|---|
| **Russ's Share Counts** | | **Outliers - Extra Large Shareholders** | |
| 39,919,636 | Shares counted | McCabe | 19,600,000 |
| 5,941 | Shareholders | William | 17,800,000 |
| 6,719 | Shares / Shareholder | David | 11,890,000 |
| 65,000 | Est. # shareholders | Brda | 2,000,000 |
| 436,757,505 | Est. shares circulating | | |
| | | Total (outliers) | 51,290,000 Total shares |
| 51,290,000 | Large Shareholders | | |
| 488,047,505 | Total Est. MMTLP Shares | | |

Conservative Estimate
- using Russ's Numbers
- Not counting ANY outliers, and adding in 4 KNOWN outliers
- # of actual shares is likely to be higher