**Fidelity**

# Activity & Orders

## Individual
Brokerage: Z07612804 (Routing number)

Q Search Activity & Orders

As of Nov-08-2024 3:36 PM ET

01/01/2021 - 12/31/2021 | Orders | History | Transfers | ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

### ∨ January 1, 2021 - December 31, 2021

**REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash)**
-$0.01
$3,000.81

Dec-31-2021
**DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash)**
+$0.01
$3,000.81

Dec-31-2021
**Electronic Funds Transfer Received (Cash)**
+$2,000.00
$3,000.80

Dec-31-2021
**Electronic Funds Transfer Received (Cash)**
+$200.00
$1,000.80

Dec-14-2021
**TRANSFER OF ASSETS ACAT RES.CREDIT (Cash)**
+$0.08
$800.80

Dec-06-2021
**REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash)**
-$0.01
$800.72

Nov-30-2021
**DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash)**
+$0.01
$800.72

Nov-30-2021
**Electronic Funds Transfer Received (Cash)**
+$200.00
$800.71

Nov-15-2021
**Electronic Funds Transfer Received (Cash)**
+$200.00
$600.71

Oct-14-2021
**Electronic Funds Transfer Received (Cash)**
+$200.00
$400.71

Sep-14-2021
**TRANSFER OF ASSETS ACAT RES.CREDIT (Cash)**
+$0.13
$200.71

Aug-18-2021
**Electronic Funds Transfer Received (Cash)**
+$200.00
$200.58

Aug-16-2021
**Electronic Funds Transfer Paid (Cash)**
-$2,328.00
$0.58

TRANSFER OF ASSETS ACAT RECEIVE TRANSENTERIX INC COM (89366M300) (Margin) Case No.: MO:24-CV-317 +$147.22

Mar-09-2021
TRANSFER OF ASSETS ACAT RECEIVE TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Margin) +$203.81 $147.22

Mar-09-2021

| | |
|---|---|
| Date | Mar-09-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #5 9134N104 |
| Type | Shares |
| Shares | +89.000 |
| Value | $203.81 closing market value on Mar-09-2021 |

TRANSFER OF ASSETS ACAT RECEIVE GLOBALSTAR INC COM USD0.0001 (GSAT) (Margin) +$874.50 $147.22

Mar-09-2021
TRANSFER OF ASSETS ACAT RECEIVE AGENUS INC 1 FOR 20 R/S INTO AGENUS ... (00847G705) (Margin) +$808.48 $147.22

Mar-09-2021
TRANSFER OF ASSETS ACAT RECEIVE GILAT SATELLITE NETWORKS ORD ILS0.01... (GILT) (Margin) +$10,016.16 $147.22

Mar-09-2021
TRANSFER OF ASSETS ACAT RECEIVE LUOKUNG TECHNOLOGY CORP COM USD0.01 ... (G56981106) (Margin) +$150.96 $147.22

Mar-09-2021
YOU SOLD LUOKUNG TECHNOLOGY CORP COM USD0.01 ... (G56981106) (Margin) +$114.25 $147.22

Mar-09-2021
TRANSFER OF ASSETS ACAT RECEIVE (Margin) -$75.00 $32.97

Mar-09-2021
TRANSFER OF ASSETS ACAT RECEIVE (Margin) +$107.97 $107.97

Mar-09-2021

### Don't see the activity you're looking for?

| | |
|---|---|
| Track a rollover or transfer from another firm  > | View orders for new issue bonds  > |
| See activity from over 5 years ago in Documents  > | Reassign the lots for an unsettled trade  > |
| See cost basis information in Positions  > | Status bid requests for bonds and CDs  > |
| View Your Commissions & Price Improvement Summary  > | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not covered

**Fidelity**

# Activity & Orders

## Individual
Brokerage: Z07612804 (Routing number)

Q Search Activity & Orders

As of Nov-08-2024 3:36 PM ET

[ 01/01/2021 - 12/31/2021 ]   Orders   History   Transfers   ≈ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **January 1, 2021 - December 31, 2021**

| | |
|---|---|
| REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | -$0.01<br>$3,000.81 |
| Dec-31-2021<br>DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | +$0.01<br>$3,000.81 |
| Dec-31-2021<br>Electronic Funds Transfer Received (Cash) | +$2,000.00<br>$3,000.80 |
| Dec-31-2021<br>Electronic Funds Transfer Received (Cash) | +$200.00<br>$1,000.80 |
| Dec-14-2021<br>TRANSFER OF ASSETS ACAT RES.CREDIT (Cash) | +$0.08<br>$800.80 |
| Dec-06-2021<br>REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | -$0.01<br>$800.72 |
| Nov-30-2021<br>DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | +$0.01<br>$800.72 |
| Nov-30-2021<br>Electronic Funds Transfer Received (Cash) | +$200.00<br>$800.71 |
| Nov-15-2021<br>Electronic Funds Transfer Received (Cash) | +$200.00<br>$600.71 |
| Oct-14-2021<br>Electronic Funds Transfer Received (Cash) | +$200.00<br>$400.71 |
| Sep-14-2021<br>TRANSFER OF ASSETS ACAT RES.CREDIT (Cash) | +$0.13<br>$200.71 |
| Aug-18-2021<br>Electronic Funds Transfer Received (Cash) | +$200.00<br>$200.58 |
| Aug-16-2021<br>Electronic Funds Transfer Paid (Cash) | -$2,328.00<br>$0.58 |

| | | |
|---|---|---|
| TRANSFER OF ASSETS ACAT RECEIVE TRANSENTERIX INC COM USD0.001 (Margin) Midland/Odessa Division — Case No.: MO:24-CV-317 | | $147.22 |
| Mar-09-2021 TRANSFER OF ASSETS ACAT RECEIVE TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Margin) | | +$203.81 $147.22 |

Mar-09-2021

| | |
|---|---|
| Date | Mar-09-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Shares |
| Shares | +89.000 |
| Value | $203.81 closing market value on Mar-09-2021 |

| | | |
|---|---|---|
| TRANSFER OF ASSETS ACAT RECEIVE GLOBALSTAR INC COM USD0.0001 (GSAT) (Margin) | | +$874.50 $147.22 |
| Mar-09-2021 TRANSFER OF ASSETS ACAT RECEIVE AGENUS INC 1 FOR 20 R/S INTO AGENUS ... (00847G705) (Margin) | | +$808.48 $147.22 |
| Mar-09-2021 TRANSFER OF ASSETS ACAT RECEIVE GILAT SATELLITE NETWORKS ORD ILS0.01... (GILT) (Margin) | — | +$10,016.16 $147.22 |
| Mar-09-2021 TRANSFER OF ASSETS ACAT RECEIVE LUOKUNG TECHNOLOGY CORP COM USD0.01 ... (G56981106) (Margin) | | +$150.96 $147.22 |
| Mar-09-2021 YOU SOLD LUOKUNG TECHNOLOGY CORP COM USD0.01 ... (G56981106) (Margin) | | +$114.25 $147.22 |
| Mar-09-2021 TRANSFER OF ASSETS ACAT RECEIVE (Margin) | | -$75.00 $32.97 |
| Mar-09-2021 TRANSFER OF ASSETS ACAT RECEIVE (Margin) | | +$107.97 $107.97 |

Mar-09-2021

### Don't see the activity you're looking for?

| | |
|---|---|
| Track a rollover or transfer from another firm > | View orders for new issue bonds > |
| See activity from over 5 years ago in Documents > | Reassign the lots for an unsettled trade > |
| See cost basis information in Positions > | Status bid requests for bonds and CDs > |
| View Your Commissions & Price Improvement Summary > | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured

| | | |
|---|---|---|
| YOU SOLD ASENSUS SURGICAL INC COM *CASH MERGE... (04367G103) (Cash) Case No.: MO:24-CV-317 | | $1,375.39 |

May-06-2021
YOU SOLD AGENUS INC 1 FOR 20 R/S INTO AGENUS ... (00847G705) (Cash) +$696.87
$796.39

May-06-2021
Electronic Funds Transfer Paid (Cash) -$800.00
$99.52

May-06-2021
YOU SOLD FORESIGHT AUTONOMOUS HLDGS LTD SPONS... (345523104) (Cash) +$901.99
$899.52

May-03-2021
YOU BOUGHT FORESIGHT AUTONOMOUS HLDGS LTD SPONS... (345523104) (Cash) -$952.00
-$2.47

Apr-22-2021
Electronic Funds Transfer Received (Cash) +$1,000.00
$949.53

Apr-22-2021
TRANSFER OF ASSETS ACAT RES.CREDIT (Margin) +$15.31
-$50.47

Mar-15-2021
YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) -$211.56
-$65.78

Mar-11-2021

| | |
|---|---|
| Date | Mar-11-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +83.000 |
| Price | $2.55 |
| Amount | -$211.56 |
| Settlement date | Mar-15-2021 |

YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) -$1.44
$145.78

Mar-11-2021

| | |
|---|---|
| Date | Mar-11-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +0.565 |
| Price | $2.55 |
| Amount | -$1.44 |
| Settlement date | Mar-15-2021 |

NAME CHANGED N/C TO 04367G103 TRANSENTERIX INC COM (89366M300) (Margin) ..
$147.22

Mar-10-2021
NAME CHANGED N/C FROM 89366M300 ASENSUS SURGICAL INC COM *CASH MERGE... (04367G103) (Margin) ..
$147.22

Mar-10-2021
+$1,289.28

Jun-28-2021

| | |
|---|---|
| Date | Jun-28-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Amount | $2.31 |

**YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash)**  -$7,009.73
$22.33

Jun-22-2021

| | |
|---|---|
| Date | Jun-22-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +910.000 |
| Price | $7.70 |
| Amount | -$7,009.73 |
| Settlement date | Jun-24-2021 |

**YOU SOLD GILAT SATELLITE NETWORKS ORD ILS0.01... (GILT) (Cash)**  +$7,239.92
$7,032.06

Jun-22-2021
**YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash)**  -$890.00
-$207.86

Jun-21-2021

| | |
|---|---|
| Date | Jun-21-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +100.000 |
| Price | $8.90 |
| Amount | -$890.00 |
| Settlement date | Jun-23-2021 |

**Electronic Funds Transfer Received (Cash)**  +$250.00
$682.14

Jun-21-2021
**Electronic Funds Transfer Received (Cash)**  +$200.00
$432.14

Jun-14-2021
**Electronic Funds Transfer Received (Cash)**  +$200.00
$232.14

May-14-2021
**Electronic Funds Transfer Paid (Cash)**  -$2,000.00
$32.14

May-10-2021
**YOU SOLD GLOBALSTAR INC COM USD0.0001 (GSAT) (Cash)**  +$656.75
$2,032.14

May-06-2021
+$579.00

Aug-13-2021 | | +$2,103.94
YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | | $2,328.58

Aug-11-2021

| | |
|---|---|
| Date | Aug-11-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | -591.000 |
| Price | $3.56 |
| Amount | $2,103.94 |
| Fees | $0.02 |
| Settlement date | Aug-13-2021 |

Electronic Funds Transfer Received (Cash) | +$200.00
| $224.64

Jul-14-2021
DISTRIBUTION SPIN FROM(89102U103) META MATERIALS INC PFD SER A 0.00000... | --
(59134N203) (Cash) | $24.64

Jul-07-2021

| | |
|---|---|
| Date | Jul-07-2021 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +1,182.000 |

REVERSE SPLIT R/S TO 59134N104#REOR M0051336480000 TORCHLIGHT ENERGY | -$5,853.69
RESOURCES INC 1 FO... (89102U103) (Cash) | $24.64

Jun-28-2021

| | |
|---|---|
| Date | Jun-28-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Shares |
| Shares | -1,182.565 |
| Value | -$5,853.69 closing market value on Jun-28-2021 |

REVERSE SPLIT R/S FROM 89102U103#REOR M0051336480001 META MATERIALS INC COM | +$4,704.36
ISIN US59134N... (59134N104) (Cash) | $24.64

Jun-28-2021

| | |
|---|---|
| Date | Jun-28-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | +591.000 |
| Value | $4,704.36 closing market value on Jun-28-2021 |

IN LIEU OF FRX SHARE LEU PAYOUT 89102U103#REORLM0051336480001 META MATERIALS | +$2.31
INC COM ISIN US59134N... (59134N104) (Cash) | $24.64

by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∧ Additional important information

Account balance information is retrieved from different sources as of different dates and/or times. Any "as of" date and/or time displayed reflects when Fidelity last retrieved the information and may not be indicative of the actual valuation date and/or time of the balance displayed.

**Accounts:**

**In order to display account values, your asset and liability information is retrieved using a variety of methods, each of which has its own level of accuracy and timeliness:**

**Fidelity Accounts:** The Fidelity accounts displayed generally include the Fidelity personal and retirement accounts associated with your tax identification number as reflected on Fidelity's books and records. Retirement accounts include workplace savings plan accounts (excluding defined benefit plan accounts) and individual retirement accounts. The values of these Fidelity accounts consist of positions and other account information derived from direct systematic updates from Fidelity's books and records. Although these systematic updates have been quality-tested, translation and/or presentation errors or delays may occur.

Fidelity account balance information generally reflects the most recent information available to Fidelity as of the date and/or time indicated adjacent to the account balance, subject to the following:

- Balances displayed for your accounts reflect information available to Fidelity when your selected accounts were last refreshed.
- Brokerage account balances are updated throughout each business day and display values that change with market price fluctuations on the underlying securities in your account. A recalculation takes place on your account, factoring in price fluctuations of holdings/securities, trade executions, and money movement into or out of the account throughout the day. Market conditions, technology issues and unavailability of pricing information may delay updates.
- Balance of mutual fund only accounts and Internal Revenue Code Section 529 college savings plan accounts reflect the value of the account as of the prior day's market close.
- The Stock Plan account values displayed are arrived at using the prior business day closing price (and may exclude accrued cash dividends), or the cash value for cash based plans. Values may be unvested and may not reflect withdrawn assets. Please refer to the provisions in your individual Award Agreement and the official stock plan document which govern the terms of your award. The provisions in the Award Agreement and stock plan document supercede any information, including conflicting information, displayed.
- Fidelity Crypto$^{SM}$ account balances are updated throughout the day and display values that change with market price fluctuations on the crypto held in your account.
- Annuities are priced as of the market close date on which the value per unit, income value, or withdrawal value for an annuity was last calculated Annuity guarantees are subject to the claims-paying ability of the issuing insurance company.
- Workplace savings plan accounts reflect the value of the account as of the prior day's market close. Fidelity recordkept workplace savings account balances may include unvested amounts. Any BrokerageLink assets are displayed separately and are not included in the related workplace plan account balance. Your workplace plan account balance is not available during your plan's transition period
- Credit card information is provided by the issuer. More current information may be available by visiting the website of the issuer.

Securities are priced real-time for customers that have agreed to the Real-Time Quotes Subscriber Agreements; otherwise, quotes are delayed at least 15 minutes. If the current market price is unavailable or the market is closed, Fidelity will factor in the most recent closing market price to determine the closing market value.

Fidelity Go®, Fidelity® Personalized Planning & Advice, Fidelity® Wealth Services, Fidelity Managed FidFolios$^{SM}$ and Fidelity® Strategic Disciplines are advisory services offered by Fidelity Personal and Workplace Advisors LLC (FPWA), a registered investment adviser, for a fee. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity Managed FidFolios$^{SM}$ includes the Environmental Focus Strategy, the U.S. Large Cap Index Strategy, and the International Index Strategy. Portfolio Advisory Services accounts are discretionary investment management accounts offered through Fidelity® Wealth Services. Brokerage services provided by Fidelity Brokerage Services LLC (FBS), and custodial and related services provided by National Financial Services LLC (NFS), each a member NYSE and SIPC. FPWA, FBS and NFS are Fidelity Investments companies.

Brokerage services provided by Fidelity Brokerage Services LLC. Custody and other services provided by National Financial Services LLC. Both are Fidelity Investments companies and members of NYSE and SIPC.

Custody and trading of crypto are provided by Fidelity Digital Asset Services, LLC, a New York State-chartered limited liability trust company (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or SIPC. Neither FBS nor NFS offer crypto nor provide trading or custody services for such assets.

Fidelity Insurance Agency, Inc. and, in the case of variable annuities, Fidelity Brokerage Services, Member NYSE, SIPC, distribute insurance and annuity products that are issued by third-party insurance companies, which are not affiliated with any Fidelity Investments company, as well as insurance and annuity products issued by Fidelity Investments Life Insurance Company ("FILI"), 900 Salem Street, Smithfield, RI 02917 and, in New York, by Empire Fidelity Investments Life Insurance Company® ("EFILI"), New York, NY. FILI is licensed in all states except New York. EFILI is licensed only in New York. A contract's financial guarantees are subject to the claims-paying ability of the issuing insurance company.

Securities in accounts carried by National Financial Services LLC are protected in accordance with the Securities Investor Protection Corporation (SIPC). SIPC coverage only applies to those assets that are held at NFS. Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and Fidelity Brokerage Services LLC (FBS) acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. These accounts are held directly with the fund and are not carried by NFS or covered by SIPC.

\# Annuity values do not reflect pending transactions. Final values will be posted later.

++ Income and Payout Annuity contracts are not included in your total account value.

‡‡ This value only includes assets held in your Fidelity Brokerage Services account, and does not include amounts listed under Assets Held Away. Refer to the Positions tab for more details.

† The combined balances for this linked plan and BrokerageLink represent the total balance in the plan.

‡‡‡ This plan is an unfunded, nonqualified plan, and no funded account has been established for you. Any account is only a recordkeeping account that records your deferred compensation and any notional earnings applicable to your deferred compensation. In the event of a bankruptcy or insolvency, you would be an unsecured, general creditor of the employer or service recipient. For more information on the plan, please refer to the plan documents.

**Balances:**

Balances exclude life insurance accounts and stock plan accounts. Workplace account balances may not reflect historical adjustments. For details, see transaction history in NetBenefits.

Your Balances reflects the difference in your All Accounts total balance over the selected time period. It includes all gain, loss, deposit and withdrawal activity over the selected time period, as of the most recent market close. This difference is divided by the beginning total balance at the start of the selected time period to calculate the relevant percentage increase or decrease during this time period.

**Activity:**

Your non-Fidelity account activity cannot be displayed on this page. You can find that information by selecting your non-Fidelity account or by visiting Full View.

Your workplace savings account activity cannot be displayed on this page. You can find that information in NetBenefits.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917



Copyright 1998-2024 FMR LLC. All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U.S. only.

# Activity & Orders

## Individual

Brokerage: Z07612804 (Routing number)

Q Search Activity & Orders                                              As of Nov-08-2024 3:52 PM ET

[Filter] | Orders | History | Transfers | ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

### ∨ January 1, 2022 - December 31, 2022

| | |
|---|---|
| DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | +$0.39<br>$0.39 |

Dec-30-2022
MERGER MER FROM 591994371#REOR M0051471690001 NEXT BRIDGE HYDROCARBONS
INC $0.0001... (78699D491) (Cash)                                                         $0.00

Dec-29-2022

| | |
|---|---|
| Date | Dec-29-2022 |
| Symbol | 78699D491 |
| Symbol description | NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA |
| Type | Cash |
| Shares | +25,413.000 |

MERGER MER PAYOUT #REOR M0051471690000 PFD META MATLS CONTRA (591994371)
(Cash)                                                                                    $0.00

Dec-29-2022

| | |
|---|---|
| Date | Dec-29-2022 |
| Symbol | 591994371 |
| Symbol description | PFD META MATLS CONTRA |
| Type | Cash |
| Shares | -25,413.000 |

MERGER MER FROM 59134N203#REOR M0051466940001 PFD META MATLS CONTRA
(591994371) (Cash)                                                                        $0.00

Dec-13-2022

| | |
|---|---|
| Date | Dec-13-2022 |
| Symbol | 591994371 |
| Symbol description | PFD META MATLS CONTRA |
| Type | Cash |
| Shares | +25,413.000 |

MERGER MER PAYOUT #REOR M0051466940000 META MATERIALS INC PFD SER A 0.00000...   -$75,984.87
(59134N203) (Cash)                                                                        $0.00

Dec-13-2022

| | |
|---|---|
| Date | Dec-13-2022 |
| Symbol | 59134N203 |

| | |
|---|---|
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Shares |
| Shares | -25,413.000 |
| Value | -$75,984.87 closing market value on Dec-13-2022 |

Electronic Funds Transfer Paid (Cash) — -$846.26 / $0.00

Dec-05-2022
REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) — -$0.33 / $846.26

Nov-30-2022
DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) — +$0.33 / $846.26

Nov-30-2022
YOU SOLD BRUUSH ORAL CARE INC COM NPV 1 FOR 2... (11750K203) (Cash) — +$122.08 / $845.93

Nov-29-2022
YOU SOLD GILAT SATELLITE NETWORKS ORD ILS0.01... (GILT) (Cash) — +$510.83 / $723.85

Nov-29-2022
Electronic Funds Transfer Received (Cash) — +$200.00 / $213.02

Nov-15-2022
REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) — -$0.43 / $13.02

Oct-31-2022
DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) — +$0.43 / $13.02

Oct-31-2022
YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) — -$199.76 / $12.59

Oct-19-2022

| | |
|---|---|
| Date | Oct-19-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +227.000 |
| Price | $0.88 |
| Amount | -$199.76 |
| Settlement date | Oct-21-2022 |

Electronic Funds Transfer Received (Cash) — +$200.00 / $212.35

Oct-14-2022
YOU BOUGHT ILUSTRATO PICTURES INTERNATIONAL INC (ILUS) (Cash) — -$390.00 / $12.35

Oct-10-2022
REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) — -$0.70 / $402.35

Sep-30-2022
DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) — +$0.70 / $402.35

Sep-30-2022  
**Electronic Funds Transfer Received (Cash)** +$400.00 / $401.65

Sep-23-2022  
IN LIEU OF FRX SHARE SPIN FROM(89102U103) META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) +$0.90 / $1.65

Sep-15-2022

| | |
|---|---|
| Date | Sep-15-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Amount | $0.90 |

**Electronic Funds Transfer Paid (Cash)** -$1,236.00 / $0.75

Sep-15-2022  
**Electronic Funds Transfer Received (Cash)** +$200.00 / $1,236.75

Sep-14-2022  
**Electronic Funds Transfer Received (Cash)** +$1,000.00 / $1,036.75

Sep-02-2022  
REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) -$0.29 / $36.75

Aug-31-2022  
DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) +$0.29 / $36.75

Aug-31-2022  
YOU BOUGHT BRUUSH ORAL CARE INC COM NPV 1 FOR 2... (11750K203) (Cash) -$364.78 / $36.46

Aug-18-2022  
**Electronic Funds Transfer Received (Cash)** +$200.00 / $401.24

Aug-15-2022  
REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) -$0.12 / $201.24

Jul-29-2022  
DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) +$0.12 / $201.24

Jul-29-2022  
**Electronic Funds Transfer Received (Cash)** +$200.00 / $201.12

Jul-14-2022  
REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) -$0.68 / $1.12

Jun-30-2022  
DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) +$0.68 / $1.12

Jun-30-2022  
**Electronic Funds Transfer Paid (Cash)** -$1,440.00 / $0.44

Jun-27-2022  
**Electronic Funds Transfer Received (Cash)** +$200.00 / $1,440.44

Jun-14-2022

| Date | Description | Amount | Balance |
|---|---|---|---|
| | REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | -$0.30 | $1,240.44 |
| May-31-2022 | DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | +$0.30 | $1,240.44 |
| May-31-2022 | Electronic Funds Transfer Received (Cash) | +$200.00 | $1,240.14 |
| May-16-2022 | REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | -$0.02 | $1,040.14 |
| Apr-29-2022 | DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | +$0.02 | $1,040.14 |
| Apr-29-2022 | Electronic Funds Transfer Received (Cash) | +$200.00 | $1,040.12 |
| Apr-14-2022 | Electronic Funds Transfer Paid (Cash) | -$5,000.00 | $840.12 |
| Apr-11-2022 | Electronic Funds Transfer Received (Cash) | +$800.00 | $5,840.12 |
| Apr-11-2022 | Electronic Funds Transfer Received (Cash) | +$5,000.00 | $5,040.12 |
| Apr-01-2022 | REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | -$0.01 | $40.12 |
| Mar-31-2022 | DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash) | +$0.01 | $40.12 |
| Mar-31-2022 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | -$1,800.18 | $40.11 |

Mar-31-2022

| | |
|---|---|
| Date | Mar-31-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +1,314.000 |
| Price | $1.37 |
| Amount | -$1,800.18 |
| Settlement date | Apr-04-2022 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Electronic Funds Transfer Received (Cash) | +$1,500.00 | $1,840.29 |
| Mar-21-2022 | Electronic Funds Transfer Received (Cash) | +$200.00 | $340.29 |
| Mar-14-2022 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | -$4,999.70 | $140.29 |
| Mar-02-2022 | | | |

| | |
|---|---|
| Date | Mar-02-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +2,941.000 |
| Price | $1.70 |
| Amount | -$4,999.70 |
| Settlement date | Mar-04-2022 |

**REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash)**  -$0.02   $5,139.99

Feb-28-2022
**DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash)**  +$0.02   $5,139.99

Feb-28-2022
**YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)**  -$2,893.62   $5,139.97

Feb-25-2022

| | |
|---|---|
| Date | Feb-25-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +1,663.000 |
| Price | $1.74 |
| Amount | -$2,893.62 |
| Settlement date | Mar-01-2022 |

**Electronic Funds Transfer Received (Cash)**  +$8,000.00   $8,033.59

Feb-25-2022
**YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)**  -$2,828.32   $33.59

Feb-24-2022

| | |
|---|---|
| Date | Feb-24-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +1,607.000 |
| Price | $1.76 |
| Amount | -$2,828.32 |
| Settlement date | Feb-28-2022 |

**YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)**  -$22,140.00   $2,861.91

Feb-23-2022

| | |
|---|---|
| Date | Feb-23-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +12,300.000 |

| | | |
|---|---|---|
| Price | $1.80 | |
| Amount | -$22,140.00 | |
| Settlement date | Feb-25-2022 | |

**YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)**  -$446.40
$25,001.91

Feb-22-2022

| | |
|---|---|
| Date | Feb-22-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +248.000 |
| Price | $1.80 |
| Amount | -$446.40 |
| Settlement date | Feb-24-2022 |

**Electronic Funds Transfer Received (Cash)**  +$25,000.00
$25,448.31

Feb-22-2022
**Electronic Funds Transfer Received (Cash)**  +$200.00
$448.31

Feb-14-2022
**REINVESTMENT FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash)**  -$0.01
$248.31

Jan-31-2022
**DIVIDEND RECEIVED FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (Cash)**  +$0.01
$248.31

Jan-31-2022
**Electronic Funds Transfer Received (Cash)**  +$200.00
$248.30

Jan-14-2022
**YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)**  -$1,854.26
$48.30

Jan-12-2022

| | |
|---|---|
| Date | Jan-12-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +1,334.000 |
| Price | $1.39 |
| Amount | -$1,854.26 |
| Settlement date | Jan-14-2022 |

**YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)**  -$1,132.60
$1,902.56

Jan-12-2022

| | |
|---|---|
| Date | Jan-12-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +809.000 |

| | |
|---|---|
| Price | $1.40 |
| Amount | -$1,132.60 |
| Settlement date | Jan-14-2022 |

**Electronic Funds Transfer Received (Cash)** +$3,000.00 $3,035.16

Jan-10-2022

**YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)** -$980.00 $35.16

Jan-07-2022

| | |
|---|---|
| Date | Jan-07-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +700.000 |
| Price | $1.40 |
| Amount | -$980.00 |
| Settlement date | Jan-11-2022 |

**YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)** -$1,985.65 $1,015.16

Jan-03-2022

| | |
|---|---|
| Date | Jan-03-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +1,315.000 |
| Price | $1.51 |
| Amount | -$1,985.65 |
| Settlement date | Jan-05-2022 |

## Don't see the activity you're looking for?

| | |
|---|---|
| Track a rollover or transfer from another firm > | View orders for new issue bonds > |
| See activity from over 5 years ago in Documents > | Reassign the lots for an unsettled trade > |
| See cost basis information in Positions > | Status bid requests for bonds and CDs > |
| View Your Commissions & Price Improvement Summary > | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are

provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∧ Additional important information

Account balance information is retrieved from different sources as of different dates and/or times. Any "as of" date and/or time displayed reflects when Fidelity last retrieved the information and may not be indicative of the actual valuation date and/or time of the balance displayed.

**Accounts:**

In order to display account values, your asset and liability information is retrieved using a variety of methods, each of which has its own level of accuracy and timeliness:

**Fidelity Accounts:** The Fidelity accounts displayed generally include the Fidelity personal and retirement accounts associated with your tax identification number as reflected on Fidelity's books and records. Retirement accounts include workplace savings plan accounts (excluding defined benefit plan accounts) and individual retirement accounts. The values of these Fidelity accounts consist of positions and other account information derived from direct systematic updates from Fidelity's books and records. Although these systematic updates have been quality-tested, translation and/or presentation errors or delays may occur.

Fidelity account balance information generally reflects the most recent information available to Fidelity as of the date and/or time indicated adjacent to the account balance, subject to the following:

- Balances displayed for your accounts reflect information available to Fidelity when your selected accounts were last refreshed.
- Brokerage account balances are updated throughout each business day and display values that change with market price fluctuations on the underlying securities in your account. A recalculation takes place on your account, factoring in price fluctuations of holdings/securities, trade executions, and money movement into or out of the account throughout the day. Market conditions, technology issues and unavailability of pricing information may delay updates.
- Balance of mutual fund only accounts and Internal Revenue Code Section 529 college savings plan accounts reflect the value of the account as of the prior day's market close.
- The Stock Plan account values displayed are arrived at using the prior business day closing price (and may exclude accrued cash dividends), or the cash value for cash based plans. Values may be unvested and may not reflect withdrawn assets. Please refer to the provisions in your individual Award Agreement and the official stock plan document which govern the terms of your award. The provisions in the Award Agreement and stock plan document supercede any information, including conflicting information, displayed.
- Fidelity Crypto$^{SM}$ account balances are updated throughout the day and display values that change with market price fluctuations on the crypto held in your account.
- Annuities are priced as of the market close date on which the value per unit, income value, or withdrawal value for an annuity was last calculated Annuity guarantees are subject to the claims-paying ability of the issuing insurance company.
- Workplace savings plan accounts reflect the value of the account as of the prior day's market close. Fidelity recordkept workplace savings account balances may include unvested amounts. Any BrokerageLink assets are displayed separately and are not included in the related workplace plan account balance. Your workplace plan account balance is not available during your plan's transition period
- Credit card information is provided by the issuer. More current information may be available by visiting the website of the issuer.

Securities are priced real-time for customers that have agreed to the Real-Time Quotes Subscriber Agreements; otherwise, quotes are delayed at least 15 minutes. If the current market price is unavailable or the market is closed, Fidelity will factor in the most recent closing market price to determine the closing market value.

Fidelity Go®, Fidelity® Personalized Planning & Advice, Fidelity® Wealth Services, Fidelity Managed FidFolios$^{SM}$ and Fidelity® Strategic Disciplines are advisory services offered by Fidelity Personal and Workplace Advisors LLC (FPWA), a registered investment adviser, for a fee. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity Managed FidFolios$^{SM}$ includes the Environmental Focus Strategy, the U.S. Large Cap Index Strategy, and the International Index Strategy. Portfolio Advisory Services accounts are discretionary investment management accounts offered through Fidelity® Wealth Services. Brokerage services provided by Fidelity Brokerage Services LLC (FBS), and custodial and related services provided by National Financial Services LLC (NFS), each a member NYSE and SIPC. FPWA, FBS and NFS are Fidelity Investments companies

Brokerage services provided by Fidelity Brokerage Services LLC. Custody and other services provided by National Financial Services LLC. Both are Fidelity Investments companies and members of NYSE and SIPC.

Custody and trading of crypto are provided by Fidelity Digital Asset Services, LLC, a New York State-chartered limited liability trust company (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or SIPC. Neither FBS nor NFS offer crypto nor provide trading or custody services for such assets.

Fidelity Insurance Agency, Inc. and, in the case of variable annuities, Fidelity Brokerage Services, Member NYSE, SIPC, distribute insurance and annuity products that are issued by third-party insurance companies, which are not affiliated with any Fidelity Investments company, as well as insurance and annuity products issued by Fidelity Investments Life Insurance Company ("FILI"), 900 Salem Street, Smithfield, RI 02917 and, in New York, by Empire Fidelity Investments Life Insurance Company® ("EFILI"), New York, NY. FILI is licensed in all states except New York; EFILI is licensed only in New York. A contract's financial guarantees are subject to the claims-paying ability of the issuing insurance company.

Securities in accounts carried by National Financial Services LLC are protected in accordance with the Securities Investor Protection Corporation (SIPC). SIPC coverage only applies to those assets that are held at NFS. Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds and Fidelity Brokerage Services LLC (FBS) acts as agent for FDC with respect to Fidelity Mutual Fund Accounts. These accounts are held directly with the fund and are not carried by NFS or covered by SIPC.

\# Annuity values do not reflect pending transactions. Final values will be posted later.

++ Income and Payout Annuity contracts are not included in your total account value.

‡‡ This value only includes assets held in your Fidelity Brokerage Services account, and does not include amounts listed under Assets Held Away. Refer to the Positions tab for more details.

† The combined balances for this linked plan and BrokerageLink represent the total balance in the plan.

‡‡‡ This plan is an unfunded, nonqualified plan, and no funded account has been established for you. Any account is only a recordkeeping account that records your deferred compensation and any notional earnings applicable to your deferred compensation. In the event of a bankruptcy or insolvency, you would be an unsecured, general creditor of the employer or service recipient. For more information on the plan, please refer to the plan documents.

**Balances:**

Balances exclude life insurance accounts and stock plan accounts. Workplace account balances may not reflect historical adjustments. For details, see transaction history in NetBenefits.

Your Balances reflects the difference in your All Accounts total balance over the selected time period. It includes all gain, loss, deposit and withdrawal activity over the selected time period, as of the most recent market close. This difference is divided by the beginning total balance at the start of the selected time period to calculate the relevant percentage increase or decrease during this time period.

**Activity:**

Your non-Fidelity account activity cannot be displayed on this page. You can find that information by selecting your non-Fidelity account or by visiting Full View.

Your workplace savings account activity cannot be displayed on this page. You can find that information in NetBenefits.

Fidelity Brokerage Services LLC, Member NYSE, SIPC. 900 Salem Street, Smithfield, RI 02917



Copyright 1998-2024 FMR LLC. All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U.S. only.