17:12

Midland/Odessa Division   Case No.: MO:24-CV-317

US **NXBR (NXBR)**

⟨ Pre-Market Trading 03/04 04:12:08 EST

U.UU

Bid              --            Ask              --

⊟  ⌂ Key events in the coming week, share your tra...

## Overview      Options      Analysis      Financi

1D ▾    5D    D    W    M    Q    Y    More    ⊘    ⊚

NYSE Arca

| | | |
|---|---|---|
| Sell7 | ·039.00 | 1 |
| Sell6 | 1039.00 | 2 |
| Sell5 | 1034.00 | 3 |
| Sell4 | 1039.00 | 1 |
| Sell3 | 1506.40 | 20 |
| Sell2 | 1038.00 | 1 |
| Sell1 | 1037.99 | 75 |
| | 40 Level | |
| Buy1 | 1036.00 | 252 |
| Buy2 | 1035.00 | 2 |
| Buy3 | 1036.00 | 1 |
| Buy4 | 1035.00 | 10 |
| Buy5 | 1034.00 | 5 |
| Buy6 | 1031.70 | 7 |
| Buy7 | 1031.50 | 1 |

Depth   Details   Price

# APPENDIX P

After U3 Halt

NXBR

News      Discussions      Trade Feed

✎         🔔         ♡         ⊞
P        Alert     W t h t    M r

Pg 1



 

# TRCHP.CNT (TRCHP.CNT)

‹    �readonly     ⬆   Q

^

Bid                    --          Ask                    --

📄  🔔 Key events in the coming week, share your tra

**Overview**      Options      Analysis      Financ

1D ▾   5D   D   W   M   Q   Y   ⸱ore   (ð)   ▣

| N‧ E Arca | |
|---|---|
| Sell40 | 1 |
| Sell39 | 20 |
| Sell38 | 1 |
| Sell37 | 2 |
| Sell36 | 1 |
| Sell35 | ? |
| Sell34 | 11 |
| Sell33 | 1 0 |
| Sell32 | 8 |
| Sell31 | 30 |
| Sell30 | ⸱ 0 |
| Sell29 | ‡ |
| Sell28 | ‡ |
| Sell27 | 27 |
| Sell26 | 1 |

**Depth   Details   Price**

*Before MMTLP is TRCHP.CNT*

**News**      Discussions      Trade Feed

**Trade**      ✎   🔔   ♡   ▦
                                  M

P93

7:57





# ✕ xtb

Q     ≡

EU
Trade
June
2024

Q   Search instrument..

T   **TRCH.US - Cashstocks**
Torchlight Energy Resources Inc

⚠ This is close only position
**More information**

## 2.**93** USD
+0.03 (+1.03%)  - Today



Losses can exceed deposits



xtb.com

Pg 4