**Ameritrade**                     Secured 🔒

# Re: Client services

From: Message Center Client Services
To: ▆▆▆▆▆▆▆▆▆▆▆▆
Date: 3:51pm ET 10/14/2021

Good afternoon ▆▆▆▆▆▆▆,

I apologize for the delay in response and for the frustration this, as well as the rejected trades for MMTLP, has caused you. I have discussed the issue with our Order Room and was able to confirm why these trades were rejected

Currently, there is only one market destination accepting orders for MMTLP, which is GTS OTC. Unfortunately, our platform is not connected to this specific market destination for clients utilizing the thinkorswim platform and advanced trading features, which is why the orders you placed we rejected. Orders can be placed for this security, however, they would need to be completed through a broker, as the orders have to be manually routed to this destination. You can reach our Trade Desk at 800-672-2098 and we can force this order through to GTS OTC. Please note, however, that the order will not show up in thinkorswim until we have confirmed a fill and our Order Room has updated the platform with the fill. As this is an OTC stock, only limit orders would be accepted for opening transactions.

There was one order that was filled on 10/8/2021, and I was able to confirm that our Order Room directly worked with a market destination, Canaccord (listed as CStewart in the details of that specific order), to confirm that they would be accepting orders for this security. However, during that trading day they stopped taking orders on it altogether. Unfortunately, we do not have information as to why they, or other market destinations, have chosen not to accept orders for MMTLP at this time.

I hope that this provides some clarity regarding this matter, but if you have any further questions, please do not hesitate to contact our Trade Desk (800-672-2098).

Sincerely,

Aaron ▆▆▆▆▆▆▆
Resolution Manager
Client Advocacy Team
Tel 800-669-3900
TD Ameritrade