17:12

⟨  **US NXBR (NXBR)**
Pre-Market Trading 03/04 04:12:08 EST

0.00

Bid    --    Ask    --

📄 🔥 Key events in the coming week, share your tra...

Overview    Options    Analysis    Financi

1D▾  5D   D   W   M   Q   Y   More   (σ)  ▭

NYSE Arca

| | | |
|---|---|---|
| Sell7 | 1,039.00 | 1 |
| Sell6 | 1,037.00 | 2 |
| Sell5 | 1,034.00 | 3 |
| Sell4 | 1,032.00 | 1 |
| Sell3 | 1,038.40 | 20 |
| Sell2 | 1,038.00 | 1 |
| Sell1 | 1,037.99 | 75 |
| | 40 Level | |
| Buy1 | 1,036.00 | 252 |
| Buy2 | 1,035.00 | 2 |
| Buy3 | 1,036.00 | 1 |
| Buy4 | 1,035.00 | 10 |
| Buy5 | 1,034.00 | 5 |
| Buy6 | 1,031.20 | 7 |
| Buy7 | 1,031.50 | 1 |

Depth   Details   Price

*After U3 Halt NXBR* (watermark)

**APPENDIX P**

News    Discussions    Trade Feed

✎      🔔      ♡      ▦
P    Alert   Wthlt   Mr

Pg 1



Pg 2

17:06

### TRCHP.CNT (TRCHP.CNT)

Bid -- Ask --

Key events in the coming week, share your tra

| Overview | Options | Analysis | Financ |

1D ▼  5D  D  W  M  Q  Y  ore

NYSE Arca

| | |
|---|---|
| Sell40 | 1 |
| Sell39 | 20 |
| Sell38 | 1 |
| Sell37 | 2 |
| Sell36 | 1 |
| Sell35 | ? |
| Sell34 | 11 |
| Sell33 | 10 |
| Sell32 | 8 |
| Sell31 | 30 |
| Sell30 | 10 |
| Sell29 | 1 |
| Sell28 | 1 |
| Sell27 | 27 |
| Sell26 | 1 |

Depth  Details  Price

*Before MMTLP is TRCHP.CNT*

News  Discussions  Trade Feed

Trade

P93



EU Trades June 2024

Pg 4