# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| CONTIQUE WILLCOT, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § § | Case No. 7:24-CV-317-DC-RCG |
| SECURITIES & EXCHANGE COMMISSION, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS, INC., JOHN BRDA, GREGORY MCCABE, FINANCIAL INDUSTRY REGULATORY AUTHORITY, | § § § § § § § § | |
| *Defendants*. | § § | |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION

Pending before the Court is Defendant Gregory McCabe's Unopposed Motion to Extend Pleading Deadline. Upon consideration, the Court finds that the Motion should be, and hereby is, **GRANTED**.

Accordingly, it is **ORDERED** that Defendant Gregory McCabe may answer or otherwise respond to Plaintiff's Amended Complaint (Doc. 3), on or before June 16, 2025.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE