IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| CONTIQUE WILLCOT, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CAUSE NO. 24-CV-00317-DC-RCG |
| § | |
| SECURITIES AND EXCHANGE § | |
| COMMISSION *et al.*, § | |
| § | |
| *Defendants*. § | |

**DEFENDANT GTS SECURITIES, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), for its Corporate Disclosure Statement, Defendant GTS Securities, LLC ("GTS Securities") states that its sole member is GTS Financial LLC ("GTS Financial"). Neither GTS Securities nor GTS Financial has any publicly traded shares.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), and in light of Plaintiff's assertions that diversity jurisdiction exists in this case, Dkt. No. 3 at 6 ¶ 3, GTS Securities further states that based on GTS Securities's diligent review, the following entities and individuals have citizenship attributable to GTS Securities: GTS Financial; GTS Group US LLC; GTS International Ltd.; GTS Holdings Group Ltd.; GTS Equity Partners LLC; LVS Partners Ltd.; GTS Worldwide Ltd.; GTS Management Partners LLC ("GTS Management"); and GTS Management's individual members. Those members include, among others, Mr. Ari Rubenstein, who is also a named Defendant in this action. Mr. Rubenstein, like Plaintiff, *id.* at 7 ¶ 7, resides in Florida. *Accord* Dkt. No. 26 (purporting to effectuate service upon Mr. Rubenstein, through his nanny, in Florida).

The foregoing list does not include certain minority interestholders whose citizenship may be attributable to GTS Securities and whose identities are confidential.

1

The interestholders that are unnamed herein pursuant to the previous paragraph do not have any publicly traded shares.

Dated: April 30, 2025    Respectfully submitted,

**MURPHY BALL STRATTON LLP**

 /s/ *Land Murphy*
Garland "Land" Murphy (TXBN 24058010)
1001 Fannin Street, Suite 720
Houston, Texas 77002
Telephone: (281) 658-9060
lmurphy@mbssmartlaw.com
charvey@mbssmartlaw.com

**WILLIAMS BARBER & MOREL LTD.**

Christopher Barber (ILBN 6192190)
Stephen Fraser (ILBN 6327928)
233 South Wacker Drive, Suite 6800
Chicago, Illinois 60606
Telephone: (312) 443-3200
cjb@williamsbarbermorel.com
saf@williamsbarbermorel.com

**COUNSEL FOR DEFENDANT GTS SECURITIES LLC**

Case 7:24-cv-00317-DC-RCG   Document 35   Filed 04/30/25   Page 3 of 4

3

## CERTIFICATE OF SERVICE

  I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

**Contique Willcot**
6940 SW 10th Court
Pembroke Pines, Florida 33023
contiq9@yahoo.com

*Pro Se Plaintiff*

**Eric Aaron Reicher**
U.S. SECURITIES & EXCHANGE COMMISSION
100 F Street, NE
Washington, D.C. 20549
reichere@sec.gov

**Jason J. Rose**
U.S. SECURITIES & EXCHANGE COMMISSION
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
rosej@sec.gov

*Attorneys for Defendant U.S. Securities & Exchange Commission*

**Casidy Rae Newcomer**
**James Wesley Christian**
CHRISTIAN ATTAR
1177 West Loop S, Suite 1700
Houston, Texas 77027
cnewcomer@christianattarlaw.com
jchristian@christianattarlaw.com

*Attorneys for Defendant New Bridge Hydrocarbons, Inc.*

**Jason M. Hopkins**
**Jason S. Lewis**
**Ryan D. Lantry**
DLA PIPER LLP US
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
jason.hopkins@us.dlpiper.com
jason.lewis@us.dlapiper.com
ryan.lantry@us.dlapiper.com

*Attorneys for Defendants John Brda and Gregory McCabe*

3

**Jill C. Pennington**
SMITH CLARK PENNINGTON PLLC
6 Deseta Drive, Suite 333
Midland, Texas 79705
jcpennington@permian.law

*Attorney for Gregory McCabe*

                                               */s/ Land Murphy*
                                               Land Murphy