IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| CONTIQUE WILLCOT,<br><br>Plaintiff,<br><br>v.<br><br>SECURITIES & EXCHANGE COMMISSION, GTS SECURITIES LLC, ARI RUBINSTEIN, NEXT BRIDGE HYDROCARBONS, INC., JOHN BRDA, GREGORY MCCABE, FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br><br>Defendants. | Case No.: 7:24-CV-00317-RCG-DC |

**DECLARATION OF DAVID C. KENT IN SUPPORT OF
DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY'S
OPPOSITION TO PLAINTIFF'S MOTION
TO LIFT PSLRA DISCOVERY STAY AND EXPEDITE DISCOVERY**

I, David C. Kent, Esq., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The statements made herein are based on my personal knowledge.

2. I am an attorney at the law firm Faegre Drinker Biddle & Reath LLP, representing Defendant Financial Industry Regulatory Authority ("FINRA") in the above-captioned matter. I offer this Declaration in support of FINRA's Opposition to Plaintiff's Motion To Lift PSLRA Discovery Stay And Expedite Discovery [ECF nos. 29, 30, 31 & 32].

3. Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Sam Draddy, filed on behalf of FINRA on Jun 2, 2023, filed in response to the petition in <u>Khorassani v. FINRA</u>, Index. No. 153819/2023, Supreme Court of the State of New York, New York County.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this, the 30th day of April, 2025, in Dallas, Texas.

_____
David C. Kent

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served on all *pro se* parties and counsel of record through the CM/ECF system on April 30, 2025.

_____