IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| CONTIQUE WILLCOT,<br>§ Plaintiff,<br>§<br>v. §<br>§<br>SECURITIES & EXCHANGE COMMISSION, §<br>GTS SECURITIES, LLC, ARI RUBINSTEIN, §<br>NEXT BRIDGE HYDROCARBONS, INC., §<br>JOHN BRDA, GREGORY McCABE, FINANCIAL§<br>INDUSTRY REGULATORY AUTHORITY §<br>Defendants. § | Case No. 7:24-CV-317-DC-RCG |

### [PROPOSED] ORDER GRANTING DEFENDANT, NEXT BRIDGE HYDROCARBONS, INC.'S MOTION TO EXTEND PLEADINGS DEADLINE

Pending before the Court is Defendant Next Bridge Hydrocarbons, Inc's Motion to Extend Pleadings Deadline. Upon consideration, the Court finds that the Motion should be, and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Defendant Next Bridge Hydrocarbons, Inc my answer or otherwise respond to Plaintiff's Amended Complaint (Doc. 3), on or before June 16, 2025.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE