**EXHIBIT TABLE OF CONTENTS FOR PLAINTIFF'S RESPONSE TO DEFENDANT NEXT BRIDGE HYDROCARBONS, INC.'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL AND MOTION TO COMPEL DISCOVERY**

| | **Exhibit Description** | **Relevance** |
|---|---|---|
| A | Email from Jeffrey Davies to a third party, dated 2019, authenticity confirmed by Scott Traudt's affidavit (Traudt Affidavit, May 6, 2025) | Details fraudulent practices by Torchlight Energy (NBH's predecessor), including misleading statements about asset valuations by Gregory McCabe. Supports Plaintiff's claim of NBH's fraud predating the 2021 Meta Materials merger (ECF No. 44-1, ¶ 227, 250; Case No. MO:24-CV-317, p. 11, Ex. AA). |
| B | Email from TD Ameritrade to a third party, dated October 2021 | Confirms irregularities in MMTLP trading, suggesting synthetic share issues. Supports Plaintiff's claim of NBH's negligence prior to the December 2022 U3 halt (ECF No. 44-1, ¶ 224–227; Case No. MO:24-CV-317, p. 2, Ex. S). |
| C | SEC v. Brda et al., complaint filed by the SEC | Alleges violations of securities laws by John Brda and others, including misrepresentations and manipulative trading practices involving NBH's predecessor entities, causing a 200%+ stock price surge in June 2021. Supports Plaintiff's claim of NBH's fraud and negligence (ECF No. 44-1, ¶ 227, 250; Case No. MO:24-CV-317, p. 2, Ex. AA). |