AFFIDAVIT OF SCOTT TRAUDT

I, Scott Traudt, residing at 191 Kibling Hill Rd., Strafford, VT 05072, do hereby solemnly affirm and declare under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1.  On November 2, 2024, I communicated with Jeff Davies regarding an email dated July 12, 2019, which was sent by Jeff Davies to Eric Werner, with copies to David B. Reece and Kimberly Cain. Inserted herein is a faithful reproduction of that email:



2.  During this communication, Jeff Davies acknowledged that the aforementioned email was indeed sent by him.
3.  I confirmed the authenticity of the email with Jeff Davies on November 2, 2024, and he affirmed its legitimacy by responding "YES" in a written message.
4.  For verification purposes, Kimberly Cain is still employed at the Fort Worth, Texas office of the Securities and Exchange Commission (SEC) as of the date of this affidavit.

I declare that the foregoing is true and correct.

Executed on this 6th day of May, 2025, at Strafford, Vermont.

SCOTT TRAUDT SIGNATURE

_Scott Traudt_

SCOTT TRAUDT DATE: _May 6, 2025_

NOTARY PUBLIC ACKNOWLEDGMENT

State of Vermont County of ___Windsor___

On this 6th day of May, 2025, before me, a Notary Public, personally appeared Scott Traudt, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

NOTARY PUBLIC DATE: _5/6/25_____    My Commission Expires: _01/31/27_

_Jess Gokey_____

(Notary Seal)

