# NATIONAL CERTIFICATION BOARD

The undersigned has been evaluated and found to meet the standards of The National Certification Board. This Certification has been duly listed in the National Certification Registry of the NATIONAL ASSOCIATION OF FIRE INVESTIGATORS, INTERNATIONAL

## Contique Vaughn Willcot
### Certified Fire and Explosion Investigator

Number: 28496-16674
Effective: 02/12/2024



NATIONAL ASSOCIATION OF FIRE INVESTIGATORS, INTERNATIONAL
4900 Manatee Ave. West, Suite 104
Bradenton, FL 34209

The NATIONAL ASSOCIATION OF FIRE INVESTIGATORS, INTERNATIONAL is a non profit organization incorporated in June, 1961. Its primary purposes are to increase the knowledge and improve the skills of person engaged in the investigation of fires, explosions, arson, subrogation, and related fields, or in the litigation which ensues from such investigation.