

**Jeffrey M Davies**
Torchlight
To: eric Werner,  Cc: Reece, David B.,  Cain, Kimberly

July 12, 2019 at 10:15 PM

Details

Weird how Torchlight spikes at the end of the day all the time. I'm sure thats not manipulation. John Brad the CEO hardly ever takes a cash salary and never sells the stock the pay him in. Must be independently wealthy from his prior frauds.

Once again, never been short, never worked with any short. Huge waste of my time and expertise to try to unravel this fraud.

This is a layup. Retail, repeat offenders, gate keepers, social media. $150 million enterprise value now, for a company worth less than $0.

This is going to feel like Miami Herald and Epstein when this finally implodes. Everyone knew but didn't care.

Regards,

Jeff Davies