**Case No. 7:24-cv-00317-DC-RCG    MIDLAND-ODESSA DIVISION**

EXHIBIT TABLE OF CONTENTS

| Exhibit | Exhibit Title | ECF No. | SAC Pages | How It Bolsters Claims |
|---|---|---|---|---|
| A | TD Ameritrade Email, October 14, 2021 | 32 | 3, 4, 5, 6, 7 | Proves GTS's exclusive MMTLP trading role and FINRA's oversight of Texas broker-dealers (e.g., Charles Schwab), supporting venue (Para. 12), securities fraud (Paras. 24-26), and antitrust claims (Paras. 27-28). |
| B | FINRA Broker-Dealer Oversight Data | 32 | 3, 4, 5, 6 | Evidences FINRA's regulation of Texas broker-dealers, supporting venue (Para. 12) and non-regulatory misconduct in approving TRCH data (Paras. 17, 24-26). |
| C | FINRA TRCH Data Approval Records | 32 | 3, 4, 5, 6 | Shows FINRA's bad-faith approval of outdated 2012 TRCH data, enabling GTS's fraud, supporting securities fraud (Paras. 24-26) and negligence (Paras. 29-32). |
| D | Too Late to Cancel Records | 73 | 3, 5, 6, 7, 8 | Demonstrates MMTLP share value (e.g., $100,000-$200,000/share on page 1, $9,999.99/share on page 7, $2,500-$24,994.02/share on page 8), blocked by FINRA's U3 halt, supporting damages ($65,250,000-$130,500,000, Paras. 14, 17.1, VI.a), short squeeze potential (Paras. 26, 26.1), securities fraud (Paras. 24-26), antitrust (Para. 28), negligence (Para. 32), aiding/abetting fraud (Para. 34), and unjust enrichment (Para. 36). |

**Case No. 7:24-cv-00317-DC-RCG     MIDLAND-ODESSA DIVISION**

| | | | | |
|---|---|---|---|---|
| G | SEC Payments to Professor James J. Angel | 65 | 4, 5, 6 | Suggests SEC bias (e.g., $1,144,000 payments), undermining its investor protection mandate, supporting securities fraud (Paras. 24-26) and declaratory judgment (Paras. 37-39). |
| H | Jeffrey Davies Email to SEC, July 12, 2019 | 65 | 4, 5, 6 | Proves SEC's early awareness of TRCH fraud, supporting its inaction as a breach of duty, for securities fraud (Paras. 24-26) and declaratory judgment (Paras. 37-39). |
| I | Investor Communications and Market Impact Data | 62 | 1, 2, 4, 5, 6, 8 | Documents harm to 65,000 investors and short squeeze potential, supporting damages (Paras. 14, VI.a), securities fraud (Paras. 24-26), and declaratory judgment (Paras. 37-39). |
| M | NBH Prospectus | 62 | 5 | Shows misleading NBH asset valuations, supporting securities fraud (Paras. 24-26) and unjust enrichment (Paras. 35-36) against NBH, Brda, McCabe. |
| S | FINRA Threshold Security List Data | 32 | 4, 5, 6, 7 | Evidences 10,000+ daily FTDs (peaking at 215,238), suggesting naked short selling and data falsification, supporting securities fraud (Paras. 24-26) and aiding/abetting fraud (Paras. 33-34). |
| U | FINRA FTD Data, October-December 2022 | 32 | 4, 5, 6 | Corroborates FTDs and potential data manipulation, supporting securities fraud (Paras. 24-26) and FINRA's misconduct (Para. 17). |
| V | Fidelity Brokerage Statements | 32 | 3, 4, 5, 6, 8 | Documents Plaintiff's 25,413 MMTLP shares, supporting investment losses ($65,250,000- |

**Case No. 7:24-cv-00317-DC-RCG     MIDLAND-ODESSA DIVISION**

| | | | | |
|---|---|---|---|---|
| | | | | $130,500,000, Paras. 14, VI.a) and securities fraud (Paras. 24-26). |
| W | TD Ameritrade Brokerage Statements | 32 | 3, 4, 5, 6, 8 | Documents Plaintiff's 687 MMTLP shares and NBH share valuation ("NA"), supporting losses (Paras. 14, 21, VI.a) and securities fraud (Paras. 24-26). |
| AA | SEC Complaint Against Brda | 32 | 1, 4, 5, 6, 7 | Confirms Brda's 2020-2021 TRCH manipulation, supporting securities fraud (Paras. 24-26), antitrust (Paras. 27-28), and unjust enrichment (Paras. 35-36). |
| AC | TDDS Logs for Blue Sheet Data | 32 | 5, 8 | Shows spoliation risk by January 2027, supporting injunctive relief (Para. VI.d) and need to uncover misconduct (Para. 23). |
| AD | SEC Investor Complaints, September 2023 | 32 | 4, 5, 6 | Documents 246 complaints, proving SEC's awareness of fraud, supporting securities fraud (Paras. 24-26) and declaratory judgment (Paras. 37-39). |
| AE | E*Trade Sell Orders and Market Offers | 32 | 3, 4, 5, 6, 8 | Evidences $150,000-$200,000/share offers, supporting damages (Paras. 14, 17.1, VI.a) and short squeeze potential (Paras. 26, 26.1) for securities fraud. |
| AF | Affidavit of Service for Ari Rubenstein | 73 | 2 | Proves service on Rubenstein, supporting procedural compliance (Para. 7) and jurisdiction. |
| AG | Affidavit of Contique Willcot on Short Squeeze Offers | 73 | 5, 8 | Corroborates $150,000-$200,000/share offers, supporting damages (Paras. 14, VI.a) and securities fraud (Paras. 26, 26.1). |

**Case No. 7:24-cv-00317-DC-RCG     MIDLAND-ODESSA DIVISION**

| | | | | |
|---|---|---|---|---|
| AH | SEC 2023 Agency Financial Report Excerpts | 73 | 4, 6 | Verifies SEC's FY 2023 budget ($2.4 billion) and staffing (~4,300 employees), supporting SEC's capability and inaction (Paras. 19, 38) for securities fraud and declaratory judgment. |