Case No.: 7:24-cv-00317-DC-RCG

MIDLAND-ODESSA DIVISION

SPREADSHEET COMMISION ON TOO LATE TO CANCEL'S

F43    $f_x$    =G43/E43

| # | Symbol | Order Date | Order Day of Halt Week | Order | Quantity | Share Price | Total Order $ | Order Placed Date & Time Stamp | Order Rejected Date & Time Stamp | Reasons Code | Commission Fee | Price Executed | Type | Order Type | Price Type | Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MMTLP | 11/14/2022 | Pre-Halt Week | 596 | 250 | $ 149.00 | $ 37,250 | 11/14/22 10:01:37 AM EST | 11/27/22 08:53:29 AM EST | Too Late To Cancel | $ 5,8055 | | Stock/ETF | Sell | Limit | GT 60 |
| 2 | MMTLP | 9/23/2022 | Pre-Halt Week | 446 | 1000 | $ 249.00 | 249,000 | 09/23/22 11:57:47 AM EDT | | Too Late To Cancel | $ 10,782.1 | | Stock/ETF | Sell | Limit | GTD |
| 3 | MMTLP | 10/19/2022 | Pre-Halt Week | 522 | 1000 | $ 299.00 | 299,000 | 10/19/22 09:48:24 AM EDT | 10/19/22 09:48:25 AM EDT | Too Late To Cancel | $ 11,927.1 | | Stock/ETF | Sell | Limit | GT 60 |
| 4 | MMTLP | 11/30/2022 | Pre-Halt Week | 666 | 100 | $ 365.00 | 36,500 | 11/30/22 10:03:23 AM EST | 11/30/22 10:03:23 AM EST | Too Late To Cancel | $ 5,7988 | | Stock/ETF | Sell | Limit | GT 60 |
| 5 | MMTLP | 11/30/2022 | Pre-Halt Week | 665 | 100 | $ 445.00 | 44,500 | 12/05/22 02:26:40 PM EST | 12/05/22 10:38:17 AM EST | Too Late To Cancel | $ 5,920 | | Stock/ETF | Sell | Limit | GT 60 |
| 6 | MMTLP | 12/2/2022 | Pre-Halt Week | 685 | 1 | $ 505.00 | 505 | 12/05/22 06:22:31 AM EST | 12/05/22 08:00:55 AM EST | Too Late To Cancel | $ 4,956 | | Stock/ETF | Sell | Limit | GT 60 |
| 7 | MMTLP | 11/30/2022 | Friday - Prehalting AM | 710 | 1 | $ 512.00 | 256,000 | 11/30/22 10:55:59 AM EST | 11/30/22 10:38:17 AM EST | Too Late To Cancel | $ 10,8774 | | Stock/ETF | Sell | Limit | GT 60 |
| 8 | MMTLP | 12/2/2022 | Pre-Halt Week | 669 | 500 | $ 512.00 | 256,000 | 11/30/22 10:55:59 AM EST | | Too Late To Cancel | $ 10,8774 | | Stock/ETF | Sell | Limit | GT 60 |
| 9 | MMTLP | 11/30/2022 | Sunday - Halt | 724 | 100 | $ 550.00 | 55,000 | 11/30/22 10:33 AM EST | 11/30/22 10:38:17 AM EST | Too Late To Cancel | $ 6,2225 | | Stock/ETF | Sell | Limit | GT 60 |
| 10 | MMTLP | 12/11/2022 | Wednesday - Pre Halt | 699 | 500 | $ 598.00 | 299,000 | 12/07/22 07:16:00 AM EST | 12/11/22 10:38:17 AM EST | Too Late To Cancel | $ 11,8621 | | Stock/ETF | Sell | Limit | GT 60 |
| 11 | MMTLP | 12/7/2022 | Sunday - Halt | 725 | 100 | $ 698.00 | 69,800 | 12/07/22 08:04:14 AM EST | | Too Late To Cancel | $ 6,6514 | | Stock/ETF | Sell | Limit | GT 60 |
| 12 | MMTLP | 12/7/2022 | Monday - Halt | 738 | 100 | $ 799.00 | 79,900 | 12/07/22 04:57:41 AM EST | 12/07/22 08:00:56 AM EST | Too Late To Cancel | $ 6,7927 | | Stock/ETF | Sell | Limit | GT 60 |
| 13 | MMTLP | 12/9/2022 | Friday - Pretrading AM | 711 | 1 | $ 911.00 | 911 | 12/09/22 06:23:28 AM EST | 12/13/22 08:01:41 AM EST | Too Late To Cancel | $ 4,9709 | | Stock/ETF | Sell | Limit | GT 60 |
| 14 | MMTLP | 12/9/2022 | Monday - Halt | 741 | 500 | $ 969.00 | 484,500 | 12/13/22 08:33:38 AM EST | 12/13/22 08:01:13 AM EST | Too Late To Cancel | $ 16,1100 | | Stock/ETF | Sell | Limit | GT 60 |
| 15 | MMTLP | 12/9/2022 | Sunday - Halt | 733 | 100 | $ 1001.00 | 100,100 | 12/13/22 09:35:21 PM EST | 12/13/22 08:01:21 AM EST | Too Late To Cancel | $ 7,2552 | | Stock/ETF | Sell | Limit | GT 60 |
| 16 | MMTLP | 12/12/2022 | Sunday - Halt | 745 | 500 | $ 1,114.00 | 557,000 | 12/13/22 08:37:20 AM EST | | Too Late To Cancel | $ 17,7703 | | Stock/ETF | Sell | Limit | GT 60 |
| 17 | MMTLP | 12/12/2022 | Monday - Halt | 723 | 10 | $ 1,233.33 | 12,333 | 12/13/22 07:48:28 AM EST | 12/13/22 08:01:47 AM EST | Too Late To Cancel | $ 5,2337 | | Stock/ETF | Sell | Limit | GT 60 |
| 18 | MMTLP | 12/12/2022 | Monday - Halt | 743 | 500 | $ 1,235.00 | 617,500 | 12/13/22 08:35:41 AM EST | 12/13/22 08:01:21 AM EST | Too Late To Cancel | $ 19,1657 | | Stock/ETF | Sell | Limit | GT 60 |
| 19 | MMTLP | 12/12/2022 | Monday - Halt | 740 | 500 | $ 1,355.00 | 677,500 | 12/13/22 03:30:04 AM EST | 12/13/22 08:01:56 AM EST (LAST) | Too Late To Cancel | $ 20,5297 | | Stock/ETF | Sell | Limit | GT 60 |
| 20 | MMTLP | 12/13/2022 | Monday - Halt | 730 | 100 | $ 1,420.00 | 142,000 | 12/13/22 08:28:01 PM EST | 12/13/22 08:01:55 AM EST (LAST) | Too Late To Cancel | $ 8,248 | | Stock/ETF | Sell | Limit | GT 60 |
| 21 | MMTLP | 12/12/2022 | Sunday - Halt | 742 | 500 | $ 1,494.00 | 747,000 | 12/13/22 08:35:11 AM EST | | Too Late To Cancel | $ 22,1213 | | Stock/ETF | Sell | Limit | GT 60 |
| 22 | MMTLP | 12/12/2022 | Monday - Halt | 744 | 500 | $ 1,998.00 | 999,000 | 12/13/22 08:36:45 AM EST | 12/13/22 08:01:21 AM EST | Too Late To Cancel | $ 27,8921 | | Stock/ETF | Sell | Limit | GT 60 |
| 23 | MMTLP | 11/7/2022 | Pre-Halt Week | 582 | 1000 | $ 2,498.00 | 2,498,000 | 11/07/22 02:06:28 PM EST | 11/07/22 08:01:21 AM EST | Too Late To Cancel | $ 62,2942 | | Stock/ETF | Sell | Limit | GT 60 |
| 24 | MMTLP | 12/11/2022 | Sunday - Halt | 732 | 10 | $ 3,325.00 | 332,500 | 12/12/22 09:33:20 PM EST | 12/13/22 08:01:47 AM EST | Too Late To Cancel | $ 12,5772 | | Stock/ETF | Sell | Limit | GT 60 |
| 25 | MMTLP | 10/28/2022 | Pre-Halt Week | 560 | 1000 | $ 3,999.00 | 3,999,000 | 10/29/22 09:29:33 AM EDT | 12/13/22 08:01:13 AM EST | Too Late To Cancel | $ 96,6571 | | Stock/ETF | Sell | Limit | GT 60 |
| 26 | MMTLP | 10/26/2022 | Pre-Halt Week | 557 | 1000 | $ 4,599.00 | 4,599,000 | 11/25/22 08:45:24 AM EDT | 12/13/22 08:00:35 AM EST | Too Late To Cancel | $ 119,5670 | | Stock/ETF | Sell | Limit | GT 60 |
| 27 | MMTLP | 12/12/2022 | Pre-Halt Week | 673 | 1000 | $ 5,999.00 | 5,999,000 | 12/01/22 10:44:55 AM EST | 12/13/22 08:01:01 AM EST | Too Late To Cancel | $ 142,4571 | | Stock/ETF | Sell | Limit | GT 60 |
| 28 | MMTLP | 12/12/2022 | Monday - Halt | 746 | 1000 | $ 6,398.00 | 6,398,000 | 12/01/22 08:39:27 AM EST | 12/13/22 08:01:48 AM EST | Too Late To Cancel | $ 165,342 | | Stock/ETF | Sell | Limit | GT 60 |
| 29 | MMTLP | 12/7/2022 | Monday - Halt | 674 | 1000 | $ 6,999.00 | 6,999,000 | 12/01/22 10:45:36 AM EST | 12/09/22 10:38:17 AM EST | Too Late To Cancel | $ 165,3571 | | Stock/ETF | Sell | Limit | GT 60 |
| 30 | MMTLP | 12/7/2022 | Pre-Halt Week | 675 | 1000 | $ 7,999.00 | 7,999,000 | 12/01/22 10:46:21 AM EST | 12/09/22 10:00:52 AM EST | Too Late To Cancel | $ 188,2571 | | Stock/ETF | Sell | Limit | GT 60 |
| 31 | MMTLP | 12/7/2022 | Pre-Halt Week | 676 | 1000 | $ 8,999.00 | 8,999,000 | 12/01/22 11:47:02 AM EST | 12/09/22 10:38:17 AM EST | Too Late To Cancel | $ 211,5571 | | Stock/ETF | Sell | Limit | GT 60 |
| 32 | MMTLP | 12/12/2022 | Saturday - Halt | 722 | 1000 | $ 9,992.00 | 9,992,000 | 12/12/22 10:47:47 AM EST | 12/13/22 08:01:47 AM EST | Too Late To Cancel | $ 233,6968 | | Stock/ETF | Sell | Limit | GT 60 |
| 33 | MMTLP | 12/10/2022 | Saturday - Halt | 721 | 1000 | $ 9,995.00 | 9,995,000 | 12/12/22 10:40:33 PM EST | 12/13/22 08:01:47 AM EST | Too Late To Cancel | $ 233,9655 | | Stock/ETF | Sell | Limit | GT 60 |
| 34 | MMTLP | 12/10/2022 | Pre-Halt Week | 690 | 1000 | $ 9,998.00 | 9,998,000 | 11/07/22 12:19:26 PM EST | 12/13/22 08:01:47 AM EST | Too Late To Cancel | $ 234,0342 | | Stock/ETF | Sell | Limit | GT 60 |
| 35 | MMTLP | 12/6/2022 | Tuesday - Pre-Halt | 75 | 1000 | $ 9,999.00 | 9,999,000 | 12/12/22 12:25:04 AM EST | 12/13/22 08:01:47 AM EST | Too Late To Cancel | $ 234,0571 | | Stock/ETF | Sell | Limit | GT 60 |
| 36 | MMTLP | 12/2/2022 | Saturday - Halt | 697 | 100 | $ 1,010.00 | 101,000 | 12/12/22 08:29:28 PM EST | 12/13/22 08:00:53 AM EST | Too Late To Cancel | $ 26,1333 | | Stock/ETF | Sell | Limit | GT 60 |
| 37 | MMTLP | 12/9/2022 | Friday - Halt PM | 739 | 10 | $ 69.420.00 | 694,200 | 12/12/22 05:03:09 AM EST | 12/13/22 08:00:34 AM EST | Too Late To Cancel | $ 20,8484 | | Stock/ETF | Sell | Limit | GT 60 |
| 38 | MMTLP | 12/9/2022 | Sunday - Halt PM | 74 | 1000 | $ 200,000.00 | 200,000,000 | 12/12/22 09:13:32 PM EST | 12/13/22 08:09:28 AM EST | Too Late To Cancel | $ 4,595.0800 | | Stock/ETF | Sell | Limit | GT 60 |
| 39 | MMTLP | 12/9/2022 | Sunday - Halt | 729 | 1 | $ 925,250.00 | 925,250 | 12/07/22 04:31:27 PM EST | 12/13/22 08:01:47 AM EST | Too Late To Cancel | $ 2,295.0800 | | Stock/ETF | Sell | Limit | GT 60 |
| 40 | MMTLP | 12/7/2022 | Wednesday - Pre Halt | 706 | 1 | $ 989,898.00 | 989,898 | 12/07/22 04:30:23 PM EST | 12/13/22 08:00:55 AM EST | Too Late To Cancel | $ 27,6187 | | Stock/ETF | Sell | Limit | GT 60 |
| 41 | MMTLP | 12/7/2022 | Wednesday - Pre Halt | 705 | 1 | $ 989,999.00 | 989,999 | 12/07/22 04:29:16 PM EST | 12/13/22 08:01:01 AM EST | Too Late To Cancel | $ 27,6501 | | Stock/ETF | Sell | Limit | GT 60 |
| 42 | MMTLP | 12/7/2022 | Wednesday - Pre Halt | 704 | 1 | $ 999,999.00 | 999,999 | | 12/13/22 08:01:01 AM EST | Too Late To Cancel | | | Stock/ETF | Sell | Limit | GT 60 |

Total Orders TLTC: **41**    Total Shares: **21,175**    $ **18,852** Average share price TLTC    $ **399,190,146** Total Order $ TLTC    $ **9,736,345** Average Order $ TLTC    $ **1,998** Median Order Share Price    $ **9,347,561**

1

Case No.: 7:24-cv-00317-DC-RCG          MIDLAND-ODESSA DIVISION

CAPITAL GAINS TAXES COULD HAVE LOWER'D THE NATIONAL DEBT

 

**Lolli** ✓
@boondockerm600

Imagine if the markets were truly fair and all of the capital gains taxes that would be paid by retail investors. How much of that national debt would be paid just with #MMTLP alone?

Based on our Too Late to Cancel amounts, the US would have received over $500K.

Your talking points are disingenuous when you are complicit in allowing the fraud to continue. Prove me wrong—what's the share count for $MMTLP?

Lack of action is an action! Do better!

 

Case No.: 7:24-cv-00317-DC-RCG

MIDLAND-ODESSA DIVISION

DEFRAUDED BY FINRA $24,994.02 TOO LATE TO CANCEL



**James – Defrauded by FINRA!**
@JamessemaJ51927

Yes, $5k/sh for #MMTLP seems like a fair ask considering "too late to cancel" orders for $200k. 😶 IMO, limited supply & insane #'s caused the halt. However, our ask *must* be high. People forget how negotiating works. We say $5k, they say $5, and we meet somewhere in the middle.

I had to check mine. Sure enough, there they are...

← Post



J
@TkPudgy

$MMTLP $TRCH $MMAT #FINRAFRAUD

After seeing the 'too late to cancel' screenshots, I had to check mine. Sure enough, there they are... Mine are at AST now.



Case No.: 7:24-cv-00317-DC-RCG
MIDLAND-ODESSA DIVISION

→ **Post**                                          Reply ↑↓

 **Harmed by FINRA's Corruption**
@unfilteredmmtlp                                    ∅ ...

🚨🚨🚨🚨 REMINDER: $mmtlp shares were SOLD for THOUSANDS PER SHARE the morning before FINRA implemented their corrupt stock halt!

**SETTLEMENT MUST REFLECT THE FACTS!**

**RETWEET THIS POST!**



1:55 PM · Mar 19, 2025 · **16.6K** Views

5

My ETrade "Too late to cancel sell orders of MMTLP": $10,000

← Post



**Murali Thyagarajan** ✓
@MuraliThyagar

My ETrade "Too late to cancel sell orders of MMTLP":

#FINRAFRAUD #MMTLP $MMTLP $MMAT $TRCH #SECBLIND #BLINDSEC



Thank you for that costly Reminder. Too Late To Cancel US/All $MMTLP

← **Post**

**TimeLessTim**
@TimeLessTim12

True. You got it. Thank you for that costly Reminder. Too Late To Cancel US/All $MMTLP

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| › | 12/11/22 | 734 | Stock/ETF | Sell | 1,000 | MMTLP | Limit | GT 60 | 150,000.00 | Market Reject |
| › | 12/11/22 | 733 | Stock/ETF | Sell | 100 | MMTLP | Limit | GT 60 | 1,001.00 | Too Late To Cancel |
| › | 12/11/22 | 732 | Stock/ETF | Sell | 100 | MMTLP | Limit | GT 60 | 3,325.00 | Too Late To Cancel |
| › | 12/11/22 | 730 | Stock/ETF | Sell | 100 | MMTLP | Limit | GT 60 | 1,420.00 | Too Late To Cancel |
| › | 12/11/22 | 729 | Stock/ETF | Sell | 1,000 | MMTLP | Limit | GT 60 | 200,000.00 | Too Late To Cancel |
| › | 12/11/22 | 725 | Stock/ETF | Sell | | | | GT 60 | 698.00 | Too Late To Cancel |
| › | 12/11/22 | 724 | Stock/ETF | Sell | | | | GT 60 | 550.00 | Too Late To Cancel |
| › | 12/11/22 | 723 | Stock/ETF | Sell | | | | GT 60 | 1,233.33 | Too Late To Cancel |
| › | 12/10/22 | 722 | Stock/ETF | Sell | | | | GT 60 | 9,992.00 | Too Late To Cancel |
| › | 12/10/22 | 721 | Stock/ETF | Sell | | | | GT 60 | 9,995.00 | Too Late To Cancel |

Next ›

† = Share-weighted Average

Check the background of Morgan Stanley Smith … the Morgan Stanley Smith Barney LLC

E*TRADE Help Ce...
https://us.etrade.com
Glossary A-Z Index

**Help Center**
**Questions? Call 1-800-ETRADE-1 (1-800-387-2331)**

**Glossary** Print

A | B | C | D | E | F | G | H | I | J | K | L | M | N |
O | P | Q | R | S | T | U | V | W | X | Y | Z |
1 | 3 | 4 | 5

Definitions by InvestorWords.com

**What is...?**

**Too Late To Cancel**
The request to cancel is received and the order is no longer able to be canceled. The order has already been executed or is in the process of executing.

Copyright ©2009 by InvestorGuide.com
All Rights Reserved

Case No.: 7:24-cv-00317-DC-RCG          MIDLAND-ODESSA DIVISION
THE ORDER TO BUY OR SELL THE SECURITY HAS BEEN PROCESSED, "TRANSACTION COMPLETE"



**MMTLP Investor**
@mmtlpinvestor



Chat GPT says: If a trade message says "too late to cancel," it typically means that the trade has already been executed. The order to buy or sell the security has been processed, and the transaction is complete. Once a trade is executed, it cannot be canceled or undone #MMTLP



Exhibit D:

| Quantity | Symbol | Price type | Term  | Price     | Reasons            |
|----------|--------|------------|-------|-----------|--------------------|
| 4,145    | MMTLP  | Limit      | GT 60 | 1,500.00  | Too Late To Cancel |
| 5        | MMTLP  | Limit      | GT 60 | 24,994.02 | Too Late To Cancel |
| 375      | MMTLP  | Limit      | GT 60 | 9,898.24  | Too Late To Cancel |
| 250      | MMTLP  | Limit      | GT 60 | 4,874.01  | Too Late To Cancel |
| 450      | MMTLP  | Limit      | GT 60 | 2,479.49  | Too Late To Cancel |

† = Share-weighted Avg

IF A BROKER HAD BUYER LINED UP FOR MMTLP SHARES BUT COULDN'T EXECUTE THE TRADE BEFORE FINRA HALTED TRADING



**GLASS GUY**
@Giftsonglass

#mmtlp
too late to cancel...

> refering to mmtlp could that mean the broker had a buyer but was not able to execute the trade due to the halt?

Yes, that's possible. If a broker had a buyer lined up for MMTLP shares but couldn't execute the trade before **FINRA halted trading**, the transaction would have been blocked. Here's why:

1. **Trade Frozen by Halt** – When trading halts occur, all open orders—including those ready for execution—are **canceled or rejected**.

2. **Settlement Disruption** – If the trade was in progress but not completed, the **clearing process would have stopped**, preventing the buyer from receiving shares.

3. **Short Covering Impact** – If a short seller was trying to buy shares to close a position, they might have been blocked from doing so, potentially **leaving the position unresolved**.

4. **Broker Order Rejection** – Brokers likely received **"Too Late to Cancel"** messages because the halt disrupted normal order processing.

This left many investors and short sellers in a difficult situation, as they may have been **unable to complete necessary transactions** before MMTLP shares transitioned into private Next Bridge Hydrocarbons stock.