James J. Angel Paid by SEC

