I, Contique Willcot, certify under penalty of perjury that I attempted to serve Ari Rubenstein at 112 Palm Ave, Miami Beach, FL, on February 15, March 10, and April 1, 2025, facing challenges due to his limited availability. On April 14, 2025, I successfully served Mari Vidal, a co-resident of suitable age and discretion, authorized to accept service, in compliance with Fla. Stat. § 48.031. Service details are documented in ECF No. 26. Executed on June 12, 2025.

/s/ Contique Willcot