

Send a Release

# Next Bridge Hydrocarbons Announces Texas University Lands System Decision

**NEWS PROVIDED BY**
**Next Bridge Hydrocarbons, Inc.**
Oct 08, 2024, 16:34 ET

**SHARE THIS ARTICLE**

MIDLAND, Texas, Oct. 8, 2024 /PRNewswire/ -- **Next Bridge Hydrocarbons, Inc.** ("Next Bridge," "our," "we," or the "Company"), an oil and natural gas exploration and production company with interests in Texas, Louisiana, and Oklahoma announced today the following:

The Company is disappointed to announce University Lands' decision not to extend our subsidiary's Development Unit Agreement for the Orogrande asset, which expires on December 31, 2024. University Lands has also sought to terminate the Development Unit Agreement effective immediately, which the Company has not agreed to do.

Chairman and CEO Greg McCabe stated: "We are both dismayed and puzzled by this decision, despite having put forth what we believed to be a strong and fair proposal. While disappointing, I would like to assure our loyal shareholders that we as a company will continue boldly moving forward. We have worked these last months to expand and diversify Next Bridge and our company portfolio goes beyond the Orogrande asset. I look forward to providing updates in the weeks and months to come of our progress and new direction."

**About Next Bridge Hydrocarbons, Inc.**

The Company is an independent public reporting energy company engaged in the acquisition,

exploration, exploitation and/or development of oil and natural gas properties in the United States.

This statement may contain "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. Such statements are based on management's current expectations and are subject to a number of factors and uncertainties which could cause actual results to differ materially from those described herein. Although the Company believes the expectations in such statements to be reasonable, there can be no assurance that such expectations will prove to be correct. Information concerning the assumptions, uncertainties and risks that may affect the actual results can be found in the Company's filings with the Securities and Exchange Commission ("SEC") available on the Company's website or the SEC's website at **www.sec.gov**.

Contact:

Dennard Lascar Investor Relations

**NextBridge@dennardlascar.com**

SOURCE Next Bridge Hydrocarbons, Inc.



## Also from this source

## Explore

### Next Bridge Hydrocarbons Provides Update Regarding Ongoing SEC Filings

Next Bridge Hydrocarbons, Inc. ("Next Bridge," "our," "we," or the "Company"), an oil and natural gas exploration and production company with...

 

### Next Bridge Hydrocarbons Reveals Account Closure of Hudspeth Subsidiary

Next Bridge Hydrocarbons, Inc. ("Next Bridge," "our," "we," or the "Company"), an oil and natural gas exploration and production company with...



Contracts

**News Releases in Similar Topics**

**More Releases From This Source**

## Contact PR Newswire

☐ Call PR Newswire at 888-776-0942 from 8 AM - 9 PM ET

Chat with an Expert

Contact Us◯

## Products

- For Marketers
- For Public Relations
- For IR & Compliance
- For Agency
- All Products

## About

- About PR Newswire
- About Cision
- Become a Publishing Partner
- Become a Channel Partner
- Careers
- Accessibility Statement

Global Sites◯

## My Services

- All New Releases
- Online Member Center
- ProfNet
- Data Privacy

Do not sell or share my personal information:

- Submit via privacy@cision.com
- Call Privacy toll-free: 877-297-8921

Terms of Use  |  Privacy Policy  |  Information Security Policy  |  Site Map  |  RSS

Cookies

Copyright © 2025 Cision US Inc.