

way for the Series A share to become tradeable as $MMTLP…

Seemingly no SEC investigation into the fraudulent information used to get MMTLP trading or the dummy instrument utilized…

To the SEC taking their time on the Spin-off S1, requiring minor changes…

To the SEC meeting with @FINRA (which is also overseen by the SEC) including their legal counsel and names that appeared in the MMTLP FOIA thread, yet hiding this knowledge from the public…

FINRA Blue sheeting both MMTLP and $MMAT but keeping the findings secret…

To FINRA sabotaging the MMTLP Corporate Actions, defying their own rules in an effort to seemingly once again protect short position holders.

Working with the META BOD that ousted Palikaras in order to investigate the former CEOs, but doing nothing to investigate the mismanagement of Metamaterials that led to their bankruptcy…

No positive Media coverage by major outlets but of course Next Bridge gets mentioned by Fox when they lose their Orogrande assets.

(I know I left some out)

It kinda seems like the SEC has been interfering with TRCH, MMAT & MMTLP.