

← **Post**

‼️ Getting this information in the hands of those that can demand all parties come to the table with full transparency is something the #MMTLParmy should be focused on. Please do your part in making Congress aware of the ACTUAL TRUTH in what has happened regarding the leases and #MMTLPfiasco. ‼️

@SECGov, @FINRA, @GaryGensler, @The_DTCC all played a role in the #MMTLPfiasco.

Like it or not… The TRUTH is going to come out.

Here are some of the highlights from the email communication.

Having read a couple hundred emails related to the failed land lease deal, I believe the parties that likely made the decision to not move forward are the top two on the UL leadership team.

I now wonder how much actual investigating UL CEO, "Billy" Murphy Jr. and UL SVP of Operations, Richard Brantley actually did prior to the non-renewal? Or – Did they just take the "trapped short investors" word? I believe the next batch of public information requests will be telling.

← **Post**

"The short version is that I have taken my public company (Torchlight Energy) and moved it to a private company (Next Bridge Hydrocarbons)."

"The board and I made this decision to go private in an effort to escape a broken system that encourages the destruction of public companies via short-and-distort campaigns. We have
been battling these attacks for the last five years."

"Our very act of going private has trapped some bad actors with significant financial exposure."

"Oddly, it appears they believe that their only solution is to bankrupt Next Bridge to make their problems go away."

"In an effort to crush Next Bridge, these pathetic bottom feeders have put on a full fledged attack against our company, the board, and the management."

"These attacks started with a vicious social media smear campaign and frivolous lawsuits, but have now escalated to multiple anonymous threats via texts and emails. They crossed an unforgivable line when they sent a threatening email about me to my daughter-in-law at the private school where she teaches, and they had the audacity to copy



every member of the faculty. My wife taught at this school for 20 years, all four of our children graduated from there, and now two of my grandchildren attend."

Here's the kicker...

"I explained my situation to (insert best guess, redacted) and he confirmed that these "trapped short investors" have contacted University Lands in an attempt to convince you that Next Bridge is a fraud and the asset has no value."

Wow! The CEO of Nextbridge Hydrocarbons has been doxxed, his family has been stalked, and other higher-ups were intimidated to the point that they left their positions.

Greg McCabe has proven he made every effort to save the University Land leases. Through the public information requests, that's been proven. Yet, the powers that be at University Lands opted to delay, procrastinate and ignore the campaign to destroy Nextbridge and Greg McCabe.

Please share this information with your contacts within Congress. Transparency is a nonnegotiable.