

← Post



**DrewDiligence** ✓
@KarmaCollects

$MMTLP This community owes a debt of gratitude to @RedHeelzz for bringing this crucial information to the forefront. Her contributions are too often understated and overlooked. But make no mistake about it, she is a hero and warrior for this community. With this post, Robin has produced concrete evidence that the lengths to which certain parties allegedly went to undermine Next Bridge Hydrocarbons and Greg McCabe are appalling and demand further scrutiny. The details shared paint a disturbing picture of targeted attacks, both personal and professional, that go far beyond acceptable conduct.

While Greg McCabe made commendable efforts to salvage the University Lands lease, these revelations of blatant tortious interference cannot be ignored. This isn't just about transparency, it's about defending the integrity of the company and its shareholders.

This is a pivotal moment for NBH. Shareholders are eager to see strong action taken to defend their interests and restore confidence. Remaining silent, while sometimes strategic, risks creating a vacuum that allows misinformation and baseless theories to gain traction. It's essential to use this opportunity to demonstrate a clear commitment to the shareholders who have supported this company.





← **Post**

I stand ready to support any efforts to pursue justice and transparency in this matter. Congress must be made aware, and the parties involved in these underhanded actions must be held accountable. This week, I will be sending emails to all staffers I have met with about this issue, informing them of these developments.

To those in direct contact with Greg McCabe and NBH leadership: Shareholders are watching closely and are counting on decisive action. The community stands united in its desire for justice. I trust that NBH is as well, but the clock is ticking for many shareholders. At some point, silence can no longer be an option when the stakes are this high.