

**Drew dilgence "parody"**
@Paidcommercials

@SECEnfDirector @FBI @DOJCrimDiv please see all above from the MMTLP next bridge hydrocarbons scam. The guy you have charges against is on social media running his yapper against his victims of his fraud please look into @johnbrda  I have a link to the whistleblower on my bio TY