# Post

**Bailey Deveraux** 💎 🍌 🍿 🎮 ✅
@XxXBaylieeXxX

Assets are still gone and were a scam and McCabe made the most selling mmtlp shares of anyone on earth



GIF