My Portfolio

Upgrade to Premium

News

News

Finance

Sports

More

C

Yahoo Finance is now available in dark mode.
You can change this anytime in Appearance settings under your profile.

Light mode

Dark mode

Device default

OK

Select edition

Next Bridge Hydrocarbons Announces Letter of Intent to Acquire Louisiana
PR Newswire
October 11, 2024 •4 min read

MIDLAND, Texas, Oct. 11, 2024 /PRNewswire/ -- **Next Bridge Hydrocar**                                                                                      nd
natural gas exploration and production company with interests in Texas, Lo

The Company is pleased to announce the signing of a Letter of Intent between Next Bridge and McCabe Petroleum Corporation ("MPC") to transfer and assign MPC's 40% ownership in the Louisiana Heritage Play ("LHP") to Next Bridge. Closing is anticipated to occur on or before December 31, 2024.

MPC is owned and operated by Next Bridge CEO and Chairman Greg McCabe. In exchange for reimbursement of actual dollars spent by MPC in securing the LHP, the amount of which does not currently exceed $600,000, MPC will deliver its 75% net revenue interest, proportionately reduced, in the prospect to Next Bridge, while retaining an overriding royalty interest.

The LHP consists of several identified drilling prospects and is located throughout multiple parishes in southern Louisiana, where its primary target formations are the Tuscaloosa and Wilcox Sands. These known productive sand reservoirs are significant exploration targets in the southern Louisiana area. MPC has begun the process of securing acreage for the first prospect and has begun title review on the second. Title review for prospects three and four will begin in the very near future.

The LHP prospects were created by a world-class exploration team and while having the benefit of being onshore, incorporated state of the art, deep-water offshore 3-D technology, including wide azimuth and reverse time migration processing in their development. The onshore location in southern Louisiana provides significant cost savings to drill, complete, and produce, as compared to offshore. The LHP will also benefit from the access to available pipelines, LNG markets in Lake Charles and Plaquemines, and the favorable regulatory framework and attractive economics the state offers.

In addition, the technical consultants at Next Bridge will work closely with the prospect's generating team to continue exploring for additional opportunities within their extensive 3-D data set. While these have all of the inherent risks of any exploration, the P10 potential of these prospects is in multiple trillions of cubic feet (TCF) of reserves.

Next Bridge Chairman and CEO Greg McCabe stated, "With the addition of the LHP to our list of assets in the Next Bridge portfolio, we are expanding our goal to be a leading independent oil and gas company delivering high tech, high impact exploration opportunities. As we continue our journey of growth in this exciting direction, I view us as following in the footsteps of earlier legendary explorers searching for world-class reserves in the onshore Gulf Coast area. Boldly advancing our mission to re-envision Next Bridge, we continue in the proud tradition of American independent producers who identify, capture and develop new exploration opportunities to help ensure our country's energy independence."

Story Continues                                                                                      View Comments

Terms   and   Privacy Policy
Your Privacy Choices



Recommended Stories

Copyright © 2025
Yahoo. All rights
reserved.

What's trending
   Dow Jones        S&P 500        DAX Index        Nvidia        Tesla        DJT        Tariffs
Explore more
   Mortgages        Credit Cards        Sectors        Crypto Heatmap        Financial News
About
   Data Disclaimer        Help        Feedback        Sitemap        Licensing        What's New        About Our Ads        Premium Plans
   Terms   and   Privacy Policy
   Your Privacy Choices



U.S. markets closed

US Europe Asia Rates Commodities Currencies Cryptocurrencies

S&P 500

6,243.76 -24.80 (-0.40%)
Dow 30

44,023.29 -436.36 (-0.98%)
Nasdaq

20,677.80 +37.47 (+0.18%)
Russell 2000

2,205.05 -44.68 (-1.99%)
VIX

17.38 +0.18 (+1.05%)
Gold

3,334.00 -25.10 (-0.75%)
Portfolio

All Portfolios

Next Bridge Hydrocarbons Announces Letter of Intent to Acquire Louisiana Heritage Play

Case 7:24-cv-00317-DC-RCG Document 97-18 Filed 07/16/25 Page 4 of 5

2 Total Show less

Link Broker account to view data

My Watchlist     0 Tickers --

My List     1 Ticker --

CCL Carnival Corporation & plc 28.97 -0.35 (-1.19%)

## Top gainers

MP MP Materials Corp. 58.22 +9.70 (+19.99%)

KC Kingsoft Cloud Holdings Limited 15.09 +2.38 (+18.73%)

VNET VNET Group, Inc. 9.04 +1.12 (+14.14%)

JOBY Joby Aviation, Inc. 13.95 +1.32 (+10.45%)

TBBB BBB Foods Inc. 26.60 +2.15 (+8.79%)

## Top losers

NEGG Newegg Commerce, Inc. 29.33 -6.89 (-19.02%)

EHC Encompass Health Corporation 107.28 -12.39 (-10.35%)

ERIC Telefonaktiebolaget LM Ericsson (publ) 7.22 -0.62 (-7.91%)

RH RH 187.54 -15.37 (-7.57%)

STT State Street Corporation 102.01 -8.02 (-7.29%)

## Most active

NVDA NVIDIA Corporation 170.70 +6.63 (+4.04%)

NU Nu Holdings Ltd. 13.54 +0.47 (+3.60%)

LCID Lucid Group, Inc. 2.3300 +0.0600 (+2.64%)

WBD Warner Bros. Discovery, Inc. 12.03 +0.02 (+0.17%)

AMD Advanced Micro Devices, Inc. 155.61 +9.37 (+6.41%)

## Earnings events

Upcoming

https://finance.yahoo.com/news/next-bridge-hydrocarbons-announces-letter-183400354.html[7/15/2025 4:55:18 PM]

No earnings events for this period.

Trending tickers

NVDA NVIDIA Corporation 170.70 +6.63 (+4.04%)

BABA Alibaba Group Holding Limited 116.97 +8.75 (+8.09%)

MP MP Materials Corp. 58.22 +9.70 (+19.99%)

AMD Advanced Micro Devices, Inc. 155.61 +9.37 (+6.41%)

TTD The Trade Desk, Inc. 80.40 +4.97 (+6.59%)

Top economic events


United States
CPI MM, SA
Jul 15, 2025, 8:30 AM EDT
P: 0.1
N: 0.3
CPI Index, NSA
Jul 15, 2025, 8:30 AM EDT
P: 321.46
N: 322.56
CPI YY, NSA
Jul 15, 2025, 8:30 AM EDT
P: 2.4
N: 2.7
Core CPI MM, SA
Jul 15, 2025, 8:30 AM EDT
P: 0.1
N: 0.2

Edit your Dock

Terms and Privacy Policy
Your Privacy Choices

Ad Terms · Feedback