Post

**TradingSecrets** ✓
@TradingSecrets7

$MMTLP 8k released by NBH.

Confirmation that the company intends to issue the additional shares to McCabe. Total common shares are now approximately 221.77million. McCabe's working interest is now with NBH.

sec.gov/Archives/edgar…

6:18 PM · Apr 21, 2023 · **25.6K** Views

---

**Relevant people**

**TradingSecrets** ✓
@TradingSecrets7    [Follow]

Trader, Investor & poet. Get daily and weekly stock alerts in our discord and join our #milliondollarchallenge patreon.com/TradingSecrets