search

| HOME | ABOUT | OIL & GAS | SURFACE | ENVIRONMENT | REPORTING | RESOURCES |

- ABOUT UNIVERSITY LANDS
- OUR MISSION
- LEADERSHIP
- ANNUAL REPORTS
- ENERGY FORUM
- NEWS
- HISTORY
- THE PUF
- OIL & GAS DEVELOPMENT
- SURFACE, WATER & ENVIRONMENT
- CAREERS
- UT SYSTEM SITE
- UL ADVISORY BOARD
- **BOARD FOR LEASE**
- DISCLAIMER
- CONTACT US

# Board For Lease of University Lands

On March 29, 1929, the 41st Legislature created the Board for Lease (BFL) of University Lands. The BFL has authority over the leasing of oil and gas on Permanent University Fund (PUF) Lands and consists of the Commissioner of the General Land Office, as Chairman, two members of the Board of Regents of The University of Texas System, and one member of the Board of Regents of the Texas A & M University System. All members serve 2-year terms, with the exception of the Land Commissioner.

**Current & Historical Lease Sale Information**

## Board Members



Dawn Buckingham

Chairman, Board for Lease
Commissioner, Texas General Land Office



Regent, Texas A&M University System



Regent, The University of Texas System



Nolan Perez

Regent, The University of Texas System

## Board Staff



Karen Rabon

Secretary, Board for Lease
The University of Texas System



Counsel to the Board for Lease

## BFL Meetings

| | | |
|---|---|---|
| Wednesday, November 1, 2023 | Webcast Link | |
| Tuesday, August 1, 2023 | Webcast Link | Minutes.pdf |
| Tuesday, August 16, 2022 | Webcast Link | Minutes.pdf |
| Tuesday, August 10, 2021 | Webcast Link | Minutes.pdf |
| Monday, July 30, 2018 | Webcast Link | Minutes.pdf |
| Thursday, June 29, 2017 | Webcast Link | Mintues.pdf |
| Wednesday, August 3, 2016 | Webcast Link | Minutes.pdf |
| Tuesday, February 16, 2016 | Webcast Link | Mintues.pdf |
| Thursday, December 17, 2015 | Webcast Link | Minutes.pdf |

## Rules, Regulations & Statutes

Board For Lease - Rules And Regulations (PDF)

Board Of Regents Of The University Of Texas - Rules And Regulations (See Sections 3 and 6)

Texas Education Code (See Chapter 66)

## FOLLOW US ON

### Houston Office

825 Town and Country Lane
Ste 1100
Houston, TX 77024

Phone: (713) 352-3808

### Midland Office

15 Smith Rd
Suite 3000
Midland, TX 79705-5319

Phone: (432) 684-4404
Fax: (432) 683-8780

### UT System

Privacy Statement
Copyright
Accessibility
Open Records
Careers

### State Links

Fraud Reporting
State of Texas
Texas Homeland Security
Texas Veterans Portal
Where the Money Goes

© 2025 - University Lands