UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| CONTINQUE WILLCOT, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 24-cv-00317-DC-RCG |
| | ) |
| SECURITIES AND EXCHANGE COMMISSION, et al. | ) |
| | ) |
| **Defendants.** | ) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY**

After considering the Securities and Exchange Commission's ("Commission's") Unopposed Motion for Extension of Time to File a Reply, ECF __, ("Motion"), it is hereby ORDERED that the Motion is GRANTED. The deadline for the Commission to file a reply in support of its motion to dismiss the Second Amended Complaint is extended to and including August 11, 2025.

SIGNED this __ day of _____, 2025.

_____
Ronald C. Griffin
United States Magistrate Judge