Case No. 7:24-cv-00317-DC-RCG   TEXAS MIDLAND/ODESSA DIVISION

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CONTIQUE WILLCOT, <br><br> Plaintiff, <br><br> vs. <br><br> SECURITIES AND EXCHANGE COMMISSION, ET AL., <br><br> Defendant | Case No. 7:24-cv-00317-DC-RCG <br><br> **PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Plaintiff Contique Willcot, proceeding pro se, respectfully moves for leave to file this Supplemental Opposition pursuant to FRCP 15(d). This supplement incorporates newly discovered evidence from a related case (Rolo v. SEC, Case 3:24-cv-02053-VDO, ECF 71, filed July 28, 2025, attached as Exhibit C), where the SEC's opposition exposes a contradiction with FINRA's position in this case. This evidence strengthens Plaintiff's arguments that FINRA acted ultra vires several times including in issuing the MMTLP U3 halt, piercing FINRA's immunity defense (opposition pp. 7-9, 12-13; Ex. 9, D'Alessio v. NYSE, 258 F.3d 93 (2d Cir. 2001)). Amendment is not futile or prejudicial, as it clarifies FINRA's overreach using co-defendant admissions. The Securities and Exchange Commission's recently released statement contradicts FINRA's position, proving that ultra vires conduct occurred regardless of which interpretation is accepted. The proposed Supplemental Opposition is attached hereto as Exhibit A. A proposed Order is attached as Exhibit B. I communicated with FINRA attorney David Kent via email on July 29th and July 30th and explained my intention to file this supplement. I did not receive an agreement or opposition to this motion. I assume their opposition.

PRAYER FOR RELIEF:

Grant leave to supplement; deny FINRA's MTD; order jurisdictional discovery on FINRA's Texas ties (opposition p. 6); lift PSLRA stay for Blue Sheets (SAC ¶ 23).

DATED: July 30, 2025

/s/ Contique Willcot

Contique Willcot, Pro Se

6940 SW 10th Ct

Pembroke Pines, FL 33023

(954) 274-5173

contiq9@yahoo.com

Certificate of Service

I certify that on July 30, 2025, a true copy was served via CM/ECF to all counsel of record.

/s/ Contique Willcot

Contique Willcot