Case No. 7:24-cv-00317-DC-RCG   TEXAS MIDLAND/ODESSA DIVISION

# EXHIBIT B: PROPOSED ORDER

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CONTIQUE WILLCOT,<br><br>           Plaintiff,<br><br>vs.<br><br>SECURITIES AND EXCHANGE COMMISSION, ET AL.,<br><br>           Defendant | Case No. 7:24-cv-00317-DC-RCG<br><br>**EXHIBIT B: PROPOSED ORDER** |

Upon consideration of Plaintiff's Motion for Leave to File Supplemental Opposition to Defendant Financial Industry Regulatory Authority, Inc.'s Motion to Dismiss the Second Amended Complaint, it is hereby ORDERED that the Motion is GRANTED. The Supplemental Opposition attached as Exhibit A to the Motion is deemed filed. Defendant Financial Industry Regulatory Authority, Inc. shall file any response within 14 days of this Order.

SO ORDERED.

Date: _____

/s/ _____

United States District Judge

EXHIBIT B: PROPOSED ORDER - 1