

To: Me

Mr. Willcot,

Thank you for the explanation. Having considered it, we do not consent to the filing, so you may mark us as opposed. — DCK

David C. Kent
FAEGRE DRINKER Dallas
david.kent@faegredrinker.com
469-356-2535 (dd)

Get Outlook for iOS

Show trimmed content

