Hello Attorney Kent,

In light of newly discovered evidence from a related case (Rolo v. SEC), I am planning to file a supplemental opposition to FINRA's MTD. The evidence is found in the SEC's opposition to Rolo's sur-reply where the SEC contradicts FINRA's position in my case. Will you allow my filing without opposition, or will you oppose this filing?

Yahoo Mail: Search, Organize, Conquer

    

 Kent, David C.  July 29 
To: Me & 1 more