

To: Me & 1 more

Mr. Contique,

Please advise what was stated in Rolo that you are referring to and how or why is it relevant to FINRA's motion, so that we may properly consider the request. Thanks. -- DCK

David C. Kent
**FAEGRE DRINKER Dallas**
david.kent@faegredrinker.com
469-357-2535 (dd)
214-535-6703 (m)

Show trimmed content