## Table of Exhibits

| Exhibit Number | Description | Date | Notes |
|---|---|---|---|
| Exhibit A | EXHIBIT A: PROPOSED SUPPLEMENTAL OPPOSITION | 2025-07-30 | |
| Exhibit B | EXHIBIT B: PROPOSED ORDER | 2025-07-30 | |
| Exhibit C | SEC Opposition | 2025-07-30 | |
| Exhibit D | 1st email to FINRA | 2025-07-30 | |
| Exhibit E | 2nd email FINRA to me | 2025-07-30 | |
| Exhibit F | 3rd email to FINRA | 2025-07-30 | |
| Exhibit G | 4th email FINRA to me | 2025-07-30 | |