**Exhibit C**

Case 7:24-cv-00317-DC-RCG   Document 163-3   Filed 08/14/25   Page 1 of 3
CASE NO. 7:24-CV-00317-DC-RCG   MIDLAND/ODESSA DIVISION

1



# Next Bridge Hydrocarbons Provides Updates of 2024 Year-end Operational Activities

**MIDLAND, TEXAS – November 25, 2024 – Next Bridge Hydrocarbons, Inc.** ("Next Bridge," "our," "we," or the "Company"), an oil and natural gas exploration and production company with interests in Texas, Louisiana, and Oklahoma announced today the following:

The Company is pleased to announce several operational updates as fiscal year 2024 draws to a close.

In the spring of this year, we changed independent public accounting firms and restated our financial statements for fiscal year 2022. After filing our Form 10-K for the year ended December 31, 2023, we received a comment letter from the SEC's Division of Corporation Finance asking us to clarify certain information in the Form 10-K. We are actively working with the SEC to resolve their comments and update our 2023 Form 10-K so that we are in a position to update the registration statement on Form S-1 that we originally filed in January 2023.

Next Bridge is also pleased to announce that we filed our Form 10-Q for the third quarter of 2024 prior to its due date, adding further validation to our choice of independent auditors. This and other filings are available for review on the SEC website: www.sec.gov.

Additionally, the Company has moved corporate offices from their prior location in Fort Worth to Midland, Texas. Previously Next Bridge had been the recipient of beneficial rent-free office space provided in Fort Worth by mutual agreement with a non-affiliated company. For purposes of corporate efficiency and streamlined workflow, it was decided to relocate to Midland within the offices of McCabe Petroleum Corporation (MPC) where a similar rent-free agreement will be enjoyed.

Chairman and CEO Greg McCabe stated, "2024 has seen many operational challenges, and a few setbacks, but we have met them all and will continue to do so unwaveringly. This is an exciting and rewarding time, and I look forward to updating our loyal shareholders on what the team here at Next Bridge continues to accomplish on multiple fronts as we bring the year to a close."

2

**About Next Bridge Hydrocarbons, Inc.**

The Company is an independent public reporting energy company engaged in the acquisition, exploration, exploitation and/or development of oil and natural gas properties in the United States. We have minor well interests in the eastern edge of the Midland Basin in Texas, two minor well interests in Oklahoma and undeveloped exploratory prospect leaseholds in the southern Louisiana onshore Gulf Coast area. Please visit www.nextbridgehydrocarbons.com for more information.

Next Bridge is a private company insofar as its common stock is not traded on a public stock exchange of any kind. The Company is expected to update shareholders about certain operational and financial matters related to Company business. To receive emails regarding this, visit https://www.nextbridgehydrocarbons.com/investors and complete the Email Alert / Investor Form. You may also choose to follow our social media channels at @nbhydrocarbons on X (formerly Twitter) and "Next Bridge Hydrocarbons" on LinkedIn.

This statement may contain "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. Such statements are based on management's current expectations and are subject to a number of factors and uncertainties which could cause actual results to differ materially from those described herein. Although the Company believes the expectations in such statements to be reasonable, there can be no assurance that such expectations will prove to be correct. Information concerning the assumptions, uncertainties and risks that may affect the actual results can be found in the Company's filings with the Securities and Exchange Commission ("SEC") available on the Company's website or the SEC's website at www.sec.gov.

Contact:
Dennard Lascar Investor Relations
NextBridge@dennardlascar.com

3