# Complaint and request for investigation regarding CEO Next Bridge Hydrocarbons Greg NcCabe

From: Scott (sct545@proton.me)

To: baileym@sec.gov; lauren.lively@usdoj.gov

Date: Sunday, August 17, 2025 at 07:50 AM EDT


Scott Traudt
191 Kibling Hill Road
Strafford, VT 05072

August 17, 2025

Enforcement Division
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Re: Next Bridge Hydrocarbons – Greg McCabe's Admission of Ignoring Shareholder Records Requests and Email Destruction

SEC-OHC Attorney Michael Bailey/
USDOJ Lauren Lively (VT):

I am writing as a shareholder of Next Bridge Hydrocarbons, Inc. ("NBH"), a Nevada corporation doing business in Texas, to demand immediate enforcement action regarding the conduct of its Chairman, Greg McCabe.

On or about August 10, 2025, in an email exchange with shareholder Jen Vetrano, Mr. McCabe admitted he was ignoring shareholder requests for NBH records. This is a direct violation of Nevada law (Nev. Rev. Stat. § 78.105), which guarantees shareholders the right to inspect books and records. His written admission removes any doubt that NBH is intentionally stonewalling its shareholders.

More disturbing, McCabe apparently "hit reply all" and instructed recipients—including NBH's own attorneys—to delete these emails. If accurate, this conduct constitutes:

1. Obstruction of Justice (18 U.S.C. § 1519) – destruction or concealment of documents relevant to a federal inquiry, punishable by up to 20 years in prison.

2. Tampering with Evidence (18 U.S.C. § 1512(c)) – attempting to persuade others to destroy records tied to potential SEC investigation, another felony carrying up to 20 years.

3. Violation of Securities Exchange Act (15 U.S.C. § 78u(c)) – interference with the SEC's lawful authority to investigate.

4. Books and Records Failures (15 U.S.C. § 78m(b)(2)(A)) – failure to maintain accurate records, enforceable against even private companies under investigation.

5. Breach of Fiduciary Duty under Nevada law by placing his own self-preservation above shareholders' rights.

6. Spoliation of Evidence under Texas law given NBH's operations in Texas.

This is not a hypothetical. McCabe's own email admissions show a blatant disregard for corporate governance, federal law, and the SEC's investigative authority. Shareholders like myself are left holding the bag while insiders insulate themselves through misconduct.

I request that the SEC:

Issue an immediate Notice to Preserve to Next Bridge Hydrocarbons and its counsel;

Investigate the Jen Vetrano–Greg McCabe email chain dated around August 10, 2025;

Pursue civil enforcement actions under the Securities Exchange Act, including officer/director bars under 15 U.S.C. § 78u(d); and

Refer this matter to the Department of Justice for criminal prosecution under 18 U.S.C. §§ 1519 and 1512.

Next Bridge's leadership has crossed the line from corporate stubbornness into potential criminal obstruction. The SEC must act now before further evidence is destroyed and shareholder rights are permanently undermined.

The Vetrano/McCabe emails of on or about 10 August 2025 are incorporated by reference here. (I emailed these to OGC Bailey on 16 August 2025).

Respectfully,

Scott Traudt
Shareholder, Next Bridge Hydrocarbons


Sent from Proton Mail Android