THE STATE OF TEXAS §

COUNTY OF HUDSPETH §

## ASSIGNMENT OF OIL AND GAS LEASES

WHEREAS, Arabella Petroleum Company, LLC, 500 W. Texas, Suite 1450, Midland, Texas 79701, is the present owner and holder of the following Oil and Gas Leases described on Exhibit "A".

NOW, THEREFORE, for and in consideration of Ten Dollars (and other good and valuable consideration) the receipt of which is hereby acknowledged, Arabella Petroleum Company, LLC (hereinafter referred to as "Assignor"), the present owner of said Oil and Gas Leases and the rights thereunder or incident thereto, does hereby bargain, sell, transfer, assign and convey unto McCabe Petroleum Corporation, 500 W. Texas Avenue, Suite 890, Midland, Texas 79701, (hereinafter referred to as "Assignee") ALL of Assignor's right title and interest in and to the Oil and Gas Leases described on Exhibit "A".

This Assignment of Oil and Gas Lease ("Assignment") is further made and accepted subject to all of the terms, conditions, covenants and obligations contained in said Oil and Gas Leases.

The terms and conditions of this Assignment shall be binding upon and inure to the benefit of Assignor and Assignees and their respective heirs, successors and assigns.

IN WITNESS WHEREOF, this instrument is executed this 4th day of March, 2014.

Arabella Petroleum Company, LLC

Jason Hoisager, President

THE STATE OF TEXAS §

COUNTY OF MIDLAND §

This instrument was acknowledged before me on the 4th day of March, 2014, by Jason Hoisager as President of Arabella Petroleum Company, LLC, signing on behalf of said entity in the capacity stated herein.

Given under my hand and seal of office this the 4TH day of MARCH, 2014.



Notary Public in and for the State of Texas

FILED FOR RECORD

AT 4:31 O'CLOCK P M
ON THE 28th DAY OF March
A.D., 2014

Hon. Virginia Doyal
COUNTY CLERK HUDSPETH COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF HUDSPETH
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the _____
Records of Hudspeth County, Texas



COUNTY CLERK
HUDSPETH COUNTY, TEXAS