**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CONTIQUE WILLCOT, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | |
| § | Case No. 7:24-CV-317-DC-RCG |
| SECURITIES & EXCHANGE § | |
| COMMISSION, GTS SECURITIES LLC, § | |
| ARI RUBINSTEIN, NEXT BRIDGE § | |
| HYDROCARBONS, INC., JOHN BRDA, § | |
| GREGORY MCCABE, FINANCIAL § | |
| INDUSTRY REGULATORY AUTHORITY, § | |
| § | |
| *Defendants*. § | |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE

Pending before the Court is Plaintiff Contique Willcot's Motion for Leave to File a Supplemental Brief in Opposition to Defendants' Motions to Dismiss and Motion to Lift PSLRA Discovery Stay. Upon consideration, the Court finds that the Motion should be, and hereby is, **DENIED**.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE