**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
Pursuant to Section 13 or Section 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): **August 20, 2025**

# Next Bridge Hydrocarbons, Inc.
(Exact name of registrant as specified in its charter)

**Nevada**
(State or other jurisdiction
of incorporation)

| | |
|---|---|
| **333-266143** | **87-2538731** |
| (Commission File Number) | (IRS Employer Identification No.) |
| **500 W. Texas Ave., Suite 890** **Midland, TX** | **79701** |
| (Address of principal executive offices) | (Zip Code) |

**(432) 684-0018**
Registrant's telephone number, including area code

**Not applicable**
(Former name or former address, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act: **None**

Check the appropriate box below if the form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with

any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

1

**Item 1.01 Entry into a Material Definitive Agreement.**

On August 20, 2025, Next Bridge Hydrocarbons, Inc. (the "Company") entered into and closed a transaction with Panther Bridge, LLC, a Texas limited liability company ("Panther Bridge"), under which Panther Bridge loaned $6,000,000 to the Company. The transaction was effected through a Subscription Agreement that was entered into between the two parties, under which the Company sold to Panther Bridge an 18% Unsecured Promissory Note in the original principal amount of $6,000,000.00 (the "Promissory Note"), along with 3,000,000 shares of Series A Redeemable Preferred Stock, par value of $0.0001 per share (the "Preferred Stock"), and an Assignment of Net Profits Interest and Irrevocable Option to Convert to Working Interest from the ownership in the Panther Prospect of the Company (the "Assignment"). Panther Bridge is managed by Gregory McCabe, Jr., the son of the Company's Chairman and Chief Executive Officer, Gregory McCabe ("McCabe Sr."). Neither of the McCabes have any economic interest in Panther Bridge. Panther Bridge has multiple outside investors, none of which are considered related persons to the Company.

The Promissory Note bears interest at the rate of 18% per annum with one balloon payment of principal and interest being due and payable on the maturity date of August 20, 2026. The proceeds of the $6,000,000 loan are to be used to pay off the 12% Secured Promissory Note held by CAPCO Holding, Inc. in the principal amount of $2,000,000, to pay any obligations of the Company for the Panther Prospect, and for general corporate purposes. None of proceeds will be used for repayment of any debts owed to McCabe Sr. The Panther Prospect includes approximately 618 gross acres and 618 net acres of land situated in Acadia Parish, Louisiana. The Company has elected to participate as a non-operating working interest owner in the next well drilled on the Panther Prospect. As part of the loan transaction, the Company, Panther Bridge, and McCabe Sr. entered into a Subordination Agreement (the "Subordination Agreement") under which McCabe Sr. agreed to subordinate all of the Company's indebtedness and obligations owed to him to the indebtedness under the Promissory Note, under the terms and conditions of the Subordination Agreement.

The description of the Promissory Note and Subordination Agreement set forth herein does not purport to be complete and is qualified in its entirety by reference to the full text of such documents which are attached to this Current Report on Form 8-K as Exhibit 10.1 and Exhibit 10.2, respectively, and incorporated by reference herein.

Also as part of the loan transaction, the Company issued to Panther Bridge 3,000,000 shares of newly designated Series A Redeemable Preferred Stock. The designation, voting and other powers, preferences and relative, participating, optional or other rights of the shares of such series and the qualifications, limitations and restrictions of the Preferred Stock are set forth in a Certificate of Designations filed with the Secretary of State of Nevada. The holders of the Preferred Stock have no voting rights. At the Company's option, it may redeem the Preferred Stock, in whole or from time to time in part, on any business day after the date of issuance, at a per share redemption price equal to $1.00 plus all accrued and unpaid dividends on such share, if any. The Preferred Stock begins accruing dividends on the first anniversary of the issuance date, August 20, 2026, at the rate of 18% per annum of the per share redemption/liquidation price ($1.00 plus all unpaid dividends on such share). Additionally, there are restrictions on the Company declaring or making any distribution on common stock while there are any accrued and unpaid dividends owed to holders of Preferred Stock. Holders of the Preferred Stock also have certain rights upon liquidation, dissolution or winding up of the Company or upon a change or control of the Company. Specifically, in the event of any liquidation, dissolution or winding up, holders of the Preferred stock will have liquidation preference over holders of common stock.

The description of the Certificate of Designations of the Preferred Stock set forth herein does not purport to be complete and is qualified in its entirety by reference to the full text of the Certificate of Designations which is attached to this Current Report on Form 8-K as Exhibit 4.1 and incorporated by reference herein.

Also as part of the loan transaction, the Company granted to Panther Bridge an Assignment of Net Profits Interest and Irrevocable Option to Convert to Working Interest from the ownership in the Panther Prospect of the Company. Under the Assignment, the Company conveyed to Panther Bridge a 1/8th (12.50%) of 8/8ths Net Profits Interest (as defined below) in and to all the Company's interests in the oil, gas and mineral leases and any future wells drilled thereon as described in "Annex A" to the Assignment (which the Company refers to as the Panther Prospect). The Assignment defines "Net Profits Interest" as the gross proceeds actually received by the Company from the sale of oil, gas, and other hydrocarbons produced and saved from the subject leases, less certain allowable costs, including actual and reasonable costs, expenses, and charges attributable to the subject leases that fall into certain categories (as further set forth in the Assignment). Panther Bridge also has the irrevocable one-time option, at any time, to convert any portion of the Net Profits Interest conveyed under the Assignment from a net profits interest to an undivided working interest of equal percentage to the amount of the Net Profits Interest converted, in the properties described in the Assignment.

The description of the Assignment of Net Profits Interest and Irrevocable Option to Convert to Working Interest set forth herein does not

purport to be complete and is qualified in its entirety by reference to the full text of the Assignment which is attached to this Current Report on Form 8-K as Exhibit 10.3 and incorporated by reference herein.

2

**Item 2.01 Completion of Acquisition or Disposition of Assets.**

To the extent required by Item 2.01 of Form 8-K, the information contained in Item 1.01 relating to the assignment of net profit interest in the Panther Prospect of this Current Report on Form 8-K is incorporated by reference herein.

**Item 2.03 Creation of a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement of a Registrant.**

To the extent required by Item 2.03 of Form 8-K, the information relating to the $6,000,000 loan from Panther Bridge to the Company contained in Item 1.01 of this Current Report on Form 8-K is incorporated by reference herein.

**Item 3.02 Unregistered Sales of Equity Securities.**

To the extent required by Item 3.02 of Form 8-K, the information relating to the offer and sale of the Preferred Stock contained in Item 1.01 of this Current Report on Form 8-K is incorporated by reference herein.

The offer and sale of the shares of Preferred Stock to Panther Bridge pursuant to the Subscription Agreement was not registered under the Securities Act of 1933, as amended (the "Securities Act"). The Preferred Stock was issued in reliance on the exemptions from the registration requirements of the Securities Act contained in Section 4(a)(2) of the Securities Act and the rules and regulations promulgated thereunder. The subject issuance of securities does not involve a "public offering" based upon the following factors: (i) the issuance of the securities is an isolated private transaction; (ii) a limited number of securities were issued to a single purchaser; (iii) there were no public solicitations; (iv) the purchaser has represented that it is an accredited investor (as the term is defined in Rule 501(a) of Regulation D under the Securities Act); (v) the investment intent of the purchaser; and (vi) the restriction on transferability of the securities to be issued.

**Item 3.03 Material Modification to Rights of Security Holders.**

To the extent required by Item 3.03 of Form 8-K, the information relating to the designation and issuance of the Preferred Stock in Item 1.01 of this Current Report on Form 8-K is incorporated by reference herein.

**Item 5.03 Amendments to Articles of Incorporation or Bylaws; Change in Fiscal Year.**

To the extent required by Item 5.03 of Form 8-K, the information relating to the designation and issuance of the Preferred Stock in Item 1.01 of this Current Report on Form 8-K is incorporated by reference herein.

*Cautionary Note Regarding Forward-Looking Statements*

This Current Report on Form 8-K contains "forward-looking" statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements other than statements of historical fact are statements that could be deemed forward-looking statements. The Company advises caution in reliance on forward-looking statements. Forward-looking statements include, without limitation, the Company's plans and estimates related to the Restatements. These statements involve known and unknown risks, uncertainties and other factors that may cause actual results to differ materially from those implied by forward-looking statements, including the outcome of the transactions described above with Panther Bridge. See the risk factors set forth in the Company's periodic filings with the SEC, including, but not limited to, those risks and uncertainties listed in the section entitled "Risk Factors," in the Company's 2023 Annual Report on Form 10-K filed with the SEC. All forward-looking statements in this Current Report on Form 8-K are based on information available to the Company as of the date of this filing. The Company expressly disclaims any obligation to update or alter its forward-looking statements, whether as a result of new information, future events or otherwise, except as required by applicable law.

**Item 9.01. Financial Statements and Exhibits.**

*(d) Exhibits.*

| Exhibit | Description |
|---|---|
| Exhibit 4.1 | Certificate of Designations of Series A Redeemable Preferred Stock |
| Exhibit 10.1 | 18% Unsecured Promissory Note for $6,000,000 |

| | |
|---|---|
| Exhibit 10.2 | Subordination Agreement |
| Exhibit 10.3 | Assignment of Net Profits Interest and Irrevocable Option to Convert to Working Interest |
| Exhibit 104 | Cover Page Interactive Data File (embedded within Inline XBRL document). |

3

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

NEXT BRIDGE HYDROCARBONS, INC.

Date: August 25, 2025

By: /s/ Gregory McCabe
Name: Gregory McCabe
Title: Chairman and Chief Executive Officer

4