

BLOOMBERG TERMINAL