**From:**              (b)(6)          ɔfinra.org
**Sent:**              Fri, 21 Apr 2023 16:55:46 +0000
**To:**                Nagashunmugam, Minu
**Subject:**           Accepted: Check In with Finra

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**      Cook, Robert
**Sent:**      Fri, 21 Apr 2023 16:55:46 +0000
**To:**        Fischer, Amanda
**Subject:**   Accepted: Check In with Finra

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Tue, 14 Feb 2023 16:16:52 +0000
**To:**            Park, Seoyeon (Sharon)
**Subject:**       Accepted: Division of Trading and Markets/FINRA Monthly Catchup (hybrid) -
February 15th@3p.m. ET (hybrid)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**           Cook, Robert
**Sent:**           Wed, 8 Feb 2023 16:41:33 +0000
**To:**             Slavkin Corzo, Heather
**Subject:**        Accepted: Finra - SEC Chair Counsels

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**       Cook, Robert
**Sent:**       Tue, 21 Feb 2023 20:04:15 +0000
**To:**         Slavkin Corzo, Heather
**Subject:**    Accepted: Finra - SEC re: (b)(4)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Mon, 27 Feb 2023 19:18:03 +0000
**To:**            Dent, Denene
**Subject:**       Accepted: FINRA / Comr. Hester Peirce (SEC) _re: (b)(4)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**      Cook, Robert
**Sent:**      Mon, 5 Dec 2022 22:40:21 +0000
**To:**        Slavkin Corzo, Heather
**Subject:**   Accepted: Finra and SEC re: (b)(4)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**      Cook, Robert
**Sent:**      Tue, 21 Feb 2023 22:13:58 +0000
**To:**        Gallagher, Kathleen
**Subject:**   Accepted: FINRA/SEC re (b)(4)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:** (b)(6) ⓐfinra.org
**Sent:** Fri, 16 Dec 2022 19:01:41 +0000
**To:** Gallagher, Kathleen
**Subject:** Accepted: FW: (b)(4)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** Cook, Robert
**Sent:** Fri, 16 Dec 2022 19:01:41 +0000
**To:** Gallagher, Kathleen
**Subject:** Accepted: FW: (b)(4)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:**        Cook, Robert
**Sent:**         Tue, 20 Dec 2022 14:06:42 +0000
**To:**            Pokorny, Jenna
**Subject:**     Accepted: FW: FINRA Leadership Meeting with Chair Gensler Re: (b)(4)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:**      Cook, Robert
**Sent:**      Mon, 15 May 2023 15:40:57 +0000
**To:**        Pokorny, Jenna
**Subject:**   Accepted: Quarterly Meeting with Chair Gensler and Robert Cook , FINRA

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**      Cook, Robert
**Sent:**      Wed, 1 Mar 2023 03:27:15 +0000
**To:**        Dent, Denene
**Subject:**   Accepted: Robert Cook (FINRA) / Hester Peirce (SEC)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**       Cook, Robert
**Sent:**       Tue, 18 Jul 2023 19:32:17 +0000
**To:**         Gallagher, Kathleen
**Subject:**    Accepted: SEC/FINRA Quarterly Update

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Tue, 14 Feb 2023 16:19:13 +0000
**To:**            Colby, Robert; Sokobin, Jonathan; Stankard, Nathaniel; Dumont, Stephanie; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon); Wingler, Jeanette; Diganci, Todd (CFAO)
**Cc:**            Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**       Canceled: Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook (hybrid)
**Importance:**    High

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please reference the WebEx calendar invite hosted by the SEC.

Attendees:
 SEC
 Haoxiang Zhu, Director
 David Saltiel, Deputy Director
 Andrea Orr, Deputy Director
 Emily Westerberg Russell, Chief Counsel
 Roni Bergoffen, Counsel
 Marilyn Parker, Counsel
 Laura Compton, Counsel
 Sharon Park, Counsel
 FINRA
 Robert Cook, President and CEO (in-person)
 Bob Colby, EVP and Chief Legal Officer (virtual)
 Jonathan Sokobin, SVP and Chief Economist (virtual)
 Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO (in-person)
 Stephanie Dumont, EVP Market Regulation (in-person)
 Jeanette Wingler, Special Assistant to the CEO (virtual)
 Todd Diganci, EVP and Chief Financial Officer (virtual)

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**       Cook, Robert
**Sent:**       Mon, 1 May 2023 13:04:37 +0000
**To:**         Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura
**Subject:**    Canceled: Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang
Zhu and Robert Cook
**Importance:**  High

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attendees:
      SEC
      Haoxiang Zhu, Director
      David Saltiel, Deputy Director
      Andrea Orr, Deputy Director
      Poc: Sharon Park, Counsel_
      FINRA
      Robert Cook, President and CEO
      Bob Colby, EVP and Chief Legal Officer
      Jonathan Sokobin, SVP and Chief Economist (virtual)
      Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
      Stephanie Dumont, EVP Market Regulation
      Jeanette Wingler, Special Assistant to the CEO



**Join Meeting**

**FINRA VMR+**

You are invited to join a FINRA VMR+ meeting.

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |

| | |
|---|---|
| **PC, Mac or Smartphone** | https://finra.zoom.us(b)(6) (b)(6) |

Click here to test your device.



| | |
|---|---|
| **Web Browser** | https://zoom.us/ (b)(6)<br>Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |
| **Phone (US Toll)** | +1-646-931-3822, (b)(6)<br>Password: (b)(6) |
| **Phone (US Toll-Free)** | +1-833-445-1212,,, (b)(6)<br>Password: (b)(6) |
| **Video Conference** | sip: (b)(6) @zoomcrc.com<br>For FINRA video systems, dial (b)(6) only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**　　　　　Cook, Robert
**Sent:**　　　　　Mon, 27 Feb 2023 19:19:01 +0000
**To:**　　　　　Colby, Robert; Dumont, Stephanie; Stankard, Nathaniel; Dean, Gregory; Dent, Denene; Gabbert, Richard
**Subject:**　　　　Canceled: HOLD SEC/FINRA (b)(4)　　　Meeting with Commissioner Peirce and FINRA CEO Robert Cook [Placeholder]
**Importance:**　　　High

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

All, I am pulling down the placeholder as we received the invite. Thank you. Kay Miller

SEC
Commissioner Hester Peirce
Richard Gabbert, Gabbert, (b)(6)　　@SEC.GOV
Poc: Deedee Dent (b)(6)　　@SEC.GOV

FINRA
Robert Cook, President and CEO, email: (b)(6)　　@finra.org
Bob Colby, EVP and Chief Legal Officer, email:(b)(6)　　@finra.org
Stephanie Dumont, EVP Market Regulation, email:(b)(6)　　@finra.org
Nathaniel Stankard, EVP Regulatory Operations, email:(b)(6)　　@finra.org
Greg Dean, SVP Government Affairs, email:(b)(6)　　@finra.org
Poc: Kay Miller, Executive Assistant to Robert W. Cook, Email:(b)(6)　　@finra.org

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert |
| **Sent:** | Wed, 1 Mar 2023 14:11:52 +0000 |
| **To:** | Colby, Robert; Dean, Gregory; Wingler, Jeanette; Dent, Denene |
| **Cc:** | Stankard, Nathaniel; Claussen, Cory |
| **Subject:** | Canceled: HOLD SEC/FINRA Quarterly Update: Commissioner Hester Peirce and Robert Cook [Placeholder] |
| **Importance:** | High |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Commissioner Hester Peirce
Robert Cook
Bob Colby
Greg Dean
Jeanette Wingler
Optional: Nathaniel Stankard
 SEC hosted WebEx

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**            Cook, Robert
**Sent:**            Wed, 19 Jul 2023 18:57:16 +0000
**To:**               Colby, Robert; Roper, Barbara; Rao, Sai; Stankard, Nathaniel; Dean, Gregory; Frayer, Corey; Percival, Heather
**Cc:**               Campbell, Kicha; Miller, Kay; Pillai, Raj; Video Conferencing Support; Cieslawski, Edward; Ostrom, Samantha J.
**Subject:**      Canceled: SEC Chair Advisors and Counsels/FINRA Monthly Catchup
**Importance:**   High

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC Office
Barb Roper, Senior Advisor
Sai Rao, Counsel
Corey Frayer, Senior Advisor
Heather Percival, Counsel

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Nathaniel Stankard, Senior Advisor
Greg Dean, SVP Government Affairs



**Join Meeting**

**FINRAVMR+**

You are invited to join a FINRA VMR+ meeting.

**Meeting Host**     Robert Cook

**Meeting ID**      (b)(6)

**Password**       (b)(6)



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**       Cook, Robert
**Sent:**       Thu, 22 Dec 2022 21:10:52 +0000
**To:**         ten Siethoff, Sarah G.
**Subject:**    Congratulations

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Sarah. Just a quick note to say congratulations on being named Deputy Director of IM! What a great acknowledgment of the tremendous expertise and experience you bring to the agency. I hope you find the role professionally rewarding and personally fulfilling.

I hope you enjoy a wonderful holiday season, and I wish you a happy, healthy and safe New Year!

Kind regards,
Robert


**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f (b)(6)
(b)(6)          @finra.org
www.finra.org

 FINra.


Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**       Cook, Robert
**Sent:**       Tue, 9 May 2023 22:47:48 +0000
**To:**         Clarson, Stephen
**Subject:**    Declined: (b)(4)                    prep meeting

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert
**Sent:**        Mon, 12 Jun 2023 13:37:25 +0000
**To:**          Dent, Denene
**Subject:**     Declined: Robert Cook (FINRA) / Hester Peirce (SEC)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**       Cook, Robert
**Sent:**       Wed, 7 Jun 2023 17:45:35 +0000
**To:**         Prochilo, John F; Colby, Robert; Stankard, Nathaniel; Dumont, Stephanie; Sokobin, Jonathan; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon); Wingler, Jeanette
**Cc:**         Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**    Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attendees:
        SEC
        Haoxiang Zhu, Director
        David Saltiel, Deputy Director
        Andrea Orr, Deputy Director
        Emily Westerberg Russell, Chief Counsel
        Roni Bergoffen, Counsel
        Marilyn Parker, Counsel
        Laura Compton, Counsel
        Sharon Park, Counsel
        John Prochilo
        FINRA
        Robert Cook, President and CEO
        Bob Colby, EVP and Chief Legal Officer
        Jonathan Sokobin, SVP and Chief Economist
        Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
        Stephanie Dumont, EVP Market Regulation
        Jeanette Wingler, Special Assistant to the CEO



**Join Meeting**

**FINRA VMR+**

**You are invited to join a FINRA VMR+ meeting.**

**Meeting Host**    Robert Cook
**Meeting ID**      (b)(6)
**Password**        (b)(6)



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert
**Sent:**        Wed, 7 Jun 2023 15:49:05 +0000
**To:**         Prochilo, John F; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Bergoffen, Roni E;
Park, Seoyeon (Sharon); Colby, Robert; Sokobin, Jonathan; Stankard, Nathaniel; Dumont, Stephanie;
Wingler, Jeanette
**Cc:**         Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**        Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and
Robert Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Attendees:
        SEC
        Haoxiang Zhu, Director
        David Saltiel, Deputy Director
        Andrea Orr, Deputy Director
        Roni Bergoffen, Counsel
        John Prochilo
        Sharon Park, Counsel_
        FINRA
        Robert Cook, President and CEO
        Bob Colby, EVP and Chief Legal Officer
        Jonathan Sokobin, EVP and Chief Economist
        Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
        Stephanie Dumont, EVP Market Regulation
        Jeanette Wingler, Special Counsel to the CEO



**Join Meeting**

**FINRA**VMR+

**You are invited to join a FINRA VMR+ meeting.**

**Meeting Host**     Robert Cook
**Meeting ID**      (b)(6)
**Password**

| | |
|---|---|
| **PC, Mac or Smartphone** | https://finra.zoom.us/ (b)(6)<br>(b)(6)<br>Click here to test your device. |
| **Web Browser** | https://zoom.us/wc/join/ (b)(6)<br>Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |
| **Phone (US Toll)** | +1-646-931-3822,, (b)(6)<br>Password: (b)(6) |
| **Phone (US Toll-Free)** | +1-833-445-1212,, (b)(6)<br>Password: (b)(6) |
| **Video Conference** | sip: (b)(6)                    @zoomcrc.com<br>For FINRA video systems, dial (b)(6)          only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6)          @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**                  Cook, Robert
**Sent:**                  Wed, 7 Jun 2023 15:47:22 +0000
**To:**                     Prochilo, John F; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Bergoffen, Roni E; Park, Seoyeon (Sharon); Colby, Robert; Sokobin, Jonathan; Stankard, Nathaniel; Dumont, Stephanie; Wingler, Jeanette
**Cc:**                    Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**              Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attendees:
>SEC
>Haoxiang Zhu, Director
>David Saltiel, Deputy Director
>Andrea Orr, Deputy Director
>Roni Bergoffen, Counsel
>John Prochilo
>Sharon Park, Counsel_
>FINRA
>Robert Cook, President and CEO
>Bob Colby, EVP and Chief Legal Officer
>Jonathan Sokobin, EVP and Chief Economist
>Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
>Stephanie Dumont, EVP Market Regulation
>Jeanette Wingler, Special Counsel to the CEO

**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | (b)(6) |



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Mon, 1 May 2023 13:04:43 +0000
**To:**            Colby, Robert; Stankard, Nathaniel; Dumont, Stephanie; Sokobin, Jonathan; Zhu,
Haoxiang; Saltiel, David; Orr, Andrea; Wingler, Jeanette
**Cc:**            Pillai, Raj; Cieslawski, Edward; Video Conferencing Support; Kresmer, Elliot;
Creasman, Robert; Park, Seoyeon (Sharon)
**Subject:**       Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and
Robert Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Attendees:
>     SEC
>     Haoxiang Zhu, Director
>     David Saltiel, Deputy Director
>     Andrea Orr, Deputy Director
>     Poc: Sharon Park, Counsel
>     FINRA
>     Robert Cook, President and CEO
>     Bob Colby, EVP and Chief Legal Officer
>     Jonathan Sokobin, SVP and Chief Economist (virtual)
>     Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
>     Stephanie Dumont, EVP Market Regulation
>     Jeanette Wingler, Special Assistant to the CEO

**Join Meeting**

**FINRAVMR+**

**You are invited to join a FINRA VMR+ meeting.**

**Meeting Host**    Robert Cook
**Meeting ID**      (b)(6)
**Password**

**PC, Mac or**      https://finra.zoom.us/ (b)(6)
**Smartphone**      (b)(6)
                    Click here to test your device.

| | |
|---|---|
| **Web Browser** | https://zoom.us/wc/join/(b)(6) <br> Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |
| **Phone (US Toll)** | +1-646-931-3822, (b)(6) <br> Password: (b)(6) |
| **Phone (US Toll-Free)** | +1-833-445-1212, (b)(6) <br> Password: (b)(6) |
| **Video Conference** | sip: (b)(6) @zoomcrc.com <br> For FINRA video systems, dial (b)(6) only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:** Cook, Robert
**Sent:** Thu, 27 Apr 2023 22:27:05 +0000
**To:** Colby, Robert; Stankard, Nathaniel; Dumont, Stephanie; Sokobin, Jonathan; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon); Wingler, Jeanette
**Cc:** Pillai, Raj; Cieslawski, Edward; Video Conferencing Support; Kresmer, Elliot; Creasman, Robert
**Subject:** Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attendees:
  SEC
  Haoxiang Zhu, Director
  David Saltiel, Deputy Director
  Andrea Orr, Deputy Director
  Emily Westerberg Russell, Chief Counsel
  Roni Bergoffen, Counsel
  Marilyn Parker, Counsel
  Laura Compton, Counsel
  Sharon Park, Counsel
  FINRA
  Robert Cook, President and CEO
  Bob Colby, EVP and Chief Legal Officer
  Jonathan Sokobin, SVP and Chief Economist
  Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
  Stephanie Dumont, EVP Market Regulation
  Jeanette Wingler, Special Assistant to the CEO



**Join Meeting**

**FINRA VMR+**

**You are invited to join a FINRA VMR+ meeting.**

**Meeting Host**  Robert Cook
**Meeting ID**  (b)(6)



| | |
|---|---|
| **Password** | (b)(6) |
| **PC, Mac or Smartphone** | https://finra.zoom.us/(b)(6) (b)(6) Click here to test your device. |
| **Web Browser** | https://zoom.us/wc/join/(b)(6) Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |
| **Phone (US Toll)** | +1-646-931-3822,(b)(6) Password: (b)(6) |
| **Phone (US Toll-Free)** | +1-833-445-1212,(b)(6) Password: (b)(6) |
| **Video Conference** | sip: (b)(6) @zoomcrc.com For FINRA video systems, dial (b)(6) only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact(b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Wed, 15 Mar 2023 17:41:55 +0000
**To:**            Colby, Robert; Stankard, Nathaniel; Dumont, Stephanie; Sokobin, Jonathan; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon); Wingler, Jeanette
**Cc:**            Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**       Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Attendees:

        SEC
        Haoxiang Zhu, Director
        David Saltiel, Deputy Director
        Andrea Orr, Deputy Director
        Emily Westerberg Russell, Chief Counsel
        Roni Bergoffen, Counsel
        Marilyn Parker, Counsel
        Laura Compton, Counsel
        Sharon Park, Counsel
        FINRA
        Robert Cook, President and CEO
        Bob Colby, EVP and Chief Legal Officer
        Jonathan Sokobin, SVP and Chief Economist
        Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
        Stephanie Dumont, EVP Market Regulation
        Jeanette Wingler, Special Assistant to the CEO

**Join Meeting**

**FINRA VMR+**

**You are invited to join a FINRA VMR+ meeting.**

**Meeting Host**     Robert Cook
**Meeting ID**       (b)(6)
**Password**

| | |
|---|---|
| **PC, Mac or Smartphone** | https://finra.zoom.us/ (b)(6)<br>(b)(6)<br>Click here to test your device. |
| **Web Browser** | https://zoom.us/wc/join (b)(6)<br>Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |
| **Phone (US Toll)** | +1-646-931-3822,, (b)(6)<br>Password: (b)(6) |
| **Phone (US Toll-Free)** | +1-833-445-1212,, (b)(6)<br>Password: (b)(6) |
| **Video Conference** | sip: (b)(6)        @zoomcrc.com<br>For FINRA video systems, dial (b)(6)    only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6)    @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Wed, 15 Mar 2023 17:40:10 +0000
**To:**          Colby, Robert; Stankard, Nathaniel; Dumont, Stephanie; Sokobin, Jonathan; Zhu,
Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn;
Compton, Laura; Park, Seoyeon (Sharon); Wingler, Jeanette
**Cc:**          Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**          Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and
Robert Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Attendees:
        SEC
        Haoxiang Zhu, Director
        David Saltiel, Deputy Director
        Andrea Orr, Deputy Director
        Emily Westerberg Russell, Chief Counsel
        Roni Bergoffen, Counsel
        Marilyn Parker, Counsel
        Laura Compton, Counsel
        Sharon Park, Counsel
        FINRA
        Robert Cook, President and CEO
        Bob Colby, EVP and Chief Legal Officer
        Jonathan Sokobin, SVP and Chief Economist
        Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
        Stephanie Dumont, EVP Market Regulation
        Jeanette Wingler, Special Assistant to the CEO



**Join Meeting**

**FINRAVMR+**

**You are invited to join a FINRA VMR+ meeting.**

**Meeting Host**    Robert Cook
**Meeting ID**    (b)(6)
**Password**



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Wed, 15 Mar 2023 17:38:27 +0000
**To:**            Colby, Robert; Stankard, Nathaniel; Dumont, Stephanie; Sokobin, Jonathan; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon); Wingler, Jeanette
**Cc:**            Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**       Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attendees:

      SEC
      Haoxiang Zhu, Director
      David Saltiel, Deputy Director
      Andrea Orr, Deputy Director
      Emily Westerberg Russell, Chief Counsel
      Roni Bergoffen, Counsel
      Marilyn Parker, Counsel
      Laura Compton, Counsel
      Sharon Park, Counsel
      FINRA
      Robert Cook, President and CEO
      Bob Colby, EVP and Chief Legal Officer
      Jonathan Sokobin, SVP and Chief Economist
      Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
      Stephanie Dumont, EVP Market Regulation
      Jeanette Wingler, Special Assistant to the CEO

## Join Meeting

**FINRA VMR+**

**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |



| PC, Mac or Smartphone | https://finra.zoom.us/(b)(6)<br>(b)(6)<br>Click here to test your device. |
|---|---|
| Web Browser | https://zoom.us/wc/join/(b)(6)<br>Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |
| Phone (US Toll) | +1-646-931-3822,(b)(6)<br>Password:(b)(6) |
| Phone (US Toll-Free) | +1-833-445-1212,(b)(6)<br>Password:(b)(6) |
| Video Conference | sip:(b)(6)                @zoomcrc.com<br>For FINRA video systems, dial (b)(6)    only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6)    @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Tue, 14 Feb 2023 14:43:04 +0000
**To:**          Colby, Robert; Sokobin, Jonathan; Stankard, Nathaniel; Dumont, Stephanie; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon); Wingler, Jeanette
**Cc:**          Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**          Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook (hybrid)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attendees:
  SEC
  Haoxiang Zhu, Director
  David Saltiel, Deputy Director
  Andrea Orr, Deputy Director
  Emily Westerberg Russell, Chief Counsel
  Roni Bergoffen, Counsel
  Marilyn Parker, Counsel
  Laura Compton, Counsel
  Sharon Park, Counsel
  FINRA
  Robert Cook, President and CEO (in-person)
  Bob Colby, EVP and Chief Legal Officer (virtual)
  Jonathan Sokobin, SVP and Chief Economist (virtual)
  Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO (in-person)
  Stephanie Dumont, EVP Market Regulation (in-person)
  Jeanette Wingler, Special Assistant to the CEO (virtual)



**Join Meeting**

**FINRA VMR+**

**You are invited to join a FINRA VMR+ meeting.**

| **Meeting Host** | Robert Cook |
|---|---|
| **Meeting ID** | (b)(6) |
| **Password** | |



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert
**Sent:**        Wed, 7 Jun 2023 17:46:10 +0000
**To:**          Prochilo, John F; Colby, Robert; Stankard, Nathaniel; Dumont, Stephanie;
Sokobin, Jonathan; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni
E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon); Wingler, Jeanette
**Cc:**          Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**     Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and
Robert Cook

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.

---

Attendees:
        SEC
        Haoxiang Zhu, Director
        David Saltiel, Deputy Director
        Andrea Orr, Deputy Director
        Emily Westerberg Russell, Chief Counsel
        Roni Bergoffen, Counsel
        Marilyn Parker, Counsel
        Laura Compton, Counsel
        Sharon Park, Counsel
        John Prochilo
        FINRA
        Robert Cook, President and CEO
        Bob Colby, EVP and Chief Legal Officer
        Jonathan Sokobin, SVP and Chief Economist
        Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
        Stephanie Dumont, EVP Market Regulation
        Jeanette Wingler, Special Assistant to the CEO

**Join Meeting**

**FINRA VMR+**

**You are invited to join a FINRA VMR+ meeting.**

**Meeting Host**     Robert Cook
**Meeting ID**       (b)(6)
**Password**



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:** (b)(6) ﬁnra.org
**Sent:** Mon, 12 Jun 2023 17:18:55 +0000
**To:** Nunn, Nikcole (Contractor)
**Subject:** FINRA Quarterly Update - Commissioner Hester Peirce and FINRA CEO Robert Cook

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

SEC Commissioner Hester Peirce
Poc: Nikcole Nunn/Deedee Dent

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Nathaniel Stankard, EVP Regulatory Operations
Greg Dean, SVP Government Affairs
Jeanette Wingler, Special Counsel to the CEO


**Robert Cook is inviting you to a scheduled Webex meeting.**



Friday, June 16, 2023
1:30 PM  |  (UTC-04:00) Eastern Time (US & Canada)  |  1 hr



**Join meeting [finra.webex.com]**



**More ways to join:**

**Join from the meeting link**

https://finra.webex.com/finra/j.php? (b)(6)

[finra.webex.com]

**Join by meeting number**

Meeting number (access code): (b)(6)

(b)(6)

Meeting password: (b)(6)

**Tap to join from a mobile device (attendees only)**

8773093457, (b)(6) US Toll Free

+14043971516, (b)(6) US Toll

**Join by phone**

8773093457 US Toll Free

+14043971516 US Toll

Global call-in numbers [finra.webex.com]  |  Toll-free calling restrictions

[assets.lumen.com]

**Join from a video system or application**

Dial (b)(6) @finra.webex.com

You can also dial (b)(6) and enter your meeting

number.

Need help? Go to https://help.webex.com [help.webex.com]

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Mon, 12 Jun 2023 17:18:55 +0000
**To:**            Nunn, Nikcole (Contractor); Dent, Denene; Peirce, Hester; Colby, Robert;
Stankard, Nathaniel; Dean, Gregory; Wingler, Jeanette; NY-Brookfield Room 12NW/430 CEO Office
**Cc:**            Chesher, Mitchell; Hader, Kurt; Pillai, Raj
**Subject:**       FINRA Quarterly Update - Commissioner Hester Peirce and FINRA CEO Robert
Cook

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

SEC Commissioner Hester Peirce
Poc: Nikcole Nunn/Deedee Dent

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Nathaniel Stankard, EVP Regulatory Operations
Greg Dean, SVP Government Affairs
Jeanette Wingler, Special Counsel to the CEO

### Robert Cook is inviting you to a scheduled Webex meeting.

Friday, June 16, 2023

1:30 PM  |  (UTC-04:00) Eastern Time (US & Canada)  |  1 hr

Join meeting [finra.webex.com]

**More ways to join:**

**Join from the meeting link**

https://finra.webex.com/finra/j.php?(b)(6)
[finra.webex.com]

**Join by meeting number**

Meeting number (access code): (b)(6)
(b)(6)

Meeting password: (b)(6)

**Tap to join from a mobile device (attendees only)**

8773093457,,(b)(6)        US Toll Free

+14043971516,,(b)(6)        US Toll

**Join by phone**

8773093457 US Toll Free

+14043971516 US Toll

Global call-in numbers [finra.webex.com]  |  Toll-free calling restrictions
[assets.lumen.com]

**Join from a video system or application**

Dial (b)(6)        @finra.webex.com

You can also dial (b)(6)        and enter your meeting
number.

Need help? Go to https://help.webex.com [help.webex.com]

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert |
| **Sent:** | Mon, 9 Jan 2023 19:38:46 +0000 |
| **To:** | Roper, Barbara; Colby, Robert |
| **Cc:** | Campbell, Kicha |
| **Subject:** | Follow up [Roper/Cook/Colby] |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Barb Roper, Robert Cook, Bob Colby



**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact** (b)(6) **@finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**      Cook, Robert
**Sent:**      Mon, 9 Jan 2023 19:01:29 +0000
**To:**        Roper, Barbara
**Cc:**         Colby, Robert
**Subject:**    Follow-up

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Barb. I hope you are doing well and had a good weekend.

Could we schedule a brief follow-up on our conversation from last week about the (b)(4) (b)(4) , to share with you our thinking? Here are some times that work for Bob and I. If you would prefer later in the week, no problem, just let us know. Thank you.

> January 10 at 5:30 p.m. – 6:00 p.m. ET
> January 11 at 10:30 a.m. – 11:00 a.m. ET
> January 11 at 12:00 p.m. – 12:30 p.m. ET
> January 11 at 5:30 p.m. – 6:00 p.m. ET

All the best,
Robert

**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)          @finra.org
www.finra.org



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert on behalf of "Zhu, Haoxiang" |
| **Sent:** | Thu, 12 Jan 2023 20:47:44 -0500 |
| **To:** | Shillman, David S.; Juzenas, Eric |
| **Subject:** | FW: Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Forgot to forward earlier. Just in case you can join.

-----Original Appointment-----
**From:** Cook, Robert <(b)(6) @finra.org>
**Sent:** Monday, November 28, 2022 5:28 PM
**To:** Cook, Robert; Colby, Robert; Sokobin, Jonathan; Stankard, Nathaniel; Dumont, Stephanie; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon)
**Cc:** Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:** Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook
**When:** Friday, January 13, 2023 10:00 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Zoom; https://finra.zoom.us(b)(6)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attendees:
> SEC
> Haoxiang Zhu, Director
> David Saltiel, Deputy Director
> Andrea Orr, Deputy Director
> Emily Westerberg Russell, Chief Counsel
> Roni Bergoffen, Counsel
> Marilyn Parker, Counsel
> Laura Compton, Counsel
> Sharon Park, Counsel
> FINRA
> Robert Cook, President and CEO
> Bob Colby, EVP and Chief Legal Officer
> Jonathan Sokobin, SVP and Chief Economist
> Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
> Stephanie Dumont, EVP Market Regulation

## Join Meeting

**FINRA VMR+**

**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |

**PC, Mac or Smartphone**
https://finra.zoom.us/ (b)(6)
(b)(6)
Click here to test your device.

**Web Browser**
https://zoom.us/wc/join (b)(6)
Requires phone connection for audio. For the best user experience, please join via the PC or Mac application.

**Phone (US Toll)**
+1-646-931-3822 (b)(6)
Password: (b)(6)

**Phone (US Toll-Free)**
+1-833-445-1212,, (b)(6)
Password: (b)(6)

**Video Conference**
sip: (b)(6) @zoomcrc.com
For FINRA video systems, dial (b)(6) only and enter password

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact** (b)(6) **finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this

email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert on behalf of "Russell, Emily Westerberg"
**Sent:**        Wed, 4 Jan 2023 10:21:46 -0500
**To:**          Fahey, John J.
**Subject:**     FW: Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and
Robert Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert (b)(6) @finra.org>
**Sent:** Monday, November 28, 2022 5:28 PM
**To:** Cook, Robert; Colby, Robert; Sokobin, Jonathan; Stankard, Nathaniel; Dumont, Stephanie; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon)
**Cc:** Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:** Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook
**When:** Friday, January 13, 2023 10:00 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Zoom; https://finra.zoom.us(b)(6)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attendees:
SEC
Haoxiang Zhu, Director
David Saltiel, Deputy Director
Andrea Orr, Deputy Director
Emily Westerberg Russell, Chief Counsel
Roni Bergoffen, Counsel
Marilyn Parker, Counsel
Laura Compton, Counsel
Sharon Park, Counsel
FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Jonathan Sokobin, SVP and Chief Economist
Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
Stephanie Dumont, EVP Market Regulation

**Join Meeting**

**FINRA VMR+**

**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |

**PC, Mac or Smartphone**
https://finra.zoom.us/j (b)(6)
(b)(6)
Click here to test your device.

**Web Browser**
https://zoom.us/wc/join/ (b)(6)
Requires phone connection for audio. For the best user experience, please join via the PC or Mac application.

**Phone (US Toll)**
+1-646-931-3822,, (b)(6)
Password: (b)(6)

**Phone (US Toll-Free)**
+1-833-445-1212,, (b)(6)
Password: (b)(6)

**Video Conference**
sip: (b)(6) @zoomcrc.com
For FINRA video systems, dial (b)(6) only and enter password

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this

email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          [(b)(6)]          @finra.org
**Sent:**          Mon, 10 Jul 2023 17:18:03 +0000
**To:**            Prochilo, John F.; [(b)(6)]          @finra.org; [(b)(6)]          @finra.org;
[(b)(6)]          @finra.org; [(b)(6)]          @finra.org; Zhu, Haoxiang; Saltiel, David; Orr, Andrea;
Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon);
[(b)(6)]          @finra.org
**Cc:**            [(b)(6)]          @finra.org; [(b)(6)]          @finra.org; [(b)(6)]          @finra.org
**Subject:**       FW: Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and
Robert Cook

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert [(b)(6)]          @finra.org>
**Sent:** Wednesday, March 15, 2023 1:45 PM
**To:** Cook, Robert; Colby, Robert; Stankard, Nathaniel; Dumont, Stephanie; Sokobin, Jonathan; Zhu,
Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn;
Compton, Laura; Park, Seoyeon (Sharon); Wingler, Jeanette
**Cc:** Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:** Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook
**When:** Friday, July 14, 2023 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Zoom; https://finra.zoom.us/ [(b)(6)]

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Attendees:
        SEC
        Haoxiang Zhu, Director
        David Saltiel, Deputy Director
        Andrea Orr, Deputy Director
        Emily Westerberg Russell, Chief Counsel
        Roni Bergoffen, Counsel
        Marilyn Parker, Counsel
        Laura Compton, Counsel
        Sharon Park, Counsel
        FINRA
        Robert Cook, President and CEO
        Bob Colby, EVP and Chief Legal Officer
        Jonathan Sokobin, SVP and Chief Economist
        Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
        Stephanie Dumont, EVP Market Regulation
        Jeanette Wingler, Special Assistant to the CEO



**Join Meeting**

**FINRA VMR+**

You are invited to join a FINRA VMR+ meeting.

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |

| | |
|---|---|
| **PC, Mac or Smartphone** | https://finra.zoom.us (b)(6) (b)(6) Click here to test your device. |
| **Web Browser** | https://zoom.us/wc/join/ (b)(6) Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |
| **Phone (US Toll)** | +1-646-931-3822,,(b)(6) Password (b)(6) |
| **Phone (US Toll-Free)** | +1-833-445-1212,,(b)(6) Password (b)(6) |
| **Video Conference** | sip:(b)(6) @zoomcrc.com For FINRA video systems, dial (b)(6) only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        (b)(6)        @finra.org
**Sent:**        Tue, 28 Mar 2023 14:03:45 +0000
**To:**          Juzenas, Eric; Shillman, David S.; (b)(6)        @finra.org;
(b)(6)        @finra.org; (b)(6)        @finra.org; (b)(6)        @finra.org; Zhu,
Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn;
Compton, Laura; Park, Seoyeon (Sharon)
**Cc:**          (b)(6)        @finra.org; (b)(6)        @finra.org; (b)(6)        @finra.org
**Subject:**     FW: Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and
Robert Cook

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert [ (b)(6)        @finra.org>
**Sent:** Tuesday, November 29, 2022 7:52 AM
**To:** Cook, Robert; Colby, Robert; Stankard, Nathaniel; Dumont, Stephanie; Sokobin, Jonathan; Zhu,
Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni E; Parker, Marilyn;
Compton, Laura; Park, Seoyeon (Sharon)
**Cc:** Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:** Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook
**When:** Tuesday, March 28, 2023 11:00 AM-12:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://finra.zoom.us/ (b)(6)

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.

Attendees:
        SEC
        Haoxiang Zhu, Director
        David Saltiel, Deputy Director
        Andrea Orr, Deputy Director
        Emily Westerberg Russell, Chief Counsel
        Roni Bergoffen, Counsel
        Marilyn Parker, Counsel
        Laura Compton, Counsel
        Sharon Park, Counsel
        FINRA
        Robert Cook, President and CEO
        Bob Colby, EVP and Chief Legal Officer
        Jonathan Sokobin, SVP and Chief Economist
        Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
        Stephanie Dumont, EVP Market Regulation



**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |

**PC, Mac or Smartphone**
https://finra.zoom.us/ (b)(6)
(b)(6)
Click here to test your device.

**Web Browser**
https://zoom.us/wc/join (b)(6)
Requires phone connection for audio. For the best user experience, please join via the PC or Mac application.

**Phone (US Toll)**
+1-646-931-3822, (b)(6)
Password: (b)(6)

**Phone (US Toll-Free)**
+1-833-445-1212, (b)(6)
Password: (b)(6)

**Video Conference**
sip: (b)(6) @zoomcrc.com
For FINRA video systems, dial (b)(6) only and enter password

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact** (b)(6) **@finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you

to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert on behalf of "Compton, Laura"
**Sent:**          Fri, 2 Dec 2022 09:10:48 -0500
**To:**            (b)(6)          @sec.gov
**Subject:**       FW: Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and
Robert Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert (b)(6)        @finra.org>
**Sent:** Wednesday, September 28, 2022 7:51 PM
**To:** Cook, Robert; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Russell, Emily Westerberg; Bergoffen, Roni
E; Parker, Marilyn; Compton, Laura; Park, Seoyeon (Sharon); Colby, Robert; Sokobin, Jonathan; Stankard,
Nathaniel; Dumont, Stephanie
**Cc:** Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:** Division of Trading and Markets/FINRA Monthly Catchup: Haoxiang Zhu and Robert Cook
**When:** Friday, December 2, 2022 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Zoom (poc: Sharon Park, O (b)(6)        );
https://finra.zoom.us/ (b)(6)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

SEC
Haoxiang Zhu, Director
David Saltiel, Deputy Director
Andrea Orr, Deputy Director
Emily Westerberg Russell, Chief Counsel
Roni Bergoffen, Counsel
Marilyn Parker, Counsel
Laura Compton, Counsel
Sharon Park, Counsel
FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Jonathan Sokobin, SVP and Chief Economist
Nathaniel Stankard, EVP Regulatory Operations and COS Office of the CEO
Stephanie Dumont, EVP Market Regulation

## Join Meeting

# FINRA VMR+

**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |

**PC, Mac or Smartphone**
https://finra.zoom.us/ (b)(6)
(b)(6)
Click here to test your device.

**Web Browser**
https://zoom.us/wc/join/ (b)(6)
Requires phone connection for audio. For the best user experience, please join via the PC or Mac application.

**Phone (US Toll)**
+1-646-931-3822,, (b)(6)
Password: (b)(6)

**Phone (US Toll-Free)**
+1-833-445-1212,, (b)(6)
Password: (b)(6)

**Video Conference**
sip: (b)(6) @zoomcrc.com
For FINRA video systems, dial (b)(6) only and enter password

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact** (b)(6) **@finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you

this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**     Cook, Robert
**Sent:**     Tue, 24 Jan 2023 17:39:16 +0000
**To:**     Goodman, Kevin W.
**Subject:**     FW: FINRA News: FINRA Announces Departure of Enforcement Head Jessica Hopper

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Kevin – as discussed.

Kind regards,
Robert


**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
(b)(6)
(b)(6)       @finra.org
www.finra.org



Non Responsive Record

**From:**          Cook, Robert
**Sent:**          Fri, 2 Dec 2022 13:23:09 +0000
**To:**            Goodman, Kevin W.
**Subject:**          FW: FINRA News: Jonathan Sokobin Promoted to EVP and Head of New Office of
Regulatory Economics and Mark

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Kevin. You have probably seen it by now, but this is the promotion announcement that I left you a voicemail about on Wednesday.

Kind regards,
Robert


**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f (b)(6)
(b)(6)          @finra.org
www.finra.org

FINLA.

Non Responsive Record

**From:** (b)(6) @finra.org
**Sent:** Thu, 15 Jun 2023 15:38:20 +0000
**To:** Blase, Elizabeth; Gabbert, Richard; Middlebrooks, William; Simon, Ammon; Vetter, Benjamin; Nunn, Nikkole (Contractor); Dent, Denene; Peirce, Hester; (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org
**Cc:** (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org
**Subject:** FW: FINRA Quarterly Update - Commissioner Hester Peirce and FINRA CEO Robert Cook

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert (b)(6) @finra.org>
**Sent:** Monday, June 12, 2023 1:19 PM
**To:** Cook, Robert; Nunn, Nikkole (Contractor); Dent, Denene; Peirce, Hester; Colby, Robert; Stankard, Nathaniel; Dean, Gregory; Wingler, Jeanette; NY-Brookfield Room 12NW/430 CEO Office
**Cc:** Chesher, Mitchell; Hader, Kurt; Pillai, Raj
**Subject:** FINRA Quarterly Update - Commissioner Hester Peirce and FINRA CEO Robert Cook
**When:** Friday, June 16, 2023 1:30 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** FINRA Hosted WeEx (poc: Nikkole Nunn)

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC Commissioner Hester Peirce
Poc: Nikkole Nunn/Deedee Dent

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Nathaniel Stankard, EVP Regulatory Operations
Greg Dean, SVP Government Affairs
Jeanette Wingler, Special Counsel to the CEO

**Robert Cook is inviting you to a scheduled Webex meeting.**

Friday, June 16, 2023

1:30 PM  |  (UTC-04:00) Eastern Time (US & Canada)  |  1 hr

Join meeting [finra.webex.com]

**More ways to**

**join:**

**Join from the meeting link**

https://finra.webex.com/finra/j.php (b)(6)

[finra.webex.com]

**Join by meeting number**

Meeting number (access code): (b)(6)

(b)(6)

Meeting password: (b)(6)

**Tap to join from a mobile device (attendees only)**

8773093457,, (b)(6)  US Toll Free

+14043971516,, (b)(6)  US Toll

**Join by phone**

8773093457 US Toll Free

+14043971516 US Toll

Global call-in numbers [finra.webex.com]  |  Toll-free calling restrictions

[assets.lumen.com]

**Join from a video system or application**

Dial (b)(6) @finra.webex.com

You can also dial (b)(6) and enter your meeting

number.

Need help? Go to https://help.webex.com [help.webex.com]

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:** (b)(6) @finra.org
**Sent:** Mon, 24 Apr 2023 16:24:48 +0000
**To:** Ostrom, Samantha J.; Roper, Barbara; Rao, Sai; (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org; Frayer, Corey; Percival, Heather
**Cc:** (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org
**Subject:** FW: SEC Chair Advisors and Counsels/FINRA Monthly Catchup

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert < (b)(6) @finra.org>
**Sent:** Friday, November 25, 2022 8:52 AM
**To:** Cook, Robert; Roper, Barbara; Rao, Sai; Colby, Robert; Stankard, Nathaniel; Dean, Gregory; Frayer, Corey; Percival, Heather
**Cc:** Campbell, Kicha; Miller, Kay; Pillai, Raj; Video Conferencing Support; Cieslawski, Edward
**Subject:** SEC Chair Advisors and Counsels/FINRA Monthly Catchup
**When:** Monday, April 24, 2023 5:00 PM-6:00 PM .
**Where:** Zoom; https://finra.zoom.us (b)(6)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC Office
Barb Roper, Senior Advisor
Sai Rao, Counsel
Corey Frayer, Senior Advisor
Heather Percival, Counsel

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Nathaniel Stankard, Senior Advisor
Greg Dean, SVP Government Affairs





**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | (b)(6) |

**PC, Mac or Smartphone**
https://finra.zoom.us (b)(6)
(b)(6)
Click here to test your device.

**Web Browser**
https://zoom.us/wc/join (b)(6)
Requires phone connection for audio. For the best user experience, please join via the PC or Mac application.

**Phone (US Toll)**
+1-646-931-3822 (b)(6)
Password: (b)(6)

**Phone (US Toll-Free)**
+1-833-445-1212 (b)(6)
Password: (b)(6)

**Video Conference**
sip: (b)(6) @zoomcrc.com
For FINRA video systems, dial (b)(6) only and enter password

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**  (b)(6) @finra.org
**Sent:**  Mon, 24 Apr 2023 16:24:46 +0000
**To:**  Ostrom, Samantha J.; Roper, Barbara; Rao, Sai; (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org; Frayer, Corey; Percival, Heather
**Cc:**  (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org
**Subject:**  FW: SEC Chair Advisors and Counsels/FINRA Monthly Catchup

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert < (b)(6) @finra.org >
**Sent:** Friday, November 25, 2022 8:52 AM
**To:** Cook, Robert; Roper, Barbara; Rao, Sai; Colby, Robert; Stankard, Nathaniel; Dean, Gregory; Frayer, Corey; Percival, Heather
**Cc:** Campbell, Kicha; Miller, Kay; Pillai, Raj; Video Conferencing Support; Cieslawski, Edward
**Subject:** SEC Chair Advisors and Counsels/FINRA Monthly Catchup
**When:** Occurs the fourth Monday of every 1 month(s) effective 1/23/2023 until 1/23/2024 from 1:00 PM to 2:00 PM Eastern Standard Time.
**Where:** Zoom; https://finra.zoom.us/ (b)(6)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC Office
Barb Roper, Senior Advisor
Sai Rao, Counsel
Corey Frayer, Senior Advisor
Heather Percival, Counsel

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Nathaniel Stankard, Senior Advisor
Greg Dean, SVP Government Affairs

**Join Meeting**



You are invited to join a FINRA VMR+ meeting.

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |

**PC, Mac or Smartphone**  https://finra.zoom.us (b)(6)
(b)(6)
Click here to test your device.

**Web Browser**  https://zoom.us/wc/join (b)(6)
Requires phone connection for audio. For the best user experience, please join via the PC or Mac application.

**Phone (US Toll)**  +1-646-931-3822,, (b)(6)
Password: (b)(6)

**Phone (US Toll-Free)**  +1-833-445-1212,, (b)(6)
Password: (b)(6)

**Video Conference**  sip: (b)(6) @zoomcrc.com
For FINRA video systems, dial (b)(6) only and enter password

For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert on behalf of "Roper, Barbara" |
| **Sent:** | Thu, 12 Jan 2023 10:23:36 -0500 |
| **To:** | Pokorny, Jenna |
| **Subject:** | FW: SEC Chair Advisors and Counsels/FINRA Monthly Catchup |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert ˂(b)(6)         @finra.org>
**Sent:** Friday, November 25, 2022 8:52 AM
**To:** Cook, Robert; Roper, Barbara; Rao, Sai; Colby, Robert; Stankard, Nathaniel; Dean, Gregory; Frayer, Corey; Percival, Heather
**Cc:** Campbell, Kicha; Miller, Kay; Pillai, Raj; Video Conferencing Support; Cieslawski, Edward
**Subject:** SEC Chair Advisors and Counsels/FINRA Monthly Catchup
**When:** Occurs the fourth Monday of every 1 month(s) effective 1/23/2023 until 1/23/2024 from 1:00 PM to 2:00 PM Eastern Standard Time.
**Where:** Zoom; https://finra.zoom.us/(b)(6)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC Office
Barb Roper, Senior Advisor
Sai Rao, Counsel
Corey Frayer, Senior Advisor
Heather Percival, Counsel

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Nathaniel Stankard, Senior Advisor
Greg Dean, SVP Government Affairs



## Join Meeting

**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | (b)(6) |

**PC, Mac or Smartphone**
https://finra.zoom.us/ (b)(6) (b)(6)
Click here to test your device.

**Web Browser**
https://zoom.us/wc/join (b)(6)
Requires phone connection for audio. For the best user experience, please join via the PC or Mac application.

**Phone (US Toll)**
+1-646-931-3822, (b)(6)
Password: (b)(6)

**Phone (US Toll-Free)**
+1-833-445-1212, (b)(6)
Password: (b)(6)

**Video Conference**
sip: (b)(6) @zoomcrc.com
For FINRA video systems, dial (b)(6) only and enter password

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert |
| **Sent:** | Sun, 11 Dec 2022 23:38:47 +0000 |
| **To:** | Goodman, Kevin W. |
| **Subject:** | Fwd: FINRA Operating Status (Message 2 of 2) |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This is the second of the two emails I mentioned in my other email to you just now.

Kind regards,
Robert.

**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)    @finra.org
www.finra.org

Non Responsive Record

**From:**          Cook, Robert
**Sent:**          Fri, 23 Dec 2022 20:43:39 +0000
**To:**            Zhu, Haoxiang
**Subject:**       FYI and thanks

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Haoxiang -- thank you very much for the follow-up call today.

Below just FYI is the march I was referencing (not sure where our team found this…).

I hope you enjoy a wonderful holiday week and wish you all the best for the New Year. I look forward to working with you in 2023.

Kind regards,
Robert



**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)          @finra.org
www.finra.org



(b)(6)          @finra.org



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**   Cook, Robert
**Sent:**   Tue, 6 Dec 2022 22:21:22 +0000
**To:**   Macchiaroli, Michael A.
**Subject:**   Hi

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mike! How are you? I hope this email finds you well.

This is not work related. I have just been thinking of reaching out to you to say hi because it's been a long time.  I don't think I have seen you since the SIFMA C&L earlier this year....

It would be great to catch up at some point. Maybe lunch or coffee or something like that in the new year? Or if your journey home from work takes you by our offices, you're always welcome to stop in and say hi!

All the best,
Robert

**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)            @finra.org
www.finra.org

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Mon, 27 Feb 2023 16:48:04 +0000
**To:**            Colby, Robert; Dumont, Stephanie; Stankard, Nathaniel; Dean, Gregory; Dent, Denene; Gabbert, Richard
**Subject:**       HOLD SEC (b)(4) Meeting with Commissioner Peirce and FINRA CEO Robert Cook [Placeholder]

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC
Commissioner Hester Peirce
Richard Gabbert, Gabbert, (b)(6) ƏSEC.GOV
Poc: Deedee Dent, (b)(6) ƏSEC.GOV

FINRA
Robert Cook, President and CEO, email: (b)(6) Əfinra.org
Bob Colby, EVP and Chief Legal Officer, email: (b)(6) Əfinra.org
Stephanie Dumont, EVP Market Regulation, email: (b)(6) Əfinra.org
Nathaniel Stankard, EVP Regulatory Operations, email: (b)(6) Əfinra.org
Greg Dean, SVP Government Affairs, email: (b)(6) Əfinra.org
Poc: Kay Miller, Executive Assistant to Robert W. Cook, Email: (b)(6) Əfinra.org

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Tue, 28 Feb 2023 20:56:33 +0000
**To:**            Colby, Robert; Dean, Gregory; Wingler, Jeanette; Dent, Denene
**Cc:**             Stankard, Nathaniel; Claussen, Cory
**Subject:**        HOLD SEC/FINRA Quarterly Update: Commissioner Hester Peirce and Robert
Cook [Placeholder]

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Commissioner Hester Peirce
Robert Cook
Bob Colby
Greg Dean
Jeanette Wingler
Optional: Nathaniel Stankard
 SEC hosted WebEx

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert |
| **Sent:** | Tue, 6 Jun 2023 22:11:34 +0000 |
| **To:** | Zhu, Haoxiang; Saltiel, David |
| **Cc:** | Colby, Robert |
| **Subject:** | (b)(4) |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Haoxiang and David:

I hope you are doing well.

We had previously discussed with you our plans to issue a (b)(4)
(b)(4) .

By way of update, we now plan to issue this Regulatory Notice this week. Also FYI, at our last update call with the Chair's staff (on May 22) we reminded them of our plans to (b)(4)
(b)(4)     and Bob gave them a high-level summary of (b)(4) .

Let us know if you have any questions or would like to discuss.

Kind regards,
Robert

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| From: | Cook, Robert |
|---|---|
| Sent: | Wed, 1 Mar 2023 13:01:16 +0000 |
| To: | Zhu, Haoxiang |
| Cc: | Miller, Kay |
| Subject: | RE: Brief discussion on sec (b)(4); (b)(5) |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Haoxiang.  We would be happy to meet.  My assistant Kay will coordinate some times.  I would suggest including Bob and Stephanie. Thanks.


**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6) @finra.org
www.finra.org

# FINRA.

**From:** Zhu, Haoxiang < (b)(6) >SEC.GOV>
**Sent:** Tuesday, February 28, 2023 8:37 PM
**To:** Cook, Robert < (b)(6) @finra.org>
**Subject:** Brief discussion on sec (b)(4); (b)(5)

> **WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.


Hi Robert

Great seeing you earlier this month. I wonder if you or your colleagues are available for a quick chat about sec (b)(4); (b)(5) ?

Thanks!
Haoxiang
Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this

email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert
**Sent:**        Sun, 16 Jul 2023 17:19:00 +0000
**To:**          Zhu, Haoxiang
**Subject:**     Re: Call?

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Haoxiang.  I appreciate your replying. (b)(6)                               so
will catch up with you when I get back.  It was nothing urgent    All the best.

Robert

Get Outlook for iOS
**From:** Zhu, Haoxiang <(b)(6)    >SEC.GOV>
**Sent:** Sunday, July 16, 2023 2:26:07 AM
**To:** Cook, Robert <(b)(6)         >finra.org>
**Subject:** Call?

**WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

Hi Robert,

Sorry I missed your call yesterday. I'm happy to chat on Sunday or Monday. On Monday I can talk first thing in the morning like 8:30am, or noon-1pm. Please feel free to suggest other times if those don't work.

Talk soon,
Haoxiang
Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert |
| **Sent:** | Tue, 17 Jan 2023 13:22:19 +0000 |
| **To:** | Gerding, Erik |
| **Subject:** | RE: Congratulations |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Happy to talk any time.

(b)(6)

**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f:(b)(6)
(b)(6)     @finra.org
www.finra.org

FINra.

**From:** Gerding, Erik <(b)(6) @SEC.GOV>
**Sent:** Monday, January 16, 2023 6:40 PM
**To:** Cook, Robert <(b)(6)     @finra.org>
**Subject:** RE: Congratulations

**WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

Many thanks for the kind words, Robert!
I may well take you up on the offer for advice.
I still remember the (b)(6)
years ago!

Erik

**From:** Cook, Robert <(b)(6)     @finra.org>
**Sent:** Friday, January 13, 2023 3:32 PM
**To:** Gerding, Erik (b)(6)     @SEC.GOV>
**Subject:** Congratulations

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Erik. Just a quick note of congratulations on your appointment as Director of the Division of Corporation Finance! Your willingness to take on an even bigger role in service of the investing public and the SEC is highly admirable.

I am sure you will do a fantastic job in this position, and I hope you find the experience rewarding both personally and professionally.  If there is anything I can do to be of assistance, please do not hesitate to reach out.

Until our paths cross again, wishing you all the best in the new role, and for the New Year!

Kind regards,
Robert


**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)    @finra.org
www.finra.org

 FINRA.


Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          Cook, Robert
**Sent:**          Fri, 14 Jul 2023 21:11:37 +0000
**To:**            Zhu, Haoxiang; Colby, Robert; Stankard, Nathaniel
**Cc:**            Saltiel, David; Orr, Andrea
**Subject:**      RE: follow up

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you very much Haoxiang! We appreciated the time from you and your team this afternoon.

We will work on getting some time scheduled for these topics.

Have a great weekend.

Kind regards,
Robert

---

**From:** Zhu, Haoxiang <(b)(6)>SEC.GOV>
**Sent:** Friday, July 14, 2023 3:22 PM
**To:** Cook, Robert <(b)(6)>finra.org>; Colby, Robert <(b)(6)>finra.org>
**Cc:** Saltiel, David <(b)(6)>SEC.GOV>; Orr, Andrea <(b)(6)>SEC.GOV>
**Subject:** follow up

> **WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

Hi Robert, Bob,

It was great catching up, as always.

In the near term, it appears that we should catch up on:

(b)(4); (b)(5)

I understand that David may reach out separately on (b)(4); (b)(5)

While not urgent, feedback on (b)(4); (b)(5) is always welcome and appreciated.

Have a great weekend!

Best,
Haoxiang

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert
**Sent:**        Mon, 9 Jan 2023 19:32:59 +0000
**To:**          Roper, Barbara
**Subject:**     RE: Follow-up

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you. We will send an invite for 530-6 tomorrow. Talk to you then.


**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6) @finra.org
www.finra.org

FINRA.

**From:** Roper, Barbara <(b)(6)@SEC.GOV>
**Sent:** Monday, January 9, 2023 2:22 PM
**To:** Cook, Robert <(b)(6)@finra.org>
**Subject:** RE: Follow-up

> **WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

Hi Robert. Thanks for following up. I am available from 5:30 to 6 the 10th and from 10:30 to 11 on the 11th. Let me know which of those would work best for you, or just send a calendar invite for your preferred time.

Barb

**From:** Cook, Robert <(b)(6)@finra.org>
**Sent:** Monday, January 9, 2023 2:01 PM
**To:** Roper, Barbara <(b)(6)@SEC.GOV>
**Cc:** Colby, Robert <(b)(6)@finra.org>
**Subject:** Follow-up

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Barb. I hope you are doing well and had a good weekend.

Could we schedule a brief follow-up on our conversation from last week about the pending rule filings, to share with you our thinking? Here are some times that work for Bob and I. If you would prefer later in the week, no problem, just let us know. Thank you.

　　　　January 10 at 5:30 p.m. – 6:00 p.m. ET
　　　　January 11 at 10:30 a.m. – 11:00 a.m. ET
　　　　January 11 at 12:00 p.m. – 12:30 p.m. ET
　　　　January 11 at 5:30 p.m. – 6:00 p.m. ET

All the best,
Robert

**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)   @finra.org
www.finra.org

 FINCA.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**       Cook, Robert
**Sent:**       Mon, 22 May 2023 18:44:59 +0000
**To:**         Rao, Sai
**Subject:**    RE: SEC Chair Advisors and Counsels/FINRA Monthly Catchup

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

(b)(6)

---

**From:** Rao, Sai <(b)(6) @SEC.GOV>
**Sent:** Monday, May 22, 2023 1:05 PM
**To:** Cook, Robert <(b)(6) >finra.org>; Roper, Barbara <(b)(6) @SEC.GOV>; Colby, Robert <(b)(6) @finra.org>; Stankard, Nathaniel <(b)(6) @finra.org>; Dean, Gregory <(b)(6) @finra.org>; Frayer, Corey <(b)(6) >SEC.GOV>; Percival, Heather <(b)(6) @SEC.GOV>
**Subject:** RE: SEC Chair Advisors and Counsels/FINRA Monthly Catchup

> **WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

---

-----Original Appointment-----
**From:** Cook, Robert <(b)(6) @finra.org>
**Sent:** Friday, November 25, 2022 8:52 AM
**To:** Cook, Robert; Roper, Barbara; Rao, Sai; Colby, Robert; Stankard, Nathaniel; Dean, Gregory; Frayer, Corey; Percival, Heather
**Cc:** Campbell, Kicha; Miller, Kay; Pillai, Raj; Video Conferencing Support; Cieslawski, Edward
**Subject:** SEC Chair Advisors and Counsels/FINRA Monthly Catchup
**When:** Monday, May 22, 2023 1:00 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Zoom; https://finra.zoom.us (b)(6)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC Office
Barb Roper, Senior Advisor
Sai Rao, Counsel
Corey Frayer, Senior Advisor

Heather Percival, Counsel

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Nathaniel Stankard, Senior Advisor
Greg Dean, SVP Government Affairs

## Join Meeting

**FINRAVMR+**

**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |
| **PC, Mac or Smartphone** | https://finra.zoom.us (b)(6) (b)(6) Click here to test your device. |
| **Web Browser** | https://zoom.us/wc/join (b)(6) Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |
| **Phone (US Toll)** | +1-646-931-3822,, (b)(6) Password: (b)(6) |
| **Phone (US Toll-Free)** | +1-833-445-1212,, (b)(6) Password: (b)(6) |

| | |
|---|---|
| **Video** | sip: (b)(6)                    @zoomcrc.com |
| **Conference** | For FINRA video systems, dial (b)(6)          only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6)          @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert |
| **Sent:** | Tue, 3 Jan 2023 19:53:02 +0000 |
| **To:** | Roper, Barbara |
| **Cc:** | Colby, Robert |
| **Subject:** | RE: Setting up Call |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Let's do tomorrow at 3. We will send a zoom invite. Thank you.

**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)@finra.org
www.finra.org

FINRA.

---

**From:** Roper, Barbara <(b)(6)@SEC.GOV>
**Sent:** Tuesday, January 3, 2023 2:28 PM
**To:** Cook, Robert <(b)(6)@finra.org>
**Cc:** Colby, Robert <(b)(6)@finra.org>
**Subject:** RE: Setting up Call

> **WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

Tomorrow at either 2 or 3 would work well for me, as would Thursday from 3 to 4. Let me know your preference.

Barb

---

**From:** Cook, Robert <(b)(6)@finra.org>
**Sent:** Tuesday, January 3, 2023 2:20 PM
**To:** Roper, Barbara <(b)(6)@SEC.GOV>
**Cc:** Colby, Robert <(b)(6)@finra.org>
**Subject:** Setting up Call

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Barb. Here are some times when Bob and I would be available to discuss the (b)(4)
(b)(4)                                              If none of these work for you, we can offer up some other slots. Thanks.

- Wednesday, January 4 from 2:00 p.m. – 4:30 p.m. ET
- Thursday, January 5 from 12:30 p.m. – 1:30 p.m. ET
- Thursday, January 5 from 3:00 p.m. – 4:00 p.m. ET
- Friday, January 6 from 12:00 p.m. – 1:30 p.m. ET
- Monday, January 9 from 3:30 p.m. – 5:00 p.m. ET

**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)          @finra.org
www.finra.org



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert
**Sent:**        Sat, 3 Dec 2022 14:27:46 +0000
**To:**        Zhu, Haoxiang
**Subject:**     RE: (b)(4)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks so much Haoxiang.

And, thanks for letting me know about your being in DC the week after next. It would be great to catch up in person, but unfortunately during those days we have our FINRA Board meetings in New York, so I am afraid I will miss you.

Please let me know when your schedule brings you back again and you have time!

All the best,
Robert



**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)  @finra.org
www.finra.org



---

**From:** Zhu, Haoxiang (b)(6) @SEC.GOV>
**Sent:** Saturday, December 3, 2022 9:15 AM
**To:** Cook, Robert (b)(6) @finra.org>
**Subject:** Re: (b)(4)

> **WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

---

Thanks Robert! My team flagged the publication for me and I have read the draft before. We really appreciate the work you and your colleagues did to further promote (b)(4)

By the way, I plan to be in DC Dec 13-15 and will be very happy to catch up again in person if it works for your schedule.

Best,
Haoxiang


On Dec 3, 2022, at 8:34 AM, Cook, Robert <(b)(6)                    finra.org> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Haoxiang.  It was good to speak with you and the team yesterday.

We forgot to mention that we had issued earlier in the week the attached (b)(4)
(b)(4)                          I flag it now only because in our meeting on Monday, we mentioned it would be coming out soon and that we would let you know.

I hope you have a great weekend.

Kind regards,
Robert



**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6)          @finra.org
http://www.finra.org




<Picture (Device Independent Bitmap) 1.jpg>


Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share

any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

(b)(4)

**From:**      Cook, Robert
**Sent:**      Wed, 7 Jun 2023 21:06:17 +0000
**To:**        Rao, Sai; Roper, Barbara; Frayer, Corey; Percival, Heather; Colby, Robert; Dean, Gregory; Stankard, Nathaniel
**Subject:**   SEC Chair Advisors and Counsels/FINRA – (b)(4)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attendees:
SEC – Heather Percival, Sai Rao, Corey Frayer, Barb Roper
FINRA – Robert Cook, Bob Colby, Greg Dean, Nathaniel Stankard



**Join Meeting**

**FINRA VMR+**

You are invited to join a FINRA VMR+ meeting.

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |

| | |
|---|---|
| **PC, Mac or Smartphone** | https://finra.zoom.us (b)(6) (b)(6) |
| | Click here to test your device. |

| | |
|---|---|
| **Web Browser** | https://zoom.us/wc/join/ (b)(6) |
| | Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |

| | |
|---|---|
| **Phone (US Toll)** | +1-646-931-3822,, (b)(6) |
| | Password: (b)(6) |

| | |
|---|---|
| **Phone (US Toll-Free)** | +1-833-445-1212,, (b)(6) |
| | Password (b)(6) |

| | |
|---|---|
| **Video Conference** | sip: (b)(6) @zoomcrc.com |
| | For FINRA video systems, dial (b)(6) only and enter password |



For VMR+ help or additional information, such as global dial-in and
videoconferencing, please visit **finra.zoom.us** or contact (b)(6) **@finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:** Cook, Robert
**Sent:** Mon, 27 Feb 2023 15:40:26 +0000
**To:** Roper, Barbara; Rao, Sai; Colby, Robert; Stankard, Nathaniel; Dean, Gregory; Frayer, Corey; Percival, Heather; Pokorny, Jenna
**Cc:** Campbell, Kicha; Miller, Kay; Pillai, Raj; Video Conferencing Support; Cieslawski, Edward
**Subject:** SEC Chair Advisors and Counsels/FINRA Monthly Catchup

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC Office
Barb Roper, Senior Advisor
Sai Rao, Counsel
Corey Frayer, Senior Advisor
Jenna Pokorny
Heather Percival, Counsel

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Nathaniel Stankard, Senior Advisor
Greg Dean, SVP Government Affairs



**You are invited to join a FINRA VMR+ meeting.**

**Meeting Host**     Robert Cook

**Meeting ID**       (b)(6)

**Password**



Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:** Cook, Robert
**Sent:** Wed, 12 Apr 2023 13:06:09 +0000
**To:** Bergoffen, Roni E; Saltiel, David; Compton, Laura; McGowan, Thomas K.; Colby, Robert; Wollman, Bill; Stankard, Nathaniel
**Cc:** Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:** SEC Division of Trading and Markets/FINRA - (b)(4)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC
David Saltiel, Deputy Director
Laura Compton, Senior Special Counsel
Roni Bergoffen, Counsel
Thomas McGowan, Associate Director

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Bill Wollman, EVP Member Regulation
Nathaniel Stankard, EVP Regulatory Operations



| | |
|---|---|
| **Phone**<br>**(US Toll)** | +1-646-931-3822,, (b)(6)<br>Password: (b)(6) |
| **Phone**<br>**(US Toll-Free)** | +1-833-445-1212,, (b)(6)<br>Password: (b)(6) |
| **Video**<br>**Conference** | sip: (b)(6) @zoomcrc.com<br>For FINRA video systems, dial (b)(6) only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact** (b)(6) **@finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert
**Sent:**        Tue, 18 Jul 2023 20:20:03 +0000
**To:**          Prochilo, John F; Zhu, Haoxiang; Saltiel, David; Orr, Andrea; Dumont,
Stephanie; Stankard, Nathaniel; Russell, Racquel
**Cc:**          Wingler, Jeanette; Pillai, Raj; Cieslawski, Edward; Video Conferencing Support
**Subject:**     SEC Division of Trading and Markets/FINRA Meeting – (b)(4)
(b)(4)

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.

---

SEC Division of Trading and Markets
Haoxiang Zhu, Director
David Saltiel, Deputy Director
John Prochilo, Accountant
Andrea Orr, Deputy Director

FINRA
Robert Cook, President and CEO
Stephanie Dumont, EVP Market Regulation
Nathaniel Stankard, EVP Regulatory Operations
Racquel Russell, SVP and Director of Capital Markets
Jeanette Wingler, Special Counsel to the CEO

**Join Meeting**

FINRA **VMR+**

**You are invited to join a FINRA VMR+ meeting.**

| | |
|---|---|
| **Meeting Host** | Robert Cook |
| **Meeting ID** | (b)(6) |
| **Password** | |
| **PC, Mac or Smartphone** | https://finra.zoom.us/(b)(6) (b)(6) Click here to test your device. |
| **Web Browser** | https://zoom.us/wc/join/(b)(6) Requires phone connection for audio. For the best user experience, please join via the PC or Mac application. |

| | |
|---|---|
| **Phone**<br>**(US Toll)** | +1-646-931-3822 (b)(6)<br>Password: (b)(6) |
| **Phone**<br>**(US Toll-Free)** | +1-833-445-1212 (b)(6)<br>Password: (b)(6) |
| **Video**<br>**Conference** | sip: (b)(6) @zoomcrc.com<br>For FINRA video systems, dial (b)(6) only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**       Cook, Robert
**Sent:**       Thu, 2 Mar 2023 01:21:47 +0000
**To:**         Zhu, Haoxiang; Orr, Andrea; Saltiel, David; Bergoffen, Roni E; Colby, Robert;
Dumont, Stephanie
**Cc:**         Pillai, Raj; Cieslawski, Edward; Video Conferencing Support; Park, Seoyeon
(Sharon)
**Subject:**    SEC Division of Trading and Markets/FINRA: (b)(4)
(b)(4)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

SEC Division of Trading and Markets
Haoxiang Zhu, Director
David Saltiel, Deputy Director
Andrea Orr, Deputy Director
Roni Bergoffen, Counsel

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Stephanie Dumont, EVP Market Regulation



| | |
|---|---|
| **Phone**<br>**(US Toll)** | +1-646-931-3822, (b)(6)<br>Password: (b)(6) |
| **Phone**<br>**(US Toll-Free)** | +1-833-445-1212, (b)(6)<br>Password: (b)(6) |
| **Video**<br>**Conference** | sip: (b)(6) @zoomcrc.com<br>For FINRA video systems, dial (b)(6) only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert |
| **Sent:** | Tue, 3 Jan 2023 19:59:52 +0000 |
| **To:** | Roper, Barbara; Colby, Robert |
| **Cc:** | Campbell, Kicha |
| **Subject:** | SEC/FINRA (b)(4) |

(b)(4)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SEC
Barb Roper

FINRA
Robert Cook
Bob Colby



| **Video Conference** | sip: (b)(6) @zoomcrc.com |
| | For FINRA video systems, dial (b)(6) only and enter password |

**For VMR+ help or additional information, such as global dial-in and videoconferencing, please visit finra.zoom.us or contact (b)(6) @finra.org**

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:** Cook, Robert
**Sent:** Sat, 3 Dec 2022 13:33:23 +0000
**To:** Zhu, Haoxiang
**Subject:** (b)(4)
**Attachments:**

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Haoxiang.  It was good to speak with you and the team yesterday.

We forgot to mention that we had issued earlier in the week the attached (b)(4) (b)(4) I flag it now only because in our meeting on Monday, we mentioned it would be coming out soon and that we would let you know.

I hope you have a great weekend.

Kind regards,
Robert

**Robert W. Cook**
President and CEO
Financial Industry Regulatory Authority
1735 K Street NW
Washington, DC 20006
t: (b)(6)
f: (b)(6)
(b)(6) @finra.org
www.finra.org

 FINſa.

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

# Regulatory Notice

# 22-26

## Trade Reporting and Compliance Engine (TRACE)

### FINRA Requests Comment on Proposed Changes to TRACE Reporting Relating to Delayed Treasury Spot Trades

Comment Period Expires: January 30, 2023

### Summary

FINRA requests comment on a proposal to provide additional transparency into delayed Treasury spot trades in corporate debt securities—*i.e.,* corporate bond trades where the dollar price of the trade is based on a spread to a benchmark U.S. Treasury security that was agreed upon at an earlier time on the same day. The proposed changes would provide for immediate transparency into the size and spread-based economics of delayed Treasury spot trades by requiring members to report the spread and identify the associated benchmark Treasury security (*i.e.,* the CUSIP or other appropriate identifier) at the time at which the spread is agreed, and then subsequently report the dollar price of the transaction once the trade is spotted.

Questions regarding this *Notice* should be directed to:

▶ Patrick Geraghty, Senior Vice President, Market Regulation, at (240) 386-4973 or patrick.geraghty@finra.org;

▶ Robert McNamee, Associate General Counsel, Office of General Counsel, at (202) 728-8012 or robert.mcnamee@finra.org; or

▶ Elliot Levine, Associate Vice President & Counsel, Transparency Services, at (202) 728-8405 or elliot.levine@finra.org.

Questions regarding the Economic Impact Assessment in this *Notice* should be directed to Yue Tang, Senior Economist, Office of the Chief Economist, at (202) 728-8237 or yue.tang@finra.org.

November 29, 2022

**Notice Type**

▶ Request for Comment

**Suggested Routing**

▶ Compliance
▶ Fixed Income
▶ Legal
▶ Operations
▶ Senior Management
▶ Systems
▶ Trading

**Key Topics**

▶ Corporate Debt
▶ Fixed Income
▶ TRACE
▶ Trade Reporting
▶ U.S. Treasury Security

**Referenced Rules & Notices**

▶ FINRA Rule 3110
▶ FINRA Rule 6710
▶ FINRA Rule 6730
▶ Regulatory Notice 20-24
▶ Regulatory Notice 22-17



## Action Requested

FINRA encourages all interested parties to comment on this proposal. Comments must be received by January 30, 2023.

Comments must be submitted through one of the following methods:

▶ Online using FINRA's comment form for this *Notice*;

▶ Emailing comments to pubcom@finra.org; or

▶ Mailing comments in hard copy to:

> Jennifer Piorko Mitchell
> Office of the Corporate Secretary
> FINRA
> 1735 K Street, NW
> Washington, DC 20006-1506

To help FINRA process and review comments more efficiently, persons should use only one method to comment on the proposal.

**Important Notes:** The only comments that FINRA will consider are those submitted pursuant to the methods described above. All comments received in response to this *Notice* will be made available to the public on the FINRA website. In general, FINRA will post comments as they are received.[1]

Before becoming effective, a proposed rule change must be filed with the Securities and Exchange Commission (SEC) pursuant to Section 19(b) of the Securities Exchange Act of 1934 (SEA).[2]

## Background and Discussion

A "delayed Treasury spot trade," as discussed in this *Notice*, occurs when a market participant trades a corporate debt security on the basis of a spread to a benchmark U.S. Treasury security[3] and agrees to subsequently calculate the dollar price of the trade by "spotting" the benchmark U.S. Treasury security at a designated time. For example, parties may determine to trade a corporate bond at 10:00 a.m. based on a spread to a specified U.S. Treasury security later in the day (*e.g.,* at 3:00 p.m.); therefore, the dollar price subsequently is determined when the parties spot the spread against the benchmark U.S. Treasury security at the later time on the same day, *e.g.,* at 3:00 p.m.

Under current TRACE reporting rules, firms are required to report transactions in corporate bonds within 15 minutes of the time of execution[4] which is the time when the parties agree to all of the terms of the transaction that are sufficient to calculate the dollar price of the trade.[5] Therefore, in the example above, the delayed Treasury spot trade is not reportable to TRACE until the completion of the spotting process (in this example, at 3:00 p.m.), even though the spread and other terms were agreed upon at an earlier time that day. Further, current TRACE reporting rules require only reporting of the final dollar price, without identifying the transaction as a delayed Treasury spot trade or providing information about the agreed spread or benchmark U.S. Treasury security.

The SEC's Fixed Income Market Structure Advisory Committee (FIMSAC) unanimously approved a recommendation for FINRA to, among other things, amend its TRACE reporting rules to provide additional transparency into delayed Treasury spot trades.[6] The FIMSAC noted that, because these trades are currently reported and disseminated only once a dollar price is available—which in some cases can be hours after the spread is agreed upon—the disseminated price may not reflect the market price for the bond at the time of dissemination. The FIMSAC believed that both the regulatory audit trail data and price transparency could be improved if these trades were specifically identified in TRACE data upon dissemination once the dollar price becomes available.[7] Specifically, the FIMSAC believed that the appendage of a modifier identifying delayed Treasury spot trades, along with providing the time at which the spread was agreed, would both alert market participants that the spread-based economics of the trade had been agreed upon at an earlier time that day as well as provide market participants with the ability to estimate the agreed-upon spread.[8]

Following on the FIMSAC's recommendation, in July 2020 FINRA published *Regulatory Notice 20-24* requesting comment on, among other things, proposed changes to the TRACE reporting rules that would require firms to identify delayed Treasury spot trades and report the time at which the spread was agreed upon.[9] FINRA received useful comments in response to *Regulatory Notice 20-24*, as did the SEC in connection with the subsequent rule filing.[10] FINRA is now issuing this *Notice* to solicit comment on a new proposed approach to improving transparency into delayed Treasury spot trades that FINRA believes would provide more timely and complete information in the regulatory audit trail and publicly disseminated data.

## Proposal Relating to Delayed Treasury Spot Trades

FINRA is proposing to amend Rule 6730 to provide for a two-part reporting regime in connection with delayed Treasury spot trades. First, members would be required to report the agreed upon spread and identify the associated benchmark U.S. Treasury security (*i.e.,* the CUSIP or other appropriate identifier) (along with the other items of

information currently associated with a corporate debt TRACE report (other than the dollar price)) as soon as practicable but no later than within 15 minutes of the time that the spread is agreed to. Second, members would be required to supplement the initial report by subsequently reporting the calculated dollar price as soon as practicable, but no later than within 15 minutes of the time the trade is "spotted" to the benchmark U.S. Treasury security.[11]

In both cases, FINRA would disseminate the reported information immediately upon receipt, providing immediate transparency into the volume of the corporate bond trade as well as the agreed upon spread and benchmark security, and subsequently into the final dollar price of the transaction. The proposed two-step process would provide market participants with timelier and more complete information about delayed Treasury spot trades than is currently available or would have become available under the prior proposal.[12] As noted above, members are already required to report the final dollar price within 15 minutes of the time of execution. Therefore, the proposal would only change existing reporting requirements by adding a requirement to report the agreed spread and benchmark U.S. Treasury security at the time those terms are agreed.

### Economic Impact Assessment

FINRA has undertaken an economic impact assessment, as set forth below, to analyze the potential economic impacts, including anticipated costs, benefits, and distributional and competitive effects, relative to the current baseline, and the alternatives FINRA considered in assessing how to best meet its regulatory objectives. FINRA invites comments on all aspects of this assessment and requests that commenters provide empirical data or other factual support wherever possible.

### Regulatory Objective

As discussed above, members are currently required to report delayed Treasury spot trades to TRACE when the dollar price of the transaction has been determined by spotting the benchmark U.S. Treasury security at the designated time. Under the current reporting rules, these trades are not disseminated through TRACE until the dollar price is known and the trade is reported. Disseminating the spread, volume, time of execution and other transaction information at the time the parties agree to the trade would support price formation and increase transparency. Furthermore, as noted above, because the trade was negotiated at an earlier time that day, the disseminated dollar price may not be reflective of the market price for the bond at the time of dissemination. Currently such trades are not identified in the disseminated data as having a price that potentially is off market. This pricing information may therefore be less informative for market participants that rely on TRACE for price discovery or other analyses. The proposal would provide the

market with timelier information about these trades, including the negotiated spread and benchmark U.S. Treasury security at the time of the agreement, and also will continue to provide the market with the dollar price of the transactions when available. Because such reports would be linked to the earlier report, market participants would be aware that the disseminated dollar price relates to a delayed Treasury spot trade and therefore may not be reflective of the market price at the time of dissemination.

### Economic Baseline

Delayed Treasury spot trades are currently not identified in the TRACE data; therefore, in establishing the economic baseline, FINRA has sought to identify the TRACE-reported trades most likely to be associated with delayed Treasury spot trades. Using TRACE data from January 2021 to December 2021, FINRA examined the daily average concentration of corporate bond trades around 3:00 p.m., which FINRA understands to be the "spotting" time dealers usually use for delayed Treasury spot trades. Figures F1-1 and F1-2 below compare the percentage of trades during the 3:00 p.m. to 3:14 p.m. time interval with: (1) the average percentage of trades for all 15-minute intervals before 3:00 p.m.; and (2) the average percentage of trades for all 15-minute intervals after 3:14 p.m. Figures F1-1 and F1-2 also provide these trade distributions based on the size of trades and for all trades combined. These data are likely to either overcount the number of delayed Treasury spot trades because some of the trades executed in the time interval are not delayed Treasury spot trades, or undercount because they exclude delayed Treasury spot trades executed at other times during the day. Nevertheless, given the current unavailability of a trade identifier, FINRA believes this methodology will provide a reasonable baseline for the analysis.

Figure F1-1 provides statistics for customer trades in investment grade bonds and Figure F1-2 provides statistics for inter-dealer trades in investment grade bonds. Figures F1-1 and F1-2 show that, across all trade sizes in investment grade bonds, volumes in the 3:00 p.m. trade interval are larger than both the pre-3:00 p.m. and the post-3:14 p.m. intervals. For investment grade customer trades, the 3:00 p.m. to 3:14 p.m. volumes are several times larger than both the pre-3:00 p.m. and the post-3:14 p.m. intervals. Figures F1-3 and F1-4 provide similar information for trades in non-investment grade bonds. These figures show that the differences in trades across the time intervals are much less material in non-investment grade bond trades. Although trades during the 3:00 p.m. to 3:14 p.m. time interval may not all be delayed Treasury spot trades, the stark increase in investment grade bond volume during the period is consistent with FINRA's understanding of when delayed Treasury spot trades are priced and reported (regardless of when the spread was agreed upon), especially for investment grade corporate bond trades.

**Figure 1: Distribution of Corporate Bond Trading Volume During Trading Hours (January 2021 to December 2021)**









## Economic Impact

The proposed requirement that members report the spread and benchmark U.S. Treasury security for delayed Treasury spot trades at the time when the spread is agreed upon would allow FINRA to disseminate valuable information to the marketplace sooner regarding such trades. Specifically, more timely insight into spread and volume information regarding a delayed Treasury spot trade would help the market to understand the pricing of the bonds and traded volume. In addition, disseminating the dollar price along with an indication that the transaction is a delayed Treasury spot trade would eliminate potential confusion that may result from the dissemination of a dollar price that may not reflect the market price for the security at the time of dissemination because it was negotiated on a spread basis earlier in the day. Thus, the proposal will increase post-trade transparency, provide clarity on the nature of reported trades, facilitate investors' execution quality analysis by providing more accurate and timelier trade and price information, and support price formation.

Members would incur costs to modify systems to report delayed Treasury spot trades, including the spread and benchmark U.S. Treasury security, at the time the spread is agreed upon. These costs may be higher for members that house relevant information, including the negotiated spread or the benchmark Treasury security, in a different platform or system that is not connected to its TRACE reporting system.[13] In addition, members would be required to subsequently report to TRACE once the dollar price is determined and ensure that such subsequent reports are accurately associated with the correct earlier report.

## Effects on Competition

FINRA does not believe that the proposal will unduly burden competition. The costs associated with implementing the necessary changes under the proposal may correlate with how actively a firm engages in delayed Treasury spot trades. For example, firms with no activities in delayed Treasury spot trades may not need to update their system; firms with limited activities may choose to manually input the new trade reports; firms with significant activities may choose to automate any necessary process changes. Firms can also use third-party vendors to report the new information, which may allow firms to take advantage of lower costs due to economies of scale.

FINRA anticipates that increasing transparency into delayed Treasury spot trades as described in this proposal would provide all market participants with important information, such as the negotiated spread, the benchmark Treasury security and the traded volume, for transactions in corporate bonds. This increased information availability may, in turn, encourage dealers to provide greater liquidity to the market

and provide customers with more information with which to assess the market for a security. Thus, FINRA anticipates that the proposal will enhance competition among broker-dealers participating in the corporate bond market.

## Alternatives Considered

As discussed above, FINRA previously issued *Regulatory Notice 20-24* proposing, among other things, changes to TRACE reporting for delayed Treasury spot trades. The approach proposed in *Regulatory Notice 20-24* would have required firms to continue to report such trades only once the dollar price for the transaction is known, but would have required members to append a modifier to identify the trades as delayed Treasury spot trades and to report the earlier time at which the spread was agreed upon. FINRA is now issuing this *Notice* to solicit comment on a modified approach to improving transparency into delayed Treasury spot trades that FINRA believes would provide more timely and complete information in the regulatory audit trail and publicly disseminated data.

## Request for Comment

FINRA requests comment on all aspects of the proposal. FINRA requests that commenters provide empirical data or other factual support for their comments wherever possible. In addition to general comments, FINRA specifically requests comments on the following questions.

▶ FINRA requests comment on whether the proposal would provide useful information to the marketplace. Why or why not?

▶ Would the proposal benefit some market participants more than others? If so, why?

▶ What challenges do commenters anticipate with reporting the spread and benchmark U.S. Treasury security at the time the spread is agreed, and then reporting the dollar price when known?

  ▶ How do firms that engage in delayed Treasury spot trades internally record the agreed upon spread and the benchmark CUSIP for trades?

  ▶ FINRA's understanding is that it is unusual for the material terms of a delayed Treasury spot trade to change once the spread and benchmark U.S. Treasury security are agreed upon. Do market participants agree? Are there circumstances under which the material terms of a trade (*e.g.,* the agreed upon spread or the identity of the benchmark security) may change prior to the agreed upon spot time?

  ▶ How frequently are agreed upon delayed Treasury spot trades cancelled prior to the "spotting" time? What are the reasons for such cancellations?

- ▶ What operational or other challenges would be associated with implementing the proposal? How do these challenges compare to those associated with the prior proposal?
▶ What costs are associated with the proposal? How do these costs compare to the costs associated with the prior proposal as set forth in *Regulatory Notice 20-24*?
  - ▶ What costs are associated with modifying firms' reporting systems to report pursuant to the proposal? How do these costs compare to the costs associated with the prior proposal?
  - ▶ Will there be any other costs for TRACE reporters or other market participants related to the proposal? If so, please describe.
  - ▶ Will the requirements of the proposal impose costs on some reporters more than others? If so, why?
▶ How much time would firms need to make systems and other changes required to implement the proposal?
▶ Are there any modifications or alternatives to the proposal that FINRA should consider in providing additional insight into delayed Treasury spot trades? Please describe in detail.
  - ▶ For example, should FINRA consider requiring firms to report a delayed Treasury spot trade at the time the spread is agreed upon, as described in this proposal, without requiring firms to subsequently report the dollar price when known? Why or why not?
  - ▶ Should FINRA instead consider permitting firms to report the transaction details as they do today (*i.e.,* report the trade only once the dollar price is known), but require firms to append at that time a new flag identifying the trade as a delayed Treasury spot trade?
  - ▶ If FINRA were to permit firms to report transaction details as they do today (*i.e.,* only once the dollar price is known), would it be beneficial to require firms to also report the spread and benchmark U.S. Treasury security at that time (which FINRA would disseminate)?
  - ▶ In *Regulatory Notice 20-24*, FINRA requested comment on its understanding that the most common pricing benchmark used for delayed Treasury spot trades is the on-the-run U.S. Treasury security with the maturity that corresponds to the maturity of the corporate bond being priced (*e.g.,* the most recently issued 10-year U.S. Treasury security typically is used as the benchmark for pricing a 10- year corporate bond issue). Commenters expressed agreement with this understanding.[14] Given this understanding, should FINRA require firms to report the benchmark U.S. Treasury security along with the spread? How confident are market observers that they share the same understanding of the specific U.S. Treasury security used as the benchmark?

▶ What operational or other challenges would be associated with these or other alternatives?

▶ As noted in endnote #4, FINRA issued *Regulatory Notice 22-17* requesting comment on a proposal to shorten the trade reporting timeframe for transactions in certain TRACE-Eligible securities, including corporate bonds, from 15 minutes to one minute. If that proposal is adopted, the timeframe for reporting the final dollar price for delayed Treasury spot trades would coincide with the reporting timeframe for transaction reports in corporate bonds. Should FINRA also require firms to report the spread and benchmark U.S. Treasury security as soon as practicable but no later than within one minute of the time at which the spread was agreed for delayed Treasury spot trades? Why or why not?

▶ Market participants also engage in spread trades on a non-delayed basis where they negotiate a trade for a corporate bond, or other TRACE-eligible security,[15] on the basis of a spread to a benchmark (U.S. Treasury security or otherwise) that is immediately converted to a dollar price. With respect to such non-delayed spread trades:

  ▶ FINRA understands that, in many cases, the spread for non-delayed spot trades can be immediately deduced based on the disseminated dollar price and U.S. Treasury spread at the time of the trade. Is this an accurate understanding?

  ▶ FINRA requests comment on whether it would, on balance, be beneficial to the marketplace if members were required to report, and FINRA disseminated, the agreed upon spread for non-delayed spread trades. Why or why not?

  ▶ If the spread price were required to be reported and disseminated for non-delayed spread trades, should the dollar price also be required to be reported and disseminated? Why or why not?

  ▶ If the spread price were required to be reported and disseminated for non-delayed spread trades, should the benchmark used to calculate the dollar price also be required to be reported and disseminated? Why or why not?

  ▶ Might the benefits and costs of the proposal be different if FINRA were to also require reporting of the spread for non-delayed spread trades? If so, how?

## Endnotes

1. FINRA will not edit personal identifying information, such as names or email addresses, from submissions. Persons should submit only information that they wish to make publicly available. *See Notice to Members 03-73* (November 2003) (Online Availability of Comments) for more information.

2. *See* SEA Section 19 and rules thereunder. After a proposed rule change is filed with the SEC, the proposed rule change generally is published for public comment in the *Federal Register*. Some proposed rule changes take effect immediately upon filing with the SEC. *See* SEA Section 19(b)(3) and SEA Rule 19b-4.

3. Rule 6710 defines a "U.S. Treasury Security" as "a security, other than a savings bond, issued by the U.S. Department of the Treasury to fund the operations of the federal government or to retire such outstanding securities." The term "U.S. Treasury Security" also includes separate principal and interest components of a U.S. Treasury Security that has been separated pursuant to the Separate Trading of Registered Interest and Principal of Securities ("STRIPS") program operated by the U.S. Department of Treasury. *See* Rule 6710(p).

4. *See* Rule 6730(a). FINRA published a *Regulatory Notice* requesting comment on a proposal to shorten the trade reporting timeframe for transactions in certain TRACE-Eligible Securities, including corporate bonds, from 15 minutes to one minute. *See Regulatory Notice 22-17* (August 2, 2022). Under that proposal, members would be required to submit a report for a corporate bond transaction to TRACE as soon as practicable (as is currently the case), but no later than one minute from the time of execution.

If that proposal is adopted, the timeframe for reporting the final dollar price for delayed Treasury spot trades would be accordingly reduced.

5. *See* Rule 6710(d).

6. *See* Recommendation Regarding Additional TRACE Reporting Indicators for Corporate Bond Trades (February 10, 2020) ("FIMSAC Recommendation"). The FIMSAC recommended that these proposals apply only to corporate bond transactions reported to TRACE.

7. FINRA reminds members that, pursuant to Rule 3110 (Supervision), they must have policies and procedures in place that are reasonably designed to ensure compliance with the 6700 Rule Series (Trade Reporting and Compliance Engine (TRACE)), including the accurate reporting of applicable trade modifiers or indicators. Firms also must be able to demonstrate that a transaction meets the applicable conditions associated with a particular modifier or indicator.

8. *See* FIMSAC Recommendation at 2.

9. *See Regulatory Notice 20-24*, FINRA Requests Comment on Proposed Changes to TRACE Reporting Relating to Delayed Treasury Spot and Portfolio Trades (July 16, 2020).

10. Following on *Regulatory Notice 20-24*, in November 2021 FINRA filed a proposed rule change to amend its TRACE reporting rules to require members to: (1) identify corporate bond trades that are delayed Treasury spot trades and report the time at which the spread was agreed upon; and (2) identify corporate bond trades that are part of a larger portfolio trade. *See* Securities Exchange Act Release No. 93699 (December 1, 2021), 86 FR 69337 (December 7, 2021)

©2022. FINRA. All rights reserved. Regulatory Notices attempt to present information to readers in a format that is easily understandable. However, please be aware that, in case of any misunderstanding, the rule language prevails.

(Notice of Filing of File No. SR-FINRA-2021-030). After consideration of the comments received on the proposed rule change and further discussion with SEC staff, FINRA amended the proposed rule change to remove the proposed requirements relating to delayed Treasury spot trades, and the SEC subsequently approved the proposed rule change including only the new portfolio trade modifier requirement. *See* Securities Exchange Act Release No. 94365 (March 4, 2022), 87 FR 13781 (March 10, 2022) (Notice of Filing of Amendment No. 1 and Order Approving File No. SR-FINRA-2021-030).

11. FINRA notes that, under this two-step process, the supplemental report would not be considered a late report (so long as the dollar price is reported within the specified timeframe after the trade is "spotted" to the benchmark U.S. Treasury security).

12. *See supra* note 10.

13. *See* SIFMA comment letter to *Regulatory Notice 20-24* ("SIFMA Letter"), at 4.

14. *See* SIFMA Letter at 5.

15. Rule 6710(a) generally defines a "TRACE-Eligible Security" as a debt security that is United States ("U.S.") dollar-denominated and is: (1) issued by a U.S. or foreign private issuer, and, if a "restricted security" as defined in Securities Act Rule 144(a)(3), sold pursuant to Securities Act Rule 144A; (2) issued or guaranteed by an Agency as defined in Rule 6710(k) or a Government-Sponsored Enterprise as defined in Rule 6710(n); or (3) a U.S. Treasury Security as defined in Rule 6710(p). "TRACE-Eligible Security" does not include a debt security that is issued by a foreign sovereign or a Money Market Instrument as defined in Rule 6710(o). The SEC recently approved a rule change to expand TRACE reporting requirements to trades in U.S. dollar-denominated foreign sovereign debt securities. *See* Securities Exchange Act Release No. 95465 (August 10, 2022), 87 FR 50354 (August 16, 2022) (Order Approving File No. SR-FINRA-2022-011).