**From:**         (b)(6)
**Sent:**         Tue, 7 Mar 2023 18:36:12 +0000
**To:**           Colby, Robert
**Subject:**      RE: SEC Investor Advisory Committee Recommendation - FINRA


Thanks Bob –

(b)(6)

Special Advisor and Investor Engagement Manager
U.S. Securities and Exchange Commission
(b)(6)          (b)(6)        @sec.gov

**From:** Colby, Robert (b)(6)            @finra.org>
**Sent:** Tuesday, March 7, 2023 1:32 PM
**To:** (b)(6)              @SEC.GOV>
**Cc:** Miller, Kay (b)(6)          @finra.org>; Christopher Mirabile (b)(6)              @gmail.com>; Van Buskirk, Leslie M - DFI (b)(6)            @dfi.wisconsin.gov>; Theodore Daniels (b)(6)        @sfepd.org>; (b)(6)       @hellmerfamily.com; (b)(6)        @charter.net; Christine Lazaro (b)(6)          @stjohns.edu>; Cook, Robert (b)(6)         @finra.org>; Walsh, Gerri (b)(6)           @finra.org>; Dalal, Kosha (b)(6)             @finra.org>; Mottola, Gary (b)(6)          @finra.org>; Gliniecki, Patrice (b)(6)             @finra.org>
**Subject:** RE: SEC Investor Advisory Committee Recommendation - FINRA

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, (b)(6)    . We have tracked the progress of this recommendation, and look forward to the Commission's response.

In the meantime, we will review our rules in light of this recommendation.

With best regards,

Bob Colby

Robert LD Colby
Chief Legal Officer
1735 K  Street, NW  | Washington, DC 20006
(b)(6)           @finra.org
(b)(6)

FINRA.

**From:** (b)(6) SEC.GOV>
**Sent:** Monday, March 06, 2023 5:27 PM
**To:** Cook, Robert (b)(6) finra.org>; Colby, Robert (b)(6) finra.org>; Walsh, Gerri (b)(6) finra.org>; Dalal, Kosha (b)(6) finra.org>; Mottola, Gary (b)(6) finra.org>
**Cc:** Miller, Kay (b)(6) finra.org>; Christopher Mirabile (b)(6) gmail.com>; Van Buskirk, Leslie M - DFI (b)(6) dfi.wisconsin.gov>; Theodore Daniels (b)(6) sfepd.org>; (b)(6) hellmerfamily.com; (b)(6) charter.net; Christine Lazaro (b)(6) stjohns.edu>
**Subject:** SEC Investor Advisory Committee Recommendation - FINRA

**WARNING: External Sender!** Exercise caution with links, attachments and requests for login information.

Greetings Mr. Cook and FINRA Leaders,

The Investor Advisory Committee [sec.gov] (IAC), one of the Commission's independent advisory committees, held a public meeting on Thursday, March 2, 2023 [sec.gov] in which they approved a recommendation on Customer Account Statements [sec.gov].

As a courtesy, the IAC Leadership (CCd here) have asked that I share the recommendation directly with you and your staff.

The Commission has received the recommendation, but has not yet taken a position on the matter.

On a more personal note, thank you to your team for their collaborative efforts over the past few months with the SEC's Office of the Investor Advocate. The new Investor Advocate, (b)(6) (b)(6) [sec.gov], appreciates the collaboration, and looks forward to continuing the working relationship to protect investors between our Office and FINRA.

Thanks,

(b)(6)
Special Advisor and Investor Engagement Manager
U.S. Securities and Exchange Commission
(b)(6) | (b)(6) @sec.gov

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**     Uyeda, Mark T on behalf of Kofsky, Aaron
**Sent:**     Mon, 12 Dec 2022 16:57:20 +0000
**To:**       Cook, Robert
**Subject:**  Accepted: FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA
CEO Robert Cook

**From:**          Uyeda, Mark T on behalf of Kofsky, Aaron
**Sent:**          Mon, 12 Dec 2022 16:57:20 +0000
**To:**            (b)(6)          @finra.org
**Subject:**       Accepted: FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA
CEO Robert Cook

**From:**            Cook, Robert
**Sent:**             Mon, 12 Dec 2022 16:56:38 +0000
**To:**              Colby, Robert; Dean, Gregory; Claussen, Cory; Kofsky, Aaron
**Cc:**              Chesher, Mitchell; Hader, Kurt; Campbell, Kicha; Video Conferencing Support
**Subject:**        Canceled: FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA
CEO Robert Cook
**Importance:**    High

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert Cook [Placeholder], reoccurring on the third Friday every 3 months, beginning on September 16, 2022, through 2023.

Commissioner Mark Uyeda
Poc: Aaron Kofsky

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Greg Dean, SVP Government Affairs

When it's time, join the Webex meeting here.



More ways to join:

Join from the meeting link
https://finra.webex.com/finra/j.php? (b)(6)

Join by meeting number
Meeting number (access code): (b)(6)

Meeting password: (b)(6)

Tap to join from a mobile device (attendees only)

8773093457, (b)(6)                    US Toll Free
+14043971516,, (b)(6)                US Toll

Join by phone
8773093457 US Toll Free
+14043971516 US Toll
Global call-in numbers  |  Toll-free calling restrictions

Join from a video system or application
Dial (b)(6)                    @finra.webex.com
You can also dial (b)(6)                and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for**

**Business**

Dial (b)(6)                    .finra@lync.webex.com

If you are a host, click here to view host
information.

Need help? Go to https://help.webex.com

Confidentiality Notice:: Information contained in or attached to this email may be non-public,
privileged, or confidential. Do not use, save, or copy any of that information, and do not share it
with anyone else, unless you are the intended recipient. The sender has not authorized you to
save, copy, use, or share any information provided to you in error. If the sender sent you this
email or any attachment by mistake, please let the sender know by replying to this email and then
deleting it.

| | |
|---|---|
| **From:** | Cook, Robert |
| **Sent:** | Tue, 28 Feb 2023 22:13:46 +0000 |
| **To:** | Colby, Robert; Dean, Gregory; Claussen, Cory; Kofsky, Aaron; Wingler, Jeanette |
| **Cc:** | Chesher, Mitchell; Hader, Kurt; Campbell, Kicha; Video Conferencing Support |
| **Subject:** | Canceled: FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA |

CEO Robert Cook
| | |
|---|---|
| **Importance:** | High |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert Cook [Placeholder], reoccurring on the third Friday every 3 months, beginning on September 16, 2022, through 2023.

Commissioner Mark Uyeda
Poc: Aaron Kofsky

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Greg Dean, SVP Government Affairs
Jeanette Wingler, Special Assistant to the CEO

## When it's time, join the Webex meeting here.



More ways to join:

Join from the meeting link
https://finra.webex.com/finra/j.php?(b)(6)

Join by meeting number
Meeting number (access code): (b)(6)

Meeting password: (b)(6)

Tap to join from a mobile device (attendees only)
8773093457, (b)(6)          US Toll Free
+14043971516, (b)(6)          US Toll

Join by phone
8773093457 US Toll Free
+14043971516 US Toll
Global call-in numbers  |  Toll-free calling restrictions

Join from a video system or application
Dial (b)(6)          @finra.webex.com
You can also dial (b)(6)          and enter your meeting number.

Join using Microsoft Lync or Microsoft Skype for
Business
Dial (b)(6)          finra@lync.webex.com

If you are a host, click here to view host
information.

Need help? Go to https://help.webex.com

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**         Cook, Robert
**Sent:**         Tue, 28 Feb 2023 22:14:14 +0000
**To:**           Colby, Robert; Dumont, Stephanie; Stankard, Nathaniel; Dean, Gregory; Kofsky, Aaron
**Subject:**      Canceled: HOLD SEC/FINRA: (b)(4)          and Quarterly Update Meeting with Commissioner Mark Uyeda and FINRA CEO Robert Cook [Placeholder]
**Importance:**   High

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Aaron: This is an interim placeholder for the meeting with Commissioner Uyeda and Mr. Cook. After we receive your invite with the WebEx link, I will pull down the placeholder. Thank you for your assistance. Kay Miller

Commissioner Mark Uyeda
Poc: Aaron Kofsky

Robert Cook, President and CEO, (b)(6)    :@finra.org
Bob Colby, EVP and Chief Legal Officer, (b)(6)    @finra.org
Stephanie Dumont, EVP Market Regulation, (b)(6)    @finra.org
Nathaniel Stankard, EVP Regulatory Operations, (b)(6)    @finra.org
Greg Dean, SVP Government Affairs, (b)(6)    @finra.org

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**              [b)(6)]      @finra.org on behalf of "Kofsky, Aaron"
**Sent:**              Fri, 16 Dec 2022 18:57:26 +0000
**To:**                Levine, Steven (ES); [b)(6)]      @finra.org; [b)(6)]      @finra.org;
[b)(6)]      @finra.org; Kofsky, Aaron
**Cc:**                [b)(6)]      @finra.org; [b)(6)]      @finra.org; [b)(6)]      @finra.org
**Subject:**           FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert
Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

**From:** Cook, Robert
**Sent:** Monday, December 12, 2022 11:57:02 AM
**To:** Cook, Robert [b)(6)]      @finra.org>; Colby, Robert <[b)(6)]      @finra.org>; Dean, Gregory
<[b)(6)]      @finra.org>; Claussen, Cory <[b)(6)]      @finra.org>; Kofsky, Aaron
<[b)(6)]      @SEC.GOV>
**Cc:** Chesher, Mitchell <[b)(6)]      finra.org>; Hader, Kurt <[b)(6)]      @finra.org>; Campbell,
Kicha <[b)(6)]      @finra.org>
**Subject:** FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert Cook
**When:** Friday, December 16, 2022 2:30 PM-3:00 PM.
**Where:** WebEx (poc: Aaron Kofsky)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Commissioner Mark Uyeda
Poc: Aaron Kofsky

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Greg Dean, SVP Government Affairs

**Robert Cook is inviting you to a scheduled Webex meeting.**

Friday, December 16, 2022
2:30 PM  |  (UTC-05:00) Eastern Time (US & Canada)  |  1 hr

**Join meeting [finra.webex.com]**

**More ways to
join:**

**Join from the meeting link**

https://finra.webex.com/finra/j.php? (b)(6)
c [finra.webex.com]

**Join by meeting number**

Meeting number (access code): (b)(6)
Meeting password: (b)(6)

**Tap to join from a mobile device (attendees only)**

8773093457, (b)(6) US Toll
Free
+14043971516, (b)(6) US Toll

**Join by phone**

8773093457 US Toll Free
+14043971516 US Toll
Global call-in numbers [finra.webex.com]  |  Toll-free calling restrictions
[assets.lumen.com]

**Join from a video system or application**

Dial (b)(6) @finra.webex.com

You can also dial (b)(6) and enter your meeting number.

Need help? Go to https://help.webex.com [help.webex.com]

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          (b)(6)          @finra.org on behalf of "Kofsky, Aaron"
**Sent:**          Fri, 16 Dec 2022 06:16:40 +0000
**To:**            Fisher, Robert; (b)(6)          @finra.org; (b)(6)          @finra.org;
(b)(6)          @finra.org; Kofsky, Aaron
**Cc:**            (b)(6)          @finra.org; (b)(6)          @finra.org; (b)(6)          @finra.org
**Subject:**       FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert
Cook

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

**From:** Cook, Robert
**Sent:** Monday, December 12, 2022 11:57:02 AM
**To:** Cook, Robert (b)(6)          @finra.org>; Colby, Robert (b)(6)          @finra.org>; Dean, Gregory
<(b)(6)          @finra.org>; Claussen, Cory <(b)(6)          @finra.org>; Kofsky, Aaron
<(b)(6)          @SEC.GOV>
**Cc:** Chesher, Mitchell <(b)(6)          @finra.org>; Hader, Kurt (b)(6)          @finra.org>; Campbell,
Kicha <(b)(6)          @finra.org>
**Subject:** FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert Cook
**When:** Friday, December 16, 2022 2:30 PM-3:00 PM.
**Where:** WebEx (poc: Aaron Kofsky)

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Commissioner Mark Uyeda
Poc: Aaron Kofsky

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Greg Dean, SVP Government Affairs

**Robert Cook is inviting you to a scheduled Webex meeting.**

Friday, December 16, 2022
2:30 PM | (UTC-05:00) Eastern Time (US & Canada) | 1 hr

[Join meeting [finra.webex.com]](#)

**More ways to join:**

**Join from the meeting link**

https://finra.webex.com/finra/j.php?(b)(6)
c [finra.webex.com]

**Join by meeting number**

Meeting number (access code): (b)(6)
Meeting password: (b)(6)

**Tap to join from a mobile device (attendees only)**

8773093457,,(b)(6)    US Toll
Free
+14043971516,,(b)(6)    US Toll

**Join by phone**

8773093457 US Toll Free
+14043971516 US Toll
Global call-in numbers [finra.webex.com]  |  Toll-free calling restrictions
[assets.lumen.com]

**Join from a video system or application**

Dial (b)(6)    @finra.webex.com

You can also dial (b)(6) and enter your meeting number.

Need help? Go to https://help.webex.com [help.webex.com]

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert
**Sent:**        Mon, 12 Dec 2022 16:56:46 +0000
**To:**          Colby, Robert; Dean, Gregory; Claussen, Cory; Kofsky, Aaron
**Cc:**          Chesher, Mitchell; Hader, Kurt; Campbell, Kicha
**Subject:**     FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert
Cook

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.

---

Commissioner Mark Uyeda
Poc: Aaron Kofsky

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Greg Dean, SVP Government Affairs

**Robert Cook is inviting you to a scheduled Webex meeting.**

Friday, December 16, 2022
2:30 PM  |  (UTC-05:00) Eastern Time (US & Canada)  |  1 hr

Join meeting [finra.webex.com]

**More ways to**
**join:**

**Join from the meeting link**
https://finra.webex.com/finra/j.php? (b)(6)
c [finra.webex.com]

**Join by meeting number**

Meeting number (access code): (b)(6)

(b)(6)

Meeting password: (b)(6)

**Tap to join from a mobile device (attendees only)**

8773093457, (b)(6) US Toll Free

+14043971516, (b)(6) US Toll

**Join by phone**

8773093457 US Toll Free

+14043971516 US Toll

Global call-in numbers [finra.webex.com]  |  Toll-free calling restrictions

[assets.lumen.com]

**Join from a video system or application**

Dial (b)(6) @finra.webex.com

You can also dial (b)(6) and enter your meeting

number.

Need help? Go to https://help.webex.com [help.webex.com]

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**          (b)(6) @finra.org
**Sent:**          Fri, 16 Jun 2023 12:55:32 +0000
**To:**          Fisher, Robert; Uyeda, Mark T; (b)(6) @SEC.GOV; (b)(6) @finra.org;
(b)(6) @finra.org
**Cc:**          (b)(6) @finra.org; (b)(6) @finra.org; (b)(6) @finra.org;
(b)(6) @finra.org
**Subject:**     FW: FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO
Robert Cook

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert < (b)(6) @finra.org>
**Sent:** Friday, August 12, 2022 2:44 PM
**To:** Cook, Robert; Uyeda, Mark T; Butler, Letia (Contractor); Colby, Robert; Dean, Gregory
**Cc:** Chesher, Mitchell; Hader, Kurt; Campbell, Kicha; Video Conferencing Support
**Subject:** FW: FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert Cook
**When:** Occurs the third Friday of every 3 month(s) effective 12/16/2022 until 12/29/2023 from 9:00 AM to 9:30 AM Eastern Standard Time.
**Where:** Virtual | FINRA Hosted WebEx (poc: Tia Butler)

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert < (b)(6) @finra.org>
**Sent:** Friday, August 12, 2022 1:54 PM
**To:** Cook, Robert; Butler, Letia (Contractor); Colby, Robert; Dean, Gregory
**Cc:** Chesher, Mitchell; Hader, Kurt; Campbell, Kicha; Video Conferencing Support
**Subject:** FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert Cook
**When:** Occurs the third Friday of every 3 month(s) effective 12/16/2022 until 12/29/2023 from 9:00 AM to 9:30 AM Eastern Standard Time.
**Where:** Virtual | FINRA Hosted WebEx (poc: Tia Butler)

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

FINRA Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert Cook [Placeholder], reoccurring on the third Friday every 3 months, beginning on September 16, 2022, through 2023.

Commissioner Mark Uyeda
Poc: Tia Butler

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Greg Dean, SVP Government Affairs

When it's time, join the Webex meeting here.

**Join meeting**

More ways to join:

Join from the meeting link
https://finra.webex.com/finra/j.php? (b)(6)

Join by meeting number
Meeting number (access code): (b)(6)

Meeting
password:    (b)(6)

Tap to join from a mobile device (attendees only)
8773093457, (b)(6)             US Toll Free
+14043971516 (b)(6)              US Toll

Join by phone
8773093457 US Toll Free
+14043971516 US Toll
Global call-in numbers  |  Toll-free calling restrictions

Join from a video system or application
Dial (b)(6)         @finra.webex.com
You can also dial (b)(6)          and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for Business**

Dial (b)(6) .finra@lync.webex.com

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        (b)(6)        @finra.org on behalf of "Kofsky, Aaron"
**Sent:**        Tue, 28 Feb 2023 22:15:18 +0000
**To:**          Uyeda, Mark T; UyedaCounsels; (b)(6)        @finra.org;
(b)(6)        @finra.org; (b)(6)        @finra.org; Kofsky, Aaron; (b)(6)        @finra.org;
(b)(6)        @finra.org
**Cc:**          (b)(6)        @finra.org; (b)(6)        @finra.org; (b)(6)        @finra.org;
(b)(6)        @finra.org; (b)(6)        @finra.org
**Subject:**     FW: SEC/FINRA (b)(4)        and Quarterly Update: SEC Commissioner Mark
Uyeda and FINRA CEO Robert Cook

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

-----Original Appointment-----
**From:** Cook, Robert (b)(6)        @finra.org>
**Sent:** Tuesday, February 28, 2023 5:15 PM
**To:** Cook, Robert; Colby, Robert; Dean, Gregory; Claussen, Cory; Kofsky, Aaron; Wingler, Jeanette;
Dumont, Stephanie
**Cc:** Chesher, Mitchell; Hader, Kurt; Campbell, Kicha; Video Conferencing Support; AVSupport
**Subject:** SEC/FINRA (b)(4)        and Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO
Robert Cook
**When:** Friday, March 17, 2023 9:30 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** FINRA hosted WebEx poc: Aaron Kofsky

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Commissioner Mark Uyeda
Poc: Aaron Kofsky

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Greg Dean, SVP Government Affairs
Jeanette Wingler, Special Assistant to the CEO
Stephanie Dumont, EVP Market Regulation

**You changed the Webex meeting information.**

When it's time, start your Webex meeting here.

Friday, March 17, 2023
9:30 AM  |  (UTC-05:00) Eastern Time (US & Canada)  |  1 hr

Start meeting [finra.webex.com]

**More ways to
join:**

**Join from the meeting link**
https://finra.webex.com/finra/j.php?(b)(6)
[finra.webex.com]

**Join by meeting number**

Meeting number (access code): (b)(6)

Meeting password: (b)(6)

**Tap to join from a mobile device (attendees only)**
8773093457,,(b)(6)    US Toll Free
+14043971516,,(b)(6)    US Toll

**Join by phone**

8773093457 US Toll Free

+14043971516 US Toll

Global call-in numbers [finra.webex.com]  |  Toll-free calling restrictions [assets.lumen.com]

**Join from a video system or application**

Dial (b)(6) @finra.webex.com

You can also dial (b)(6) and enter your meeting number.

If you are a host, click here [finra.webex.com] and login site to view host information.

Need help? Go to https://help.webex.com [help.webex.com]

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

**From:**        Cook, Robert
**Sent:**        Tue, 28 Feb 2023 21:04:48 +0000
**To:**         Colby, Robert; Dumont, Stephanie; Stankard, Nathaniel; Dean, Gregory; Kofsky, Aaron
**Subject:**     HOLD SEC/FINRA: (b)(4)      and Quarterly Update Meeting with
Commissioner Mark Uyeda and FINRA CEO Robert Cook [Placeholder]

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Aaron: This is an interim placeholder for the meeting with Commissioner Uyeda and Mr. Cook. After we receive your invite with the WebEx link, I will pull down the placeholder. Thank you for your assistance. Kay Miller

Commissioner Mark Uyeda
Poc: Aaron Kofsky

Robert Cook, President and CEO, (b)(6)      @finra.org
Bob Colby, EVP and Chief Legal Officer, (b)(6)      @finra.org
Stephanie Dumont, EVP Market Regulation, (b)(6)      @finra.org
Nathaniel Stankard, EVP Regulatory Operations, (b)(6)      @finra.org
Greg Dean, SVP Government Affairs, (b)(6)      @finra.org


Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.

| | |
|---|---|
| **From:** | Cook, Robert |
| **Sent:** | Tue, 28 Feb 2023 22:13:56 +0000 |
| **To:** | Colby, Robert; Dean, Gregory; Claussen, Cory; Kofsky, Aaron; Wingler, Jeanette; Dumont, Stephanie |
| **Cc:** | Chesher, Mitchell; Hader, Kurt; Campbell, Kicha; Video Conferencing Support; AVSupport |
| **Subject:** | SEC/FINRA (b)(4) and Quarterly Update: SEC Commissioner Mark Uyeda and FINRA CEO Robert Cook |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Commissioner Mark Uyeda
Poc: Aaron Kofsky

FINRA
Robert Cook, President and CEO
Bob Colby, EVP and Chief Legal Officer
Greg Dean, SVP Government Affairs
Jeanette Wingler, Special Assistant to the CEO
Stephanie Dumont, EVP Market Regulation


**You changed the Webex meeting information.**


When it's time, start your Webex meeting here.


Friday, March 17, 2023
9:30 AM  |  (UTC-05:00) Eastern Time (US & Canada)  |  1 hr


Start meeting [finra.webex.com]

**More ways to join:**

**Join from the meeting link**

https://finra.webex.com/finra/j.php? (b)(6)

[finra.webex.com]

**Join by meeting number**

Meeting number (access code) (b)(6)
(b)(6)

Meeting password: (b)(6)

**Tap to join from a mobile device (attendees only)**

8773093457, (b)(6)          US Toll Free

+14043971516, (b)(6)          US Toll

**Join by phone**

8773093457 US Toll Free

+14043971516 US Toll

Global call-in numbers [finra.webex.com]  |  Toll-free calling restrictions

[assets.lumen.com]

**Join from a video system or application**

Dial (b)(6)          @finra.webex.com

You can also dial (b)(6)          and enter your meeting

number.

If you are a host, click here [finra.webex.com] and login site to view host information.

Need help? Go to https://help.webex.com [help.webex.com]

Confidentiality Notice:: Information contained in or attached to this email may be non-public, privileged, or confidential. Do not use, save, or copy any of that information, and do not share it with anyone else, unless you are the intended recipient. The sender has not authorized you to save, copy, use, or share any information provided to you in error. If the sender sent you this email or any attachment by mistake, please let the sender know by replying to this email and then deleting it.